# United States District Court

_____ Northern DISTRICT OF California _____

Patricia DeSantis, et al.

V.

City of Santa Rosa, et al.

**NOTICE AND ACKNOWLEDGMENT**

**FOR SERVICE BY MAIL**

CASE NUMBER: C 07-3386 JSW

**NOTICE**

To: Caroline L. Folwer c/o City of Santa Rosa, Rich Celli, Travis Menke, and Patricia Mann
100 Santa Rosa Avenue, Santa Rosa, CA 95402-1678
Name and Address of Person to Be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on _____ July 26, 2007 _____.
Date

_____
Signature of Sender

Lizabeth N. de Vries
Name of Sender

The Scott Law Firm
1375 Sutter Street, Suite 222, S.F., CA 94109
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on
July 30, 2007            at  City of Santa Rosa, 100 Santa Rosa Ave., Rm. 8, Santa Rosa, CA
Date of Receipt                Address

July 31, 2007
Date of Signature

Caroline L. Fowler
Name (Please Type or Print)

100 Santa Rosa Ave., Rm. 8, Santa Rosa, CA  95404
Current Address

_____
Signature

Assistant City Attorney, City of Santa Rosa
Relationship of Entity Served or Authority
to Receive Service of Process

AO-440A