John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**THE SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
tposey@lawjhs.com

Eric Safire, SBN 98706
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C07 3386<br><br>**PETITION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioners state as follows:

1. Dani DeSantis is a minor, born on April 21, 2004.
2. Timothy Farrell is a minor, born on March 3, 1997.

- 1 -

3. Petitioners Dani DeSantis and Timothy Farrell have commenced an action in this Court in a complaint filed on June 27, 2007 against the City of Santa Rosa, Jerry Soares, Rich Celli, Travis Menke, Patricia Mann, and Does 1-25 for civil-rights violations that resulted in the death of their father, Richard DeSantis.

4. Petitioners have not filed a previous request to appoint any person, including their mother, Patricia DeSantis, as guardian ad litem in this matter.

5. Patricia DeSantis, who can be contacted through John Scott, The Scott Law Firm, 1375 Sutter St., #222, San Francisco, CA 94109, is a competent and responsible person, fully competent to act as petitioners' guardian ad litem, and is their mother.

6. Patricia DeSantis is willing to act as guardian ad litem for both petitioners, demonstrated by her below consent.

7. WHEREFORE, petitioners Dani Desantis and Timothy Farrell move the Court for an order appointing Patricia DeSantis as guardian ad litem of petitioners for the purpose of bringing action against City of Santa Rosa, Jerry Soares, Rich Celli, Travis Menke, Patricia Mann, and Does 1-25 on the claims arising out of the death of their father, Richard DeSantis.

**Consent of Nominee**

I, Patricia DeSantis, the nominee of the Petitioners, consent to act as guardian ad litem for the minor petitioners in the above-noted action.

Dated: July 27, 2007

By: _____
Patricia DeSantis

Dated: Aug. 6, 2007

Respectfully submitted,

THE SCOTT LAW FIRM

By: _____
Lizabeth N. de Vries,
Attorney for Plaintiffs

- 2 -

## [PROPOSED] ORDER

The petition for an order appointing Patricia DeSantis as guardian ad litem for petitioners Dani DeSantis and Timothy Farrell is GRANTED.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                           United States District Judge