1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; RICH CELLI, an individual and
   Officer of the SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
7  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT ;
   PATRICIA MANN, an individual and officer of the
8  SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
   an individual and Office of the SANTA ROSA POLICE DEPARTMENT
9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12
   PATRICIA DESANTIS, individually and as          Case No. C 07-3386 JSW
13 Success in Interest for RICHARD
   DESANTIS, deceased, and as Guardian ad
14 Litem for DANI DESANTIS, a minor, and           **NOTICE OF MOTION TO DISMISS;**
   TIMOTHY FARRELL, a minor,                       **MEMORANDUM OF POINTS AND**
15                                                 **AUTHORITIES IN SUPPORT**
                   Plaintiffs,                     **THEREOF; SUPPORTING**
16                                                 **DECLARATION; REQUEST FOR**
         v.                                        **JUDICIAL NOTICE; REQUEST FOR**
17                                                 **JURY TRIAL; AND PROPOSED**
   CITY OF SANTA ROSA, JERRY SOARES,               **ORDER**
18 RICH CELLI, TRAVIS MENKE,
   PATRICIA MANN and DOES 1 through                JURY TRIAL DEMANDED
19 25, inclusive,
                                                   Date:  October 12, 2007
20                 Defendants.                     Time:  9:00 a.m.
                                          /        Ctrm:  2, 17th Floor
21                                                        450 Golden Gate Ave, S.F.

22

23 TO:   PLAINTIFFS  PATRICIA DESANTIS, individually and as Success in Interest for
          RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a
24        minor, and TIMOTHY FARRELL, a minor, AND THEIR ATTORNEYS OF RECORD:

25       Please take notice that on October 12, 2007 at 9:00 a.m. or as soon thereafter as the matter

26 may be heard in the above-entitled court, located at 450 Golden Gate Avenue, Courtroom 2,

27 Floor 17, San Francisco, California, 94102, the defendants, jointly and severally, will move the

28 court to dismiss this action pursuant to F.R.C.P. 12(b)(6) against Plaintiff Timothy Farrell

1  because each cause of action of plaintiff Timothy Farrell's complaint fails to state a claim upon
2  which relief can be granted for the following reasons:
3      1. Plaintiff Timothy Farrell lacks standing to assert any of the claims asserted in the
4  complaint on his behalf because he is not a legal heir of the decedent, Richard DeSantis.
5      This motion is based on this notice, the memorandum of points and authorities filed
6  herewith, the Request For Judicial Notice, including the documents attached thereto which the
7  court is requested to take judicial notice of, the Declaration of Caroline L. Fowler, and the
8  pleadings and papers filed herein.
9  Dated: August     , 2007                            _____
                                                        Caroline L. Fowler
10                                                      Assistant City Attorney
                                                        Attorney for Defendants
11                                                      City of Santa Rosa, Santa Rosa Police Officers
                                                        Jerry Soares, Rich Celli, Travis Menke, and Patricia
12                                                      Mann
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28