BRIEN J. FARRELL, City Attorney (SBN 088318)
CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; RICH CELLI, an individual and
Officer of the SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT ;
PATRICIA MANN, an individual and officer of the
SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
an individual and Office of the SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Success in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor, and TIMOTHY FARRELL, a minor,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>                    Defendants.<br>_____/ | Case No. C 07-3386 JSW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:  October 12, 2007<br>Time:  9:00 a.m.<br>Ctrm:  2, 17th Floor |

       Defendants City of Santa Rosa, Santa Rosa Police Officers Jerry Soares, Rich Celli, Travis Menke and Patricia Mann by and through their attorney, hereby respectfully request the court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents:

//

//

1. Certified Copy of Birth Certificate of Timothy Farrell from County of Sonoma, a copy of which is attached as Exhibit A to the Declaration of Caroline L. Fowler.

Dated: August 17, 2007

                                              Caroline L. Fowler
                                              Assistant City Attorney
                                              Attorney for Defendants
                                              City of Santa Rosa, Santa Rosa Police Officers
                                              Jerry Soares, Rich Celli, Travis Menke, and Patricia Mann