1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; RICH CELLI, an individual and
   Officer of the SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
7  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT ;
   PATRICIA MANN, an individual and officer of the
8  SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
   an individual and Office of the SANTA ROSA POLICE DEPARTMENT
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 PATRICIA DESANTIS, individually and as Success in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor, and TIMOTHY FARRELL, a minor, | Case No. C 07-3386 JSW<br><br>**DECLARATION OF CAROLINE L. FOWLER IN SUPPORT OF MOTION TO DISMISS** |
| 15 Plaintiffs, | |
| 16 v. | Date:  October 12, 2007<br>Time: 9:00 a.m.<br>Ctrm: 2, 17th Floor |
| 17 CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive, | |
| 20 Defendants. | |

21

22            **DECLARATION OF CAROLINE L. FOWLER**

23      I, CAROLINE L. FOWLER, HEREBY DECLARE AS FOLLOWS:

24      1.  I am an attorney duly licensed to practice law before all courts of the State of

25  California and before the Northern District of the United States District Court.  I am an Assistant

26  City Attorney for the City of Santa Rosa and am the attorney for the defendants in this action.

27  //

28  //

1       2.  Attached hereto as Exhibit A is a true and correct copy of the Certified copy of the

2 birth certificate of Timothy Farrell which defendants request that the court take judicial notice of.

3       I declare under penalty of perjury that the foregoing is true and correct, executed this 17th

4 day of August, 2007 at Santa Rosa, California.

5                           _____

6                                    Caroline L. Fowler

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28