# COUNTY OF SONOMA
## SANTA ROSA, CALIFORNIA

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
**USE BLACK INK ONLY**

STATE FILE NUMBER: 1-1997-49-000808
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

**THIS CHILD**
- 1A. NAME OF CHILD — FIRST (GIVEN): TIMOTHY
- 1B. MIDDLE: JAMES
- 1C. LAST (FAMILY): FARRELL
- 2. SEX: MALE
- 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE
- 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.: —
- 4A. DATE OF BIRTH — MM/DD/CCYY: 03/03/1997
- 4B. HOUR — (24 HOUR CLOCK TIME): 2129

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: COMMUNITY HOSPITAL
- 5B. STREET ADDRESS: 3325 CHANATE RD
- 5C. CITY: SANTA ROSA
- 5D. COUNTY: SONOMA
- 5E. PLANNED PLACE OF BIRTH: HOSPITAL

**FATHER OF CHILD**
- 6A. NAME OF FATHER — FIRST (GIVEN): —
- 6B. MIDDLE: —
- 6C. LAST (FAMILY): —
- 7. STATE OF BIRTH: UNKNOWN
- 8. DATE OF BIRTH: UNKNOWN

**MOTHER OF CHILD**
- 9A. NAME OF MOTHER — FIRST (GIVEN): PATRICIA
- 9B. MIDDLE: DAWN
- 9C. LAST (MAIDEN): FARRELL
- 10. STATE OF BIRTH: CA
- 11. DATE OF BIRTH: 11/19/1977

**PARENT'S CERTIFICATION**
- 12A. PARENT OR OTHER INFORMANT — SIGNATURE: *Patricia D. Farrell*
- 12B. RELATIONSHIP TO CHILD: MOTHER
- 12C. DATE SIGNED: 03/04/1997

**CERTIFICATION OF BIRTH**
- 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE: *Janice Sharpe, LVN*
- 13B. LICENSE NUMBER: RESIDENT
- 13C. DATE SIGNED: 03/04/1997
- 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: LYNN MORTENSEN, MD, 3325 CHANATE RD., SANTA ROSA
- 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: JANICE SHARPE, LVN

**LOCAL REGISTRAR**
- 15A. DATE OF DEATH: —
- 15B. STATE FILE NO: —
- 16. LOCAL REGISTRAR — SIGNATURE: *George R. Flores MD*
- 17. DATE ACCEPTED FOR REGISTRATION: 03/11/1997

GOVERNMENTAL USE ONLY

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SONOMA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sonoma County Clerk-Recorder.

DATE ISSUED: JUL 2 0 2007

*000263260*

JANICE ATKINSON, CLERK-RECORDER
SONOMA COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Clerk-Recorder.


