1    BRIEN J. FARRELL, City Attorney (SBN 088318)
     CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2    City of Santa Rosa
     100 Santa Rosa Avenue, Room 8
3    Santa Rosa, California 95404

4    Telephone:  (707) 543-3040
     Facsimile:   (707) 543-3055
5
     Attorneys for Defendants
6    CITY OF SANTA ROSA; RICH CELLI, an individual and
     Officer of the SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
7    an individual and Officer of the SANTA ROSA POLICE DEPARTMENT ;
     PATRICIA MANN, an individual and officer of the
8    SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
     an individual and Office of the SANTA ROSA POLICE DEPARTMENT
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12
     PATRICIA DESANTIS, individually and as          Case No. C 07-3386 JSW
13   Success in Interest for RICHARD
     DESANTIS, deceased, and as Guardian ad
14   Litem for DANI DESANTIS, a minor, and           **REQUEST FOR JURY TRIAL**
     TIMOTHY FARRELL, a minor,
15
                    Plaintiffs,
16
              v.
17
     CITY OF SANTA ROSA, JERRY
18   SOARES, RICH CELLI, TRAVIS MENKE,
     PATRICIA MANN and DOES 1 through
19   25, inclusive,

20                   Defendants.
     _____/
21

22        Defendants City of Santa Rosa, Santa Rosa Police Officers Jerry Soares, Rich Celli,

23   Travis Menke and Patricia Mann jointly and severally hereby request a jury trial in the above

24   matter.

25   Dated: August ____, 2007        _____

26                                   Caroline L. Fowler
                                     Assistant City Attorney
27                                   Attorney for Defendants
                                     City of Santa Rosa, Santa Rosa Police Officers
                                     Jerry Soares, Rich Celli, Travis Menke, and Patricia Mann
28