United States District Court
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   PATRICIA DESANTIS, et al.

10          Plaintiffs,                      No. C 07-03386 JSW

11     v.

12   CITY OF SANTA ROSA, et al.,             **ORDER SETTING BRIEFING
                                             SCHEDULE**
13          Defendants.
                                        /
14

15          This matter is set for a hearing on October 12, 2007 on the motion to dismiss filed by

16   Defendants.  The Court HEREBY ORDERS that Plaintiffs' opposition to this motion shall be

17   due by Wednesday, September 5, 2007 and Plaintiff's reply, if any, shall be due by Wednesday,

18   September 12, 2007.

19          If the Court determines that the matter is suitable for resolution without oral argument, it

20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21   schedule, they may submit for the Court's consideration a stipulation and proposed order

22   demonstrating good cause for any modification requested.

23          **IT IS SO ORDERED.**

24

25   Dated: August 22, 2007                 _____
                                            JEFFREY S. WHITE
26                                          UNITED STATES DISTRICT JUDGE

27

28