**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.

No. C 07-03386 JSW

**AMENDED ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on October 12, 2007 on the motion to dismiss filed by Defendants. The Court HEREBY ORDERS that Plaintiffs' opposition to this motion shall be due by Wednesday, September 5, 2007 and Defendants' reply, if any, shall be due by Wednesday, September 12, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 22, 2007

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE