John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**THE SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
tposey@lawjhs.com

Eric Safire, SBN 98706
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C07 3386<br><br>**DECLARATION OF PATRICIA DESANTIS RE COMMENCEMENT OF ACTION BY SUCCESSOR IN INTEREST**<br><br>[C.C.P. § 377.32] |

I, Patricia DeSantis, declare as follows:

1. The decedent, Richard DeSantis, was my husband at the time of his death. A true and correct copy of our marriage certificate is attached hereto as **Exhibit A**. He was shot and killed by police officers outside of our home in Santa Rosa, California during the early morning hours of April

- 1 -

1 | 9, 2007.

2 |     2.    No proceeding is now pending in California for administration of the decedent's estate.

    3.    I am the decedent's successor in interest as defined by California Code of Civil Procedure § 377.11 because I am the beneficiary of the decedent's estate as defined by California Code of Civil Procedure § 377.10(b).

    4.    No other person has a superior right to bring this action or to be substituted for the decedent in the pending action.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on this ____ day of August, 2007.


By: _____
     Patricia DeSantis

9, 2007.

2. No proceeding is now pending in California for administration of the decedent's estate.

3. I am the decedent's successor in interest as defined by California Code of Civil Procedure § 377.11 because I am the beneficiary of the decedent's estate as defined by California Code of Civil Procedure § 377.10(b).

4. No other person has a superior right to bring this action or to be substituted for the decedent in the pending action.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on this 22nd day of August, 2007.

By: *Patricia DeSantis*
Patricia DeSantis

- 2 -