John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**THE SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
tposey@lawjhs.com

Eric Safire, SBN 98706
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C07 3386<br><br>**DECLARATION OF PATRICIA DESANTIS RE COMMENCEMENT OF ACTION BY SUCCESSOR IN INTEREST**<br><br>[C.C.P. § 377.32] |

I, Patricia DeSantis, declare as follows:

1. The decedent, Richard DeSantis, was my husband at the time of his death. A true and correct copy of our marriage certificate is attached hereto as **Exhibit A**. He was shot and killed by police officers outside of our home in Santa Rosa, California during the early morning hours of April

1  9, 2007.

2      2.    No proceeding is now pending in California for administration of the decedent's estate.

3      3.    I am the decedent's successor in interest as defined by California Code of Civil Procedure § 377.11 because I am the beneficiary of the decedent's estate as defined by California Code of Civil Procedure § 377.10(b).

4      4.    No other person has a superior right to bring this action or to be substituted for the decedent in the pending action.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on this ____ day of August, 2007.


By: _____
Patricia DeSantis

1  9, 2007".

2      2.    No proceeding is now pending in California for administration of the decedent's
3  estate.
4      3.    I am the decedent's successor in interest as defined by California Code of Civil
5  Procedure § 377.11 because I am the beneficiary of the decedent's estate as defined by California
6  Code of Civil Procedure § 377.10(b).
7      4.    No other person has a superior right to bring this action or to be substituted for the
8  decedent in the pending action.
9      I declare under the penalty of perjury under the laws of the state of California that the
10 foregoing is true and correct. Executed on this 22nd day of August, 2007.

By: ____Patricia DeSantis____
      Patricia DeSantis

# EXHIBIT A



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of SOLANO

## LICENSE AND CERTIFICATE OF MARRIAGE — NEW MARRIAGE

STATE FILE NUMBER — MUST BE LEGIBLE - MAKE NO ERASURES, WHITEOUTS OR OTHER ALTERATIONS — LOCAL REGISTRATION NUMBER

### GROOM PERSONAL DATA
- 1A. NAME OF GROOM - FIRST (GIVEN): RICHARD
- 1B. MIDDLE: TIMOTHY
- 1C. LAST (FAMILY): DESANTIS
- 2. DATE OF BIRTH - MONTH, DAY, YEAR: 01/21/1977
- 3A. RESIDENCE - STREET AND NUMBER: 17 ROCKWOOD COURT
- 3B. CITY: VALLEJO
- 3C. ZIP CODE: 94591
- 3D. COUNTY - OUTSIDE CALIFORNIA, ENTER STATE: SOLANO
- 4. STATE OF BIRTH: TX
- 5. MAILING ADDRESS - IF DIFFERENT: --, --
- 6. NUMBER OF PREVIOUS MARRIAGES: 0
- 7A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT
- 7B. DATE - MONTH, DAY, YEAR: --/--/----
- 8A. USUAL OCCUPATION: PERSONAL AIDE
- 8B. USUAL KIND OF BUSINESS OR INDUSTRY: ADULT CARE
- 9. EDUCATION - YEARS COMPLETED: 12
- 10A. FULL NAME OF FATHER: DAN ANTHONY DESANTIS
- 10B. STATE OF BIRTH: SAUDI ARABIA
- 11A. FULL MAIDEN NAME OF MOTHER: ADRIANNE KIRK PERRINE
- 11B. STATE OF BIRTH: CA

### BRIDE PERSONAL DATA
- 12A. NAME OF BRIDE - FIRST (GIVEN): PATRICIA
- 12B. MIDDLE: DAWN
- 12C. CURRENT LAST (FAMILY): FARRELL
- 12D. MAIDEN LAST (FAMILY) (IF DIFFERENT THAN 12C): --
- 13. DATE OF BIRTH MONTH, DAY, YEAR: 11/19/1977
- 14A. RESIDENCE - STREET AND NUMBER: 17 ROCKWOOD COURT
- 14B. CITY: VALLEJO
- 14C. ZIP CODE: 94591
- 14D. COUNTY - OUTSIDE CALIFORNIA, ENTER STATE: SOLANO
- 15. STATE OF BIRTH: CA
- 16. MAILING ADDRESS - IF DIFFERENT: --, --
- 17. NUMBER OF PREVIOUS MARRIAGES: 0
- 18A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT
- 18B. DATE - MONTH, DAY, YEAR: --/--/----
- 19A. USUAL OCCUPATION: SEAMSTRESS
- 19B. USUAL KIND OF BUSINESS OR INDUSTRY: DRY CLEANING
- 20. EDUCATION - YEARS COMPLETED: 13
- 21A. FULL NAME OF FATHER: MICHAEL ANTHONY FARRELL
- 21B. STATE OF BIRTH: CA
- 22A. FULL MAIDEN NAME OF MOTHER: BARBARA DANIELLE MARTIN
- 22B. STATE OF BIRTH: GERMANY

### AFFIDAVIT
WE, THE UNDERSIGNED, AN UNMARRIED MAN AND WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF. THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND CERTIFICATE OF MARRIAGE.

- 23. SIGNATURE OF GROOM: ▶ [signed] Richard T. DeSantis
- 24. SIGNATURE OF BRIDE: ▶ [signed] Patricia D. Farrell

### LICENSE TO MARRY
AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

- 25A. ISSUE DATE MONTH, DAY, YEAR: 12/18/1998
- 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR: 03/18/1999
- 25C. LICENSE NUMBER: S-19848001591
- 25D. COUNTY OF ISSUE: SOLANO
- 25E. NAME OF COUNTY CLERK: ▶ VIRGINIA RYAN
- 25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE): BY [signed] Gonzales, DEPUTY

### WITNESS(ES) (ONE REQUIRED)
- 26A. SIGNATURE OF WITNESS: ▶ Adrianne DeSantis
- 26B. ADDRESS - STREET AND NUMBER: 2208 Elliott Drive
- 26C. CITY, STATE AND ZIP CODE: American Canyon, California 94589
- 27A. SIGNATURE OF WITNESS: ▶ [signed] M. Farrell
- 27B. ADDRESS - STREET AND NUMBER: 1104 South Bluff Drive
- 27C. CITY, STATE AND ZIP CODE: Roseville, CA 95678

### CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE
28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

- ON MONTH: 12  DAY: 18  YEAR: 19 98
- AT CITY OR TOWN: FAIRFIELD  COUNTY: SOLANO  CALIFORNIA
- 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE: [signed] Jo Ann Huff
- 29B. RELIGIOUS DENOMINATION (IF CLERGY): --
- 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT): JO ANN HUFF
- 29D. OFFICIAL TITLE: C. COMMISSIONER
- 29E. MAILING ADDRESS: 600 TEXAS ST, FAIRFIELD CA
- 29F. ZIP CODE: 94533

### LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)
- 30A. SIGNATURE OF LOCAL REGISTRAR: ▶ Robert Blechschmidt
- 30B. SIGNATURE OF DEPUTY (IF APPLICABLE): BY ▶ [signed] DEPUTY
- 31. DATE ACCEPTED FOR REGISTRATION: 12/18/1998

---

**112948**

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SOLANO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SOLANO COUNTY ASSESSOR/RECORDER.

[signed] Robert Blechschmidt
ROBERT BLECHSCHMIDT
COUNTY ASSESSOR/RECORDER

By [signed] Deputy    DATE ISSUED 12-18-1998

This copy is not valid unless prepared on an engraved border displaying the seal, date of issuance and the original signature of the Deputy.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE