IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.

No. C 07-03386 JSW

**ORDER SETTING BRIEFING SCHEDULE RE PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

This matter is set for a hearing on October 12, 2007 on the petition for appointment of guardian ad litem filed by Plaintiffs. The Court HEREBY ORDERS that Defendants' opposition to this motion shall be due by Friday, September 14, 2007 and Plaintiffs' reply, if any, shall be due by Friday, September 21, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 31, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE