John Houston Scott, SBN 72578
Lizbeth N. de Vries, SBN 227215
**THE SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
tposey@lawjhs.com

Eric Safire, SBN 98706
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor, <br><br>   Plaintiffs, <br>v. <br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive, <br><br>   Defendants. | Case No. C07 3386 <br><br> **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** <br><br> Date: October 12, 2007 <br> Time: 9:00 a.m. <br> Ctrm: 2, 17th Floor |

### INTRODUCTION

The defendants have raised two separate issues in their motion to dismiss. First, defendants point out that no affidavit is attached to the complaint to establish Patricia DeSantis status as "successor in interest" as required by C.C.P. § 377.32. Second, the defendants contend that the

- 1 -

complaint fails to allege that (1) the decedent's "defacto adopted son" (Timothy Farrell) is the heir of Mr. DeSantis and (2) he lacks standing to assert any causes of action.

As to the first issue, on August 31, 2007, a declaration was filed by Patricia DeSantis establishing that she is the appropriate "successor in interest" to pursue this case on behalf of her deceased husband. (*See,* **Exhibit A** attached for the court's convenience).

As to the second issue, C.C.P. § 377.60(c) provides that a wrongful death action may be pursued by a minor if, at the time of the decedent's death, "the minor resided for the previous 180 days in the decedent's household and was dependent on the decedent for one-half or more of the minor's support." While the complaint does not specifically allege these facts, the complaint could be amended to allege with more specificity the relationship between the decedent and his "de facto adopted son", Timothy Farrell. The complaint could be amended to allege the following facts:

Since the December 18, 1998, marriage of Richard DeSantis and Patricia Farrell DeSantis, Timothy Farrell lived with them and knew Richard DeSantis as his father. Richard DeSantis is not Timothy's biological father, however, Richard DeSantis raised him as his son and he was the primary "breadwinner" in the household from 1998 until his death in April 2007. Timothy resided with his mother and Richard DeSantis for over 8 years prior to the death and Timothy was dependent upon Richard DeSantis for one-half, or more, of his support from 1998 until April 2007. The income earned collectively by Mr. and Mrs. DeSantis was community property. Because of surgery to his leg in 2006 and a bi-polar condition, Richard DeSantis did not work outside the home during the 180 days before his death. Rather, he performed child care and household duties for the family while his wife worked outside the home.

## ARGUMENT

Without citation to any authority, the defendant asserts that Timothy Farrell, who has been described as the "de facto adopted son" of the decedent, has no standing to bring a 1983 action for loss of familial relationship. (Motion, 5:17) In fact, Timothy Farrell has clear standing to bring this action, pursuant to California Code of Civil Procedure § 377.60(c). That subsection provides that a cause of action for the death of a person caused by the wrongful act or neglect of another may be

asserted by:

> A minor, whether or not qualified under subdivision (a) or (b), if, at the time of the decedent's death, the minor resided for the previous 180 days in the decedent's household and was dependent on the decedent for one-half or more of the minor's support.

Though § 377.60(c) has not yet been applied in any case similar to this one, subsection (b) of the same statue has been applied in police shooting (and other death) cases brought under § 1983.

In *Moreland v. Las Vegas Metro. Police Dept.*, 159 F.3d 365 (9th Cir. 1998), the court held that a particular state's law should be applied in a Section 1983 case to determine who may bring a survival action on behalf of an individual killed as a result of excessive force. The court noted that California law (C.C.P. § 377.60) differed from Nevada law and, in that case, required a different result. *Id.* at 369.

In *Foster v. City of Fresno*, 392 F.Supp.2d 1140 (E.D.Cal. 2005), the decedent was shot four times following a police chase. The district court wrote: "The survivors of an individual who is killed as a result of the application of excessive force may assert a Fourth Amendment claim on that individual's behalf if the relevant state's law authorizes a survival action. * * *. A parent may only assert a wrongful death claim if there are no children or issue or if he or she is 'dependent on the decedent.' C.C.P. § 377.60(b). *Id* at 1145-46. The district court applied C.C.P. 377.60(b) to determine whether certain plaintiffs had standing in a § 1983 action.

Similarly, in *Venerable v. City of Sacramento,* 185 F.Supp.2d 1128 (E.D.Cal. 2002), the court applied C.C.P. 377.60(b), and other California statutes (Civ. Pen. Code § §§ 372(a), 377.30, 377.33) relating to survival actions, in determining standing in a Section 1983 action arising from a police shooting.

All of this authority leads to the conclusion that a plaintiff's standing to assert a wrongful-death type action under 42 U.S.C. § 1983 is governed by state law. The cases cited above apply that principle. Therefore, C.C.P. § 377.60(c) applies to this case. Timothy Farrell has standing under C.C.P. § 377.60(c).

# CONCLUSION

Defendants' motion should be denied or the plaintiffs should be granted leave to amend.

Dated: September 5, 2007

Respectfully submitted,

**THE SCOTT LAW FIRM**

By: _____
John Houston Scott
Attorney for Plaintiffs

# EXHIBIT A

John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**THE SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
tposey@lawjhs.com

Eric Safire, SBN 98706
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C07 3386<br><br>**DECLARATION OF PATRICIA DESANTIS RE COMMENCEMENT OF ACTION BY SUCCESSOR IN INTEREST**<br><br>[C.C.P. § 377.32] |

I, Patricia DeSantis, declare as follows:

1. The decedent, Richard DeSantis, was my husband at the time of his death. A true and correct copy of our marriage certificate is attached hereto as **Exhibit A**. He was shot and killed by police officers outside of our home in Santa Rosa, California during the early morning hours of April

- 1 -

1 | 9, 2007.

2 |     2.    No proceeding is now pending in California for administration of the decedent's estate.

    3.    I am the decedent's successor in interest as defined by California Code of Civil Procedure § 377.11 because I am the beneficiary of the decedent's estate as defined by California Code of Civil Procedure § 377.10(b).

    4.    No other person has a superior right to bring this action or to be substituted for the decedent in the pending action.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on this ____ day of August, 2007.


By: _____
     Patricia DeSantis

- 2 -

[...] 2007.

2. No proceeding is now pending in California for administration of the decedent's estate.

3. I am the decedent's successor in interest as defined by California Code of Civil Procedure § 377.11 because I am the beneficiary of the decedent's estate as defined by California Code of Civil Procedure § 377.10(b).

4. No other person has a superior right to bring this action or to be substituted for the decedent in the pending action.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on this 22nd day of August, 2007.

By: *Patricia DeSantis*
Patricia DeSantis

# EXHIBIT A

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY of SOLANO

### LICENSE AND CERTIFICATE OF MARRIAGE — NEW MARRIAGE

MUST BE LEGIBLE - MAKE NO ERASURES, WHITEOUTS OR OTHER ALTERATIONS

**GROOM PERSONAL DATA**
- 1A. NAME OF GROOM - FIRST (GIVEN): RICHARD
- 1B. MIDDLE: TIMOTHY
- 1C. LAST (FAMILY): DESANTIS
- 2. DATE OF BIRTH: 01/21/1977
- 3A. RESIDENCE - STREET AND NUMBER: 17 ROCKWOOD COURT
- 3B. CITY: VALLEJO
- 3C. ZIP CODE: 94591
- 3D. COUNTY: SOLANO
- 4. STATE OF BIRTH: TX
- 5. MAILING ADDRESS: -,..
- 6. NUMBER OF PREVIOUS MARRIAGES: 0
- 7A. LAST MARRIAGE ENDED BY: --
- 7B. DATE: --/--/----
- 8A. USUAL OCCUPATION: PERSONAL AIDE
- 8B. USUAL KIND OF BUSINESS OR INDUSTRY: ADULT CARE
- 9. EDUCATION - YEARS COMPLETED: 12
- 10A. FULL NAME OF FATHER: DAN ANTHONY DESANTIS
- 10B. STATE OF BIRTH: SAUDI ARABIA
- 11A. FULL MAIDEN NAME OF MOTHER: ADRIANNE KIRK PERRINE
- 11B. STATE OF BIRTH: CA

**BRIDE PERSONAL DATA**
- 12A. NAME OF BRIDE - FIRST (GIVEN): PATRICIA
- 12B. MIDDLE: DAWN
- 12C. CURRENT LAST (FAMILY): FARRELL
- 12D. MAIDEN LAST:
- 13. DATE OF BIRTH: 11/19/1977
- 14A. RESIDENCE - STREET AND NUMBER: 17 ROCKWOOD COURT
- 14B. CITY: VALLEJO
- 14C. ZIP CODE: 94591
- 14D. COUNTY: SOLANO
- 15. STATE OF BIRTH: CA
- 16. MAILING ADDRESS: -,..
- 17. NUMBER OF PREVIOUS MARRIAGES: 0
- 18A. LAST MARRIAGE ENDED BY: --
- 18B. DATE: --/--/----
- 19A. USUAL OCCUPATION: SEAMSTRESS
- 19B. USUAL KIND OF BUSINESS OR INDUSTRY: DRY CLEANING
- 20. EDUCATION - YEARS COMPLETED: 13
- 21A. FULL NAME OF FATHER: MICHAEL ANTHONY FARRELL
- 21B. STATE OF BIRTH: CA
- 22A. FULL MAIDEN NAME OF MOTHER: BARBARA DANIELLE MARTIN
- 22B. STATE OF BIRTH: GERMANY

**AFFIDAVIT**
WE, THE UNDERSIGNED, AN UNMARRIED MAN AND WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND CERTIFICATE OF MARRIAGE.
- 23. SIGNATURE OF GROOM: Richard T. DeSantis
- 24. SIGNATURE OF BRIDE: Patricia D. Farrell

**LICENSE TO MARRY**
AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.
- 25A. ISSUE DATE: 12/18/1998
- 25B. LICENSE EXPIRES AFTER: 03/18/1999
- 25C. LICENSE NUMBER: S-19848001591
- 25D. COUNTY OF ISSUE: SOLANO
- 25E. NAME OF COUNTY CLERK: VIRGINIA RYAN
- 25F. SIGNATURE OF DEPUTY CLERK: [signature] Gonzales, DEPUTY

**WITNESS(ES) (ONE REQUIRED)**
- 26A. SIGNATURE OF WITNESS: Adrianne DeSantis
- 26B. ADDRESS: 2208 Elliott Drive
- 26C. CITY, STATE AND ZIP CODE: American Canyon, California 94589
- 27A. SIGNATURE OF WITNESS: [signature] M. Farrell
- 27B. ADDRESS: 1104 South Bluff River
- 27C. CITY, STATE AND ZIP CODE: Roseville CA 95678

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**
28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA
- ON: 12 / 18 / 1998
- AT: FAIRFIELD, SOLANO, CALIFORNIA
- 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE: Jo Ann Huff
- 29B. RELIGIOUS DENOMINATION OR CLERGY: --
- 29C. NAME OF PERSON SOLEMNIZING MARRIAGE: JO ANN HUFF
- 29D. OFFICIAL TITLE: C. COMMISSIONER
- 29E. MAILING ADDRESS: 600 TEXAS ST, FAIRFIELD CA
- 29F. ZIP CODE: 94533

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**
- 30A. SIGNATURE OF LOCAL REGISTRAR: Robert Blechschmidt
- 30B. SIGNATURE OF DEPUTY: [signature] DEPUTY
- 31. DATE ACCEPTED FOR REGISTRATION: 12/18/1998

---

**112948**

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SOLANO
This is a true and exact reproduction of the document officially registered and placed on file in the office of the SOLANO COUNTY ASSESSOR/RECORDER.

Robert Blechschmidt
ROBERT BLECHSCHMIDT
COUNTY ASSESSOR/RECORDER

By [signature], Deputy.  DATE ISSUED 12-18-1998

This copy is not valid unless prepared on an engraved border displaying the seal, date of issuance and the original signature of the Deputy.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE