1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; RICH CELLI, an individual and
   Officer of the SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
7  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT ;
   PATRICIA MANN, an individual and officer of the
8  SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
   an individual and Office of the SANTA ROSA POLICE DEPARTMENT
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  PATRICIA DESANTIS, individually and as          Case No. C 07-3386 JSW
    Success in Interest for RICHARD
14  DESANTIS, deceased, and as Guardian ad          **NOTICE OF PENDENCY OF**
    Litem for DANI DESANTIS, a minor, and           **ANOTHER ACTION OR**
    TIMOTHY FARRELL, a minor,                       **PROCEEDING**
15
                   Plaintiffs,
16                                                  [CIVIL LOCAL RULE 3-13]
           v.
17
    CITY OF SANTA ROSA, JERRY
18  SOARES, RICH CELLI, TRAVIS MENKE,
    PATRICIA MANN and DOES 1 through
19  25, inclusive,

20                 Defendants.
    _____/
21

22      1.      Description of Other Action:

23      The action described below is an action under 42 U.S.C. 1983 by the mother of Richard

24  DeSantis who died as a result of shots fired by officers from the Santa Rosa Police Department

25  on April 9, 2007.

26      2.      Title and Location of Other Action:

27      *Adrianne DeSantis  v. City of Santa Rosa, et al.*, United States District Court, Northern

28  District of California, No. C 07-4474 BZ.

1  3.  <u>Statement of the Relationship of the Other Action or Proceeding</u>:

2  This action is a suit for damages under 42 U.S.C. 1983 filed by the wife of Richard

3  DeSantis who died as a result of shots fired by police officers with the Santa Rosa Police

4  Department on her own behalf and on behalf of her minor children. She seeks to recover as the

5  successor in interest for alleged civil rights of the decedent and the rights of herself and her

6  minor children. The other action was filed by his mother arising out of the same incident as

7  described above.

9  Dated: September 20, 2007         /s/_____
                                    Caroline L. Fowler
10                                  Assistant City Attorney
                                    Attorney for Defendants
11                                  City of Santa Rosa, Santa Rosa Police Officers
                                    Jerry Soares, Rich Celli, Travis Menke,
12                                  and Patricia Mann