UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Patricia DeSantis, et al.

                              Case No.  C 07-3386 JSW

                    Plaintiff(s),

                              ADR CERTIFICATION BY PARTIES
                              AND COUNSEL

            v.

City of Santa Rosa, et al.

                    Defendant(s).
_____/


            Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

            (1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District
of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov   (*Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

            (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

            (3) Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: Sept. 28, 2007
                                        _____
                                        City of Santa Rosa
                                        [Party]

Dated: Sept. 28, 2007
                                        _____
                                        Caroline L. Fowler, Asst. City
                                        [Counsel]