**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 19, 2007

Case No.   C 07-3386 JSW          Judge: JEFFREY S. WHITE

Title: PATRICIA DESANTIS -v- CITY OF SANTA ROSA et al

Attorneys:  Plf: John Scott, Eric Safire
                   Dft: Caroline Fowler

Deputy Clerk:  Anthony Bowser    Court Reporter: Catherine Powell

**PROCEEDINGS**

1)   Initial Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel instructed by court to meet and confer with clients re revisiting Consent to Proceed before Magistrate Judge, and to submit notice of intent not later than 10/26/2007;

Limited discovery prior to ENE as follows: Plaintiff allowed to take depositions of four officers; Defendant allowed to depose plaintiff and son, if appropriate; Counsel to meet and confer re medical records;

Matter referred to ENE to be completed by 12/15/2007;

Further CMC to be heard 1:30 pm on 1/11/2008;