```
 1  John Houston Scott, SBN 72578
    Lizabeth N. de Vries, SBN 227215
 2  SCOTT LAW FIRM
    1375 Sutter Street, Suite 222
 3  San Francisco, CA 94109
    Telephone: (415) 561-9600
 4  Facsimile:  (415) 561-9609

 5  Eric Safire, SBN 98706
    LAW OFFICES OF ERIC SAFIRE
 6  2431 Fillmore Street
    San Francisco, CA 94115
 7  Telephone: (415) 292-1940
    Facsimile:  (415) 292-1946
 8
    Attorneys for Plaintiffs
 9
    Brien J. Farrell, City Attorney (SBN 088318)
10  Caroline L. Fowler, Assistant City Attorney (SBN 110313)
    CITY OF SANTA ROSA
11  100 Santa Rosa Avenue, Room 8
    Santa Rosa, California 95404
12  Telephone:  (707) 543-3040
    Facsimile:   (707) 543-3055
13
    Attorneys for Defendants
14  CITY OF SANTA ROSA; RICH CELLI, an individual and
    Officer of the SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
15  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
    PATRICIA MANN, an individual and officer of the
16  SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
    an individual and Office of the SANTA ROSA POLICE DEPARTMENT
17
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Success in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor, and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 07-3386 JSW<br><br>STATEMENT REGARDING RECONSIDERATION OF ASSIGNMENT TO MAGISTRATE |

Statement Regarding Reconsideration of Assignment to Magistrate, C 07-3386 JSW          Page 1

1  Pursuant to the Court's request at the Case Management Conference in the above
2  referenced matters, the parties have reconsidered whether they would stipulate to assignment of
3  this matter to a magistrate judge.
4  The parties are not willing to stipulate to assignment to a magistrate judge.

5  DATED: October 24, 2007    SCOTT LAW FIRM

7  By: _____
8  JOHN HOUSTON SCOTT
   Attorney for Plaintiff

9  DATED: October 25, 2007    CITY OF SANTA ROSA

11 By: _____
12 Caroline L. Fowler
   Assistant City Attorney
13 Attorney for Defendants
   City of Santa Rosa, Santa Rosa Police
14 Officers Jerry Soares, Rich Celli, Travis
   Menke, and Patricia Mann