JOHN HOUSTON SCOTT (SBN 72578)
LIZABETH N. de VRIES (SBN 227215)
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>　　Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>　　Defendants. | Case No.: C 07 3386 JSW<br><br>NOTICE OF UNAVAILABILITY |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on the following dates, John H. Scott and Lizabeth N. de Vries, attorneys for plaintiffs PATRICIA DESANTIS, DANI DESANTIS, and TIMOTHY FARRELL will be out of the office and unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, appearing in court, responding to ex parte applications, or attending depositions:

**Commencing December 21, 2007 and ending January 2, 2008.**

1

It is requested that all issues arising during our absence be deferred until we return. This notice is given pursuant to the case of *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, regarding the availability of sanctions for purposefully scheduling a conflicting proceeding without good cause. Purposeful scheduling of a conflicting proceeding without good cause during the period of notice is sanctionable conduct pursuant to the *Tenderloin* case.

DATED: October 31, 2007                               **SCOTT LAW FIRM**

By: /s/ JOHN HOUSTON SCOTT