1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone: (707) 543-3040
   Facsimile:  (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; RICH CELLI, an individual and
   Officer of the SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
7  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT ;
   PATRICIA MANN, an individual and officer of the
8  SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
   an individual and Office of the SANTA ROSA POLICE DEPARTMENT
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor, and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 07-3386 JSW<br><br>**STIPULATION AND ORDER TO EXTEND EARLY NEUTRAL EVALUATION (ENE) DEADLINE** |
|---|---|

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

On October 19, 2007, this Court issued an Order After Hearing of the Initial Case Management Conference prescribing a timetable for limited discovery and a deadline for completion of ENE by December 15, 2007.

On October 19, 2007, the Court appointed William M. Goodman as the ENE Evaluator for this matter. Pursuant to the Parties respective calendars, completion of necessary discovery, and the availability of Mr. Goodman, the first available date for ENE is January 7, 2008.

1    The parties hereby request a formal order extending the deadline for completion of ENE
2  from December 15, 2007 to January 8, 2008.

3  DATED: November 9, 2007        CITY OF SANTA ROSA

                                    By: _____
                                        Caroline L. Fowler
                                        Assistant City Attorney
                                        Attorneys for Defendants

7  DATED: November 2, 2007        THE SCOTT LAW FIRM

                                    By: _____
                                        John Houston Scott
                                        Attorneys for Plaintiff

11 DATED: November 12, 2007       LAW OFFICES OF ERIC SAFIRE

                                    By: _____
                                        Eric Safire
                                        Attorneys for Plaintiffs

16 PURSUANT TO STIPULATION, IT IS SO ORDERED:

17 DATED: _____

                                    _____
                                    Honorable Jeffrey S. White
                                    United States District Judge