
John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609

Eric Safire, SBN 98706
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946

Attorneys for Plaintiffs

Brien J. Farrell, SBN 088318
Caroline L. Fowler, SBN 110313
**CITY OF SANTA ROSA**
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: C 07 3386 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** |

- 1 -

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT

The parties stipulate to allow Plaintiffs to file a First Amended Complaint to add a state wrongful death cause of action to the Complaint now that their six month claim has been denied.

The parties also stipulate that Defendants shall file their answer to the First Amended Complaint within ten (10) days of service of the amended complaint.

DATED: October 30, 2007                     SCOTT LAW FIRM

By: _____
JOHN HOUSTON SCOTT
Attorney for Plaintiffs

DATED: October___, 2007

By: _____
CAROLINE FOWLER
Attorney for Defendants

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the plaintiffs may file their First Amended Complaint to add a state wrongful death claim as a supplemental claim to the Section 1983 claims.

DATED:

_____
Honorable Jeffrey S. White
U.S. District Court Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT

The parties stipulate to allow Plaintiffs to file a First Amended Complaint to add a state wrongful death cause of action to the Complaint now that their six month claim has been denied.

The parties also stipulate that Defendants shall file their answer to the First Amended Complaint within ten (10) days of service of the amended complaint.

DATED: October 30, 2007                                  SCOTT LAW FIRM

                                                         By: _____
                                                         JOHN HOUSTON SCOTT
                                                         Attorney for Plaintiffs

DATED: October 31, 2007

                                                         By: _____
                                                         CAROLINE FOWLER
                                                         Attorney for Defendants

### ORDER

Based on the stipulation of the parties, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the plaintiffs may file their First Amended Complaint to add a state wrongful death claim as a supplemental claim to the Section 1983 claims.

DATED: November 14, 2007

                                                         _____
                                                         Honorable Jeffrey S. White
                                                         U.S. District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT