| | |
|---|---|
| 1 | BRIEN J. FARRELL, City Attorney (SBN 088318) |
| | CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313) |
| 2 | City of Santa Rosa |
| | 100 Santa Rosa Avenue, Room 8 |
| 3 | Santa Rosa, California 95404 |
| 4 | Telephone: (707) 543-3040 |
| | Facsimile: (707) 543-3055 |
| 5 | |
| 6 | Attorneys for Defendants |
| | CITY OF SANTA ROSA; RICH CELLI, an individual and |
| | Officer of the SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE, |
| 7 | an individual and Officer of the SANTA ROSA POLICE DEPARTMENT ; |
| | PATRICIA MANN, an individual and officer of the |
| 8 | SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES, |
| | an individual and Office of the SANTA ROSA POLICE DEPARTMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor, and TIMOTHY FARRELL, a minor, | Case No. C 07-3386 JSW |
| | **STIPULATION AND ORDER TO EXTEND EARLY NEUTRAL EVALUATION (ENE) DEADLINE** |
| Plaintiffs, | |
| v. | |
| CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

On October 19, 2007, this Court issued an Order After Hearing of the Initial Case Management Conference prescribing a timetable for limited discovery and a deadline for completion of ENE by December 15, 2007.

On October 19, 2007, the Court appointed William M. Goodman as the ENE Evaluator for this matter. Pursuant to the Parties respective calendars, completion of necessary discovery, and the availability of Mr. Goodman, the first available date for ENE is January 7, 2008.

1  The parties hereby request a formal order extending the deadline for completion of ENE
2  from December 15, 2007 to January 8, 2008.

3  DATED: November 9, 2007    CITY OF SANTA ROSA

   By: _____
   Caroline L. Fowler
   Assistant City Attorney
   Attorneys for Defendants

7  DATED: November 2, 2007    THE SCOTT LAW FIRM

   By: _____
   John Houston Scott
   Attorneys for Plaintiff

11 DATED: November 12, 2007   LAW OFFICES OF ERIC SAFIRE

   By: _____
   Eric Safire
   Attorneys for Plaintiffs

16 PURSUANT TO STIPULATION, IT IS SO ORDERED:

17 DATED: November 15, 2007

   _____
   Honorable Jeffrey S. White
   United States District Judge

Stipulation and Order to Extend ENE Deadline, C 07-3386 JSW                    Page 2

TOTAL P.03