BRIEN J. FARRELL, City Attorney (SBN 088318)
CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
as Chief of Police for the CITY OF SANTA ROSA;
RICH CELLI, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
PATRICIA MANN, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; and JERRY SOARES,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN, et al.<br><br>Defendants.<br>_____/ | Case No. C 07-3386 JSW<br><br>**STIPULATION AND ORDER FOR CONSOLIDATION OF ACTIONS** |
| ADRIANNE DESANTIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, a municipal corporation, EDWIN FLINT, in his capacity as Chief of Police for the CITY OF SANTA ROSA; PATRICIA MANN, individually and in her capacity as an officer for the CITY OF SANTA ROSA; RICH CELLI, individually and in his capacity as an officer for the CITY OF SANTA ROSA; TRAVIS MENKE, individually and in his capacity as | Case No. C 07-4474 JSW |

1 | an officer for the CITY OF SANTA ROSA, et al.,

2

3 |                   Defendants.
    _____/

4       IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

5 entitled actions, by their respective counsel, as follows:

6       1.    The above-entitled actions, *Patricia DeSantis, et al. v. City of Santa Rosa, et al.,*

7 and *Adrianne DeSantis v. City of Santa Rosa, et al.*, arise out of the same incident and involve

8 common issues of law and fact; and

9       2.    The parties agree that in the interests of judicial economy, the two cases should be

10 consolidated for all purposes, including trial.

11       The undersigned hereby jointly apply to the court for an order consolidating Action No.

12 C 07-3386 JSW with Action No. C 07-4474 JSW and directing that only one set of findings of

13 fact and conclusions of law, if any, and one judgment be made, that the original of all further

14 papers filed in the above-entitled actions be entitled *Patricia DeSantis, et al. v. City of Santa*

15 *Rosa, et al.*, and filed in Action No. C 07-3386 JSW, and that a copy of such order be filed in

16 Action No. C 07-4474 JSW, but that no further papers or documents or copies thereof need be

17 filed in that action.

18

19 Dated:  1/2/08                             /s/
                                                    JOHN HOUSTON SCOTT, ESQ.
20                                                     Attorney for Plaintiffs
                                                    PATRICIA DESANTIS, et al.
21

22 Dated:  1/3/08                             /s/
                                                    ERIC SAFIRE, ESQ.
23                                                     Attorney for Plaintiffs
                                                    PATRICIA DESANTIS, et al.
24

25 Dated:  1/3/08                             /s/
                                                    BEN NISENBAUM
26                                                     Attorney for Plaintiff
                                                    ADRIANNE DESANTIS

27 //

28 //

1  Dated:  1/3/08                               /s/                                                         
                                                CAROLINE L. FOWLER
2                                               Assistant City Attorney
                                                Attorney for Defendants
3                                               City of Santa Rosa, Edwin Flint, Chief of
                                                Police, Santa Rosa Police Officers Jerry
4                                               Soares, Rich Celli, Travis Menke, and Patricia
                                                Mann
5

6                                              ORDER

7  Pursuant to the stipulation of the parties and for good cause shown, **IT IS SO ORDERED.**

8

9  Dated:  _____                        _____
                                                HONORABLE JEFFREY S. WHITE
10                                              United States District Judge