**FILED**

JAN 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**

**Northern District of California**

Desantis,

        Plaintiff(s),

        v.

City of Santa Rosa,

        Defendant(s).

No. C 07-03386 JSW ENE

**Certification of ADR Session**

*Instructions:  The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.*

1.    I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _____1/7/08_____

2.    Did the case settle?    ☐ fully    ☐ partially    ☑ no

3.    If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☑ no

4.    **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: _____1/7/08_____    _____

**Evaluator, William M. Goodman**
Kasowitz, Benson, Torres & Friedman LLP
832 Sansome St., 4th Fl.
San Francisco, CA 94111

**Certification of ADR Session**
07-03386 JSW ENE