IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 11, 2008              **Court Reporter:** Lydia Zinn

**CASE NO. C-07-3386  JSW  (consolidated with C-07-4474)**

**TITLE:**  Patricia DeSantis, et al.,  v.  City of Santa Rosa, et al.,

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

John Scott                              Caroline Fowler
John Burris
Eric Safire

**PROCEEDINGS:**  Further Case Management Conference

**RESULTS:**  Close of fact discovery:  8-18-08

Expert Disclosures due:  9-2-08

Close of Expert discovery: 10-2-08

Hearing on dispositive motions (if any):  10-17-08 at 9:00 a.m.

Pretrial Conference: 12-22-08 at 2:00 p.m.

Jury Trial:  1-20-09 at 8:30 a.m.

**The Court suspended its requirement that counsel meet and confer in person.  Counsel may meet and confer via telephone.**