```
 1  BRIEN J. FARRELL, City Attorney (SBN 088318)
    CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
 2  City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
 3  Santa Rosa, California 95404

 4  Telephone:  (707) 543-3040
    Facsimile:  (707) 543-3055
 5
    Attorneys for Defendants
 6  CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
    as Chief of Police for the CITY OF SANTA ROSA;
 7  RICH CELLI, an individual and Officer of the
    SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
 8  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
    and PATRICIA MANN, an individual and Officer of the
 9  SANTA ROSA POLICE DEPARTMENT

10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al., | Case No. C 07-3386 JSW (consolidated with C 07-4474) |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT JERRY SOARES** |
| CITY OF SANTA ROSA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled actions, by their respective counsel, as follows:

1. All claims against Defendant Jerry Soares shall be dismissed with prejudice.

2. In consideration of said dismissal, Defendant Jerry Soares waives any claim for costs and releases Plaintiff Patricia DeSantis and her attorneys from any and all claims arising out of the filing of the above referenced action against him.

Dated: 2/12/, 2008

_____
JOHN HOUSTON SCOTT, ESQ.
Attorney for Plaintiffs
PATRICIA DESANTIS, et al.

Stipulation and Order re Dismissal of Defendant Jerry Soares                                    Page 1

Dated: 2/13/08, 2008

ERIC SAFIRE, ESQ.
Attorney for Plaintiffs
PATRICIA DESANTIS, et al.

Dated: 1/14, 2008

Caroline L. Fowler
Assistant City Attorney
Attorney for Defendants
City of Santa Rosa, Santa Rosa Police Chief
Ed Flint, Santa Rosa Police Officers Rich
Celli, Travis Menke, and Patricia Mann

## ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS SO ORDERED, that all claims are hereby dismissed against Defendant Jerry Soares with prejudice.

Dated: February 14, 2008

HONORABLE JEFFREY S. WHITE
United States District Judge