1  JOHN HOUSTON SCOTT (SBN 72578)
   LIZABETH N. de VRIES (SBN 227215)
2  **SCOTT LAW FIRM**
   1375 Sutter Street, Suite 222
3  San Francisco, California 94109
   Telephone: (415) 561-9600
4  Facsimile: (415) 561-9609
   john@scottlawfirm.net
5  liza@scottlawfirm.net

6  ERIC SAFIRE, (SBN 98706)
   **LAW OFFICES OF ERIC SAFIRE**
7  2431 Fillmore Street
   San Francisco, CA 94115
8  Telephone: (415) 292-1940
9  Facsimile: (415) 292-1946
   eric@safirelaw.com
10

11 Attorneys for the Plaintiffs

12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor, | Case No.: C 07 3386 JSW |
| | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| Plaintiffs, v. | [Fed. R. Civ. P. 56(c), 56(d)] |
| CITY OF SANTA ROSA, *et al.*, | Date: October 17, 2008<br>Time: 9:00 a.m<br>Place: Courtroom 2, 17th floor<br>Judge: Jeffrey S. White |
| Defendants. | |

25  TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

26      Notice is hereby given that on October 17, 2008, at 9:00 a.m., or as soon thereafter as

27  counsel may be heard by the above-entitled court, located at 450 Golden Gate Ave., San

28  Francisco, California, 94102, plaintiffs, will and hereby do move the Court for partial summary

- 1 -
NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY ADJUDICATION

adjudication pursuant to Rule 56(d).  This motion is brought on the ground that plaintiffs are entitled to partial summary adjudication against Sgt. Richard Celli for liability and for the reasons set forth in plaintiffs' moving papers.

This motion is based on Plaintiffs' Memorandum of Points and Authorities, and the Declarations of John H. Scott ("Scott Declaration"), and expert witness Dr. Ron Martinelli ("Martinelli Declaration").  This motion is also based on the pleadings and papers on file in this action; such additional matters of which this Court may take judicial notice; and any additional argument and evidence as may be presented at the hearing.

DATED: August 8, 2008                                            Respectfully submitted,

**SCOTT LAW FIRM**


By:  _____/s/ John H. Scott_____
         JOHN HOUSTON SCOTT

*F:\Cases\Cases - Active\DeSantis\Pleadings\SummaryAdjudication\Notice of Motion.doc*

- 2 -

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY ADJUDICATION