# EXHIBIT A

# SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: ___SRPD OIS___                                    CR: ___070409-007___

INTERVIEW: ___PATRICIA DESANTIS / SRPD DISPATCH___    PAGE: ___1___ OF ___19___

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| 1 | PD= | Patricia DeSantis |
| 2 | RD= | Richard DeSantis |
| 3 | TD= | Timothy DeSantis |
| 4 | TF= | Timothy Farrell |
| 5 | DSP= | SRPD Dispatch |

7 **Part-1**

9 DSP    Santa Rosa 911, what is your emergency?

11 PD    My husband, um, I, I need help (unintelligible) my husband's bipolar. He's having
12        manic... the reason why (unintelligible) is not on...

14 DSP    Do you need, do, we need an ambulance as well?

16 PD    No, I just need help with him, my husband just shot, ah, into the ceiling with, um,
17        firearm. He just shot into the ceiling. (Breathing heavily...)

19 DSP    Where's the gun?

21 PD    Um, it's in the bedroom and I'm gonna go get it away from him in a moment. Um...

23 DSP    Okay, you stay away from him and the gun, okay?

25 PD    He, he's not... he's not gonna hurt anything, but he's (unintelligible)...

27 DSP    Okay, 631 South Avenue?

29 PD    Yeah, he thinks he hears people in the attic and there's no one there. He's having his
30        paranoid delusions. He's in a manic phase and he's bipolar.

32 DSP    Okay.

34 PD    Um, and, I, it-it...

36 DISP    What kind of gun is it?

38 PD    I don't, I, it, it, it ...

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE: ___A. VERNON___                    TYPED BY: ___wg___

CRIME: ___SRPD_OIS_____   CR: __070409-007__

INTERVIEW: ___PATRICIA DESANTIS / SRPD DISPATCH___   PAGE: __2__ OF __19__

*************************************************************************

| | | |
|---|---|---|
| 40 | DSP | Is it a small gun or a big pistol? |
| 41 | | |
| 42 | PD | … it's a Glock. |
| 43 | | |
| 44 | DSP | A, a Glock? |
| 45 | | |
| 46 | PD | Yeah. And a, um… |
| 47 | | |
| 48 | DSP | Okay, what's his name? |
| 49 | | |
| 50 | PD | RICHARD DESANTIS. He's… |
| 51 | | |
| 52 | DISP | RICHARD what? |
| 53 | | |
| 54 | PD | DESANTIS. |
| 55 | | |
| 56 | DSP | D-E-S-A-N… |
| 57 | | |
| 58 | PD | T-I-S. |
| 59 | | |
| 60 | DSP | … T-I-S. Date of birth or age on RICHARD? |
| 61 | | |
| 62 | PD | 1-21-77. |
| 63 | | |
| 64 | DSP | Ah, he's a white male adult? |
| 65 | | |
| 66 | PD | Yes. |
| 67 | | |
| 68 | DSP | Okay, how tall is he? |
| 69 | | |
| 70 | PD | 5 foot, 5 foot, ah… |
| 71 | | |
| 72 | DSP | Is he tallish, like 5-8? |
| 73 | | |
| 74 | PD | He's not, he's not, no, he's like 5-7. |
| 75 | | |
| 76 | DSP | Okay, is he a big guy, small guy, medium guy? |
| 77 | | |
| 78 | PD | Medium. |

*************************************************************************

DETECTIVE: ____A. VERNON_____   TYPED BY: __wg__

Investigations Transcript Form

CRIME: ___SRPD  OIS_____    CR: ___070409-007____

INTERVIEW: ___PATRICIA DESANTIS / SRPD DISPATCH___    PAGE: ___3___ OF ___19___

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| 79 | | |
| 80 | DSP | What's he wearing? |
| 81 | | |
| 82 | PD | Ah, right now, nothing.  We were in bed.  (Breathing heavily) |
| 83 | | |
| 84 | DSP | Okay.  You're, you're PATRICIA? |
| 85 | | |
| 86 | PD | Yeah. |
| 87 | | |
| 88 | DSP | I want to assure you that help is on the way. |
| 89 | | |
| 90 | PD | Um... |
| 91 | | |
| 92 | DSP | Your phone number is 526-5607? |
| 93 | | |
| 94 | PD | I, I don't, eh, yeah... |
| 95 | | |
| 96 | DSP | Okay. |
| 97 | | |
| 98 | PD | ... he, he's not... |
| 99 | | |
| 100 | | (Sound of gun shots in the background) |
| 101 | | |
| 102 | DSP | H-hello? |
| 103 | | |
| 104 | PD | I, I...  Hel, hello? |
| 105 | | |
| 106 | DSP | Can you hear me? |
| 107 | | |
| 108 | PD | Yes. |
| 109 | | |
| 110 | DSP | Okay, what room... is the room in the back of the house, or the front? |
| 111 | | |
| 112 | PD | It's in the back, we're in the front. |
| 113 | | |
| 114 | | (Loud noise/ boom in the background) |
| 115 | | |
| 116 | DSP | What's that noise? |
| 117 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE: ___A. VERNON_____    TYPED BY: __wg__

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: ___SRPD   OIS_____ CR: ___070409-007_____

INTERVIEW: ___PATRICIA DESANTIS / SRPD DISPATCH_____ PAGE: __4__ OF __19__

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| 118 | PD | Um, he's moving things around. |
| 120 | DSP | Is he throwing things? |
| 122 | PD | Uh, no... |
| 124 | DSP | He's, so he's moving things around in the bedroom? |
| 126 | PD | Apparently. |
| 128 | DSP | Okay. |
| 130 | PD | I, I have my, I have my, yeah... |
| 132 | DSP | Is anybody else home? |
| 134 135 | PD | My, our two kids.  I have a two year old, um, and a ten year old.  Um, the ten year old is asleep and the two year old is sitting in my lap. |
| 137 | DSP | Okay. |
| 139 140 | PD | Um.... um (breathing heavily) I, I... I, I was gonna try and take him to Kaiser tomorrow (crying)... |
| 142 | DSP | It's okay, it's okay PATRICIA. |
| 144 145 | PD | ... so that he could get on (unintelligible) and he'd just started back on his Lithium this week. |
| 147 | DSP | Okay, do you want me to, do you want me to start an ambulance?  It's okay... |
| 149 150 | PD | I, I, I, I, I don't want him to go to jail because he thinks he's trying to protect us from people in the attic. |
| 152 | DSP | Oh, okay.  Right now, our focus is getting him the help he needs. |
| 154 | PD | I know, but... |
| 156 | DSP | That's why I said, should I start him an ambulance? |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE: ____A. VERNON_____ TYPED BY: __wg__

Investigations Transcript Form

Confidential Material Subject To Protective Order

SONOMA COUNTY SHERIFF'S DEPARTMENT
Case 3:07-cv-03386-JSW    Document 47-2    Filed 08/08/2008    Page 6 of 12
CRIME:    SRPD  OIS                                    CR:    070409-007

INTERVIEW:   PATRICIA DESANTIS / SRPD DISPATCH        PAGE:    5    OF    19

```
157
158   PD     Ho, hold on, hold on.
159
160   DSP    I got it... Hey, PATRICIA?
161
162   PD     Yeah?
163
164   DSP    We need to get the kids out of the house.
165
166   PD     Okay.
167
168   DSP    Okay, so I need you to go wake up your ten year old, okay?
169
170   PD     Okay.
171
172   DSP    You need to be strong, and you're doing really good. Just remember that.  I need you to
173          wake up the ten year old and the two year old and I need you all to go outside.
174
175   PD     Okay.
176
177   DSP    That's very important.  My Sergeant is, is asking if you can do that.
178
179   PD     I don't want him to get hurt because he thinks he's protecting us.
180
181   DSP    Okay, that's fine, but for us to do our job, we need to do that, okay?
182
183   PD     And he's not gonna forgive me for calling you, I know it (crying).
184
185   DSP    No, no, you know what, PATRICIA, we've got an officer there, we need you and the
186          children...
187
188   PD     Okay.
189
190   DSP    ... out of the house.
191
192   PD     Okay.
193
194   DSP    Okay?
195
```

DETECTIVE:    A. VERNON                    TYPED BY:    wg

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME:  __SRPD  OIS__                                        CR:  __070409-007__

INTERVIEW:  __PATRICIA DESANTIS / SRPD DISPATCH__     PAGE:  __6__  OF __19__

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| 196 | PD | Uh-huh. |
| 197 | | |
| 198 | DSP | I need to know what, what you're doing… |
| 199 | | |
| 200 | PD | Okay. |
| 201 | | |
| 202 | DSP | Do you have a portable phone? |
| 203 | | |
| 204 | PD | No. |
| 205 | | |
| 206 | DSP | It's not portable? |
| 207 | | |
| 208 | PD | It's not. |
| 209 | | |
| 210 | DSP | Okay, leave the phone on… |
| 211 | | |
| 212 | PD | Okay. |
| 213 | | |
| 214 | DSP | … and get the kids and then yell at me when you're leaving the house. |
| 215 | | |
| 216 | PD | Okay. All right… RICHARD, I'm turning the light on. (Sound of gun shot in the |
| 217 | | background) RICHARD, stop! RICHARD, stop, stop! There's no one up there, stop. |
| 218 | | There's no one up there. Stop… (unintelligible)… |
| 219 | | |
| 220 | UNK | (Sound of child's voice)… Where's Daddy? |
| 221 | | |
| 222 | PD | No. |
| 223 | | |
| 224 | UNK | (Unintelligible)…. |
| 225 | | |
| 226 | PD | We are all walking outside right now. |
| 227 | | |
| 228 | UNK | (Unintelligible)… |
| 229 | | |
| 230 | PD | Don't touch it. (Unintelligible), come here. Stop. Come here. RICHARD, |
| 231 | | (unintelligible), okay? |
| 232 | | |
| 233 | RD | Okay. |
| 234 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE:  __A. VERNON__                    TYPED BY:  __wg__

Investigations Transcript Form

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

196   PD    Uh-huh.
197
198   DSP   I need to know what, what you're doing…
199
200   PD    Okay.
201
202   DSP   Do you have a portable phone?
203
204   PD    No.
205
206   DSP   It's not portable?
207
208   PD    It's not.
209
210   DSP   Okay, leave the phone on…
211
212   PD    Okay.
213
214   DSP   … and get the kids and then yell at me when you're leaving the house.
215
216   PD    Okay. All right… RICHARD, I'm turning the light on.( Sound of gun shot)  RICHARD,
217         stop!  RICHARD, stop, stop!  There's no one up there, stop.  There's no one up there.
218         Stop… (unintelligible)…
219
220   UNK   (Sound of child's voice)… Where's Daddy?
221
222   PD    No.
223
224   UNK   (Unintelligible)….
225
226   PD    We are all walking outside right now.
227
228   UNK   (Unintelligible)…
229
230   PD    Don't touch it.  (Unintelligible), come here.  Stop.  Come here.  RICHARD,
231         (unintelligible), okay?
232
233   RD    Okay.
234

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE:    A. VERNON                    TYPED BY:    wg

Investigations Transcript Form

CRIME: ___SRPD OIS___ CR: ___070409-007___

INTERVIEW: ___PATRICIA DESANTIS / SRPD DISPATCH___ PAGE: __7__ OF __19__

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

235 | PD | I need you to just come here. (Unintelligible) all on the porch.
236

237 | UNK | (Unintelligible) they were all on the porch.
238

239 | TF | Uh, hello?
240

241 | DSP | Hi.
242

243 | TF | We're on the porch.
244

245 | DSP | You're all on the porch?
246

247 | TF | Um-hmm.
248

249 | DSP | You, are you out there with your mommy?
250

251 | TF | Yeah.
252

253 | (PD in background: "There's no one...")
254

255 | DSP | Where's Daddy?
256

257 | TF | Out on the porch.
258

259 | DSP | He's outside?
260

261 | TF | Um-hmm.
262

263 | DSP | Where's your brother?
264

265 | TF | I don't have a brother.
266

267 | DSP | Okay, who's, ah, you have a sister?
268

269 | TF | Yeah.
270

271 | DSP | Okay. Hold on. I'm gonna, are you sure you're all outside?
272

273 | TF | Yeah.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE: ___A. VERNON___ TYPED BY: __wg__

Investigations Transcript Form

Case 3:07-cv-03386-JSW    Document 47-2    Filed 08/08/2008    Page 10 of 12

CRIME: ___SRPD  OIS_____    CR: ___070409-007___

INTERVIEW: ___PATRICIA DESANTIS / SRPD DISPATCH_____    PAGE: ___8___ OF ___19___

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

274
275    DSP    Okay. How, the phone can reach outside?
276
277    TF     A little bit.
278
279    DSP    Okay. Why don't you just stay right where you are, okay?
280
281    TF     Okay.
282
283    DSP    And why don't you, I'm gonna keep you on the phone with me, okay?
284
285    TF     Okay.
286
287    DSP    Where, where's Mom and your sister?
288
289    TF     Outside.
290
291    DSP    Outside?
292
293    TF     Um-hmm.
294
295    DSP    Is your sister inside or outside?
296
297    TF     Outside.
298
299    DSP    Okay.
300
301                            (Sound of dogs barking- yelling)
302
303    DSP    I want you to stay on the phone with me, okay?
304
305    TF     Okay.
306
307    DSP    It's really important.
308
309                            (Sound of dogs barking- yelling)
310
311    TF     You know, I have an alligator lizard here.
312

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE: ___A. VERNON_____    TYPED BY: ___wg___

Investigations Transcript Form

CRIME:    SRPD   OIS                                        CR:    070409-007

INTERVIEW:    PATRICIA DESANTIS / SRPD DISPATCH          PAGE:    9    OF    19

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

313    DSP    What?

314

315    TF    An alligator lizard.

316

317    DSP    You have an alligator lizard?

318

319    TF    Yeah.

320

321    DSP    What's his name?

322

323    TF    Oh, we have, don't know if it's a male or female.

324

325    DSP    Oh, so do you call it different names?

326

327                              (Sound of dogs barking- yelling)

328

329    DSP    Wh, what's your name?

330

331    (PD in background:  Won't you please listen?)

332

333    TF    What?

334

335    DSP    What's your name?

336

337    TF    TIMOTHY.

338

339    DSP    TIMOTHY, I have a puppy.

340

341    TF    Oh...

342

343    DSP    He's really, she's really cute.

344

345                              (Sound of screaming, gunshots)

346

347    (PD in background:    Oh my God!  Oh my God... (Crying)  No, no, no, no)!

348

349                              (Sound of dogs barking)

350

351    DSP    TIMOTHY, TIMOTHY...  TIMOTHY!


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE:    A. VERNON                    TYPED BY:    wg


Investigations Transcript Form

Confidential Material Subject to Protective Order

CRIME: ___SRPD OIS_____    CR: ___070409-007___

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH___    PAGE: ___10___ OF ___19___

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

352
353    (PD in background: Unintelligible- crying)
354
355    TF    What?
356
357    (PD in background: RICHARD (unintelligible- crying) anything!
358
359    DSP    TIMOTHY!
360
361    TF    I'm still here.
362
363    DSP    Stay with me, okay?
364
365                                    (Sound of dogs barking)
366
367    TF    Okay.
368
369    DSP    I, can you close your eyes and picture my puppy in your house? I, my puppy is, is…
370
371    TF    Well, I also have a Beta.
372
373    DSP    You have a Beta?
374
375    TF    Um-hmm.
376
377    DSP    I had a Beta when I was little. Her name was Sally.
378
379                                    (Sound of dogs barking)
380
381    (PD in background: Unintelligible- crying)
382
383    DSP    What color is your Beta?
384
385    TF    Well, it's a female.
386
387    DSP    It's a female, do you have a name for her?
388
389    TF    No…
390

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DETECTIVE: _____A. VERNON_____    TYPED BY: __wg__