IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.
_____/

No. C 07-03386 JSW

**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter is set for a hearing on October 17, 2008 on Plaintiffs' motion for partial summary adjudication. The Court HEREBY ORDERS that Defendants' opposition to this motion shall be filed by no later than August 26, 2008 and Plaintiffs' reply, if any, shall be filed by no later than September 2, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 11, 2008

                                               JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE