1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone: (707) 543-3040
   Facsimile:  (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
   as Chief of Police for the CITY OF SANTA ROSA;
7  RICH CELLI, an individual and Officer of the
   SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
8  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
   and PATRICIA MANN, an individual and Officer of the
9  SANTA ROSA POLICE DEPARTMENT

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13
   PATRICIA DESANTIS, et al.,              Case No. C 07-3386 JSW (consolidated with
14                                         C 07-4474)
            Plaintiffs,
15                                         STIPULATION AND ORDER TO AMEND
       v.                                  BRIEFING SCHEDULE ON PLAINTIFF'S
16                                         MOTION FOR SUMMARY
   CITY OF SANTA ROSA, et al.,             ADJUDICATION
17
            Defendants.
18  _____/

19      The parties through their respective attorneys of record hereby stipulate as follows:

20      1. Whereas, Plaintiff Patricia DeSantis filed a Motion for Partial Summary Adjudication

21  on August 11, 2008 and setting the hearing date for October 17, 2008; and

22      2. Whereas on August 11, 1008, the court issued an order setting the briefing schedule

23  requiring defendant's opposition to be filed on August 26, 2008 and plaintiff's reply brief no

24  later that September 2, 2008; and

25      3. Whereas the court's order indicated that the parties may request the briefing schedule

26  be moved; and

27      4. Whereas the motion was received while Defendant's attorney Caroline L. Fowler was

28  on vacation and Ms. Fowler has just been sworn in as the City's new City Attorney and has been

1  required to take on numerous other responsibilities and also is scheduled for two all day
2  meditations in other matters during the two week period which defendant has been given to
3  prepare its opposition; and

4     5. Whereas defendant is also in process of preparing its own Motion for Summary
5  Judgment to be filed in accordance with the court's prior scheduling order and requests
6  additional time to prepare its opposition to plaintiff's motion on a key issue in the case;

7     6. Whereas, plaintiff does not oppose said request. The parties therefore propose that
8  Defendant's opposition be due September 9, 2008 and that plaintiff's reply brief be filed no later
9  than September 16, 2008.

10

11  Dated: 8/19 , 2008

                                                      _Caroline F. Fowler_
12                                                       Caroline L. Fowler
                                                       City Attorney
                                                       Attorney for Defendants
13                                                        City of Santa Rosa, Santa Rosa Police Chief Ed Flint,
                                                       Santa Rosa Police Officers Rich Celli, Travis Menke,
14                                                        and Patricia Mann

15

16  Dated:          , 2008

                                                       John H. Scott
17                                                        Scott Law Firm
                                                       Attorney for Plaintiffs

18

## ORDER

19

20     Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY
21  ORDERED that the court's prior order setting Briefing Schedule on Plaintiffs Motion for
22  Summary Judgment is amended as follows:

23     1. Defendants opposition to the motion to be filed no later than September 9, 2008; and
24     2. Plaintiffs reply, if any, shall be filed no later than September 16, 2008.

25

26  Dated:

                                                       JEFFERY S. WHITE
27                                                        UNITED STATES DISTRICT JUDGE

28

1 | required to take on numerous other responsibilities and also is scheduled for two all day
2 | meditations in other matters during the two week period which defendant has been given to
3 | prepare its opposition; and

4 | 5. Whereas defendant is also in process of preparing its own Motion for Summary
5 | Judgment to be filed in accordance with the court's prior scheduling order and requests
6 | additional time to prepare its opposition to plaintiff's motion on a key issue in the case;

7 | 6. Whereas, plaintiff does not oppose said request. The parties therefore propose that
8 | Defendant's opposition be due September 9, 2008 and that plaintiff's reply brief be filed no later
9 | than September 16, 2008.

11 | Dated:          , 2008

Caroline L. Fowler
City Attorney
Attorney for Defendants
City of Santa Rosa, Santa Rosa Police Chief Ed Flint,
Santa Rosa Police Officers Rich Celli, Travis Menke,
and Patricia Mann

Dated: 8/19, 2008

John H. Scott
Scott Law Firm
Attorney for Plaintiffs

## ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the court's prior order setting Briefing Schedule on Plaintiffs Motion for Summary Judgment is amended as follows:

1. Defendants opposition to the motion to be filed no later than September 9, 2008; and
2. Plaintiffs reply, if any, shall be filed no later than September 16, 2008.

Dated:

JEFFERY S. WHITE
UNITED STATES DISTRICT JUDGE

Stipulation and Order Amending Briefing Schedule                                            Page 2