CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile:  (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
as Chief of Police for the CITY OF SANTA ROSA;
RICH CELLI, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
and PATRICIA MANN, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al., | Case No. C 07-3386 JSW (consolidated with C 07-4474) |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION |
| CITY OF SANTA ROSA, et al., | |
| Defendants. | |

The parties through their respective attorneys of record hereby stipulate as follows:

1. Whereas, Plaintiff Patricia DeSantis filed a Motion for Partial Summary Adjudication on August 11, 2008 and setting the hearing date for October 17, 2008; and

2. Whereas on August 11, 1008, the court issued an order setting the briefing schedule requiring defendant's opposition to be filed on August 26, 2008 and plaintiff's reply brief no later that September 2, 2008; and

3. Whereas the court's order indicated that the parties may request the briefing schedule be moved; and

4. Whereas the motion was received while Defendant's attorney Caroline L. Fowler was on vacation and Ms. Fowler has just been sworn in as the City's new City Attorney and has been

1  required to take on numerous other responsibilities and also is scheduled for two all day
2  meditations in other matters during the two week period which defendant has been given to
3  prepare its opposition; and

4      5. Whereas defendant is also in process of preparing its own Motion for Summary
5  Judgment to be filed in accordance with the court's prior scheduling order and requests
6  additional time to prepare its opposition to plaintiff's motion on a key issue in the case;

7      6. Whereas, plaintiff does not oppose said request. The parties therefore propose that
8  Defendant's opposition be due September 9, 2008 and that plaintiff's reply brief be filed no later
9  than September 16, 2008.

10
11  Dated: 8/19 , 2008                        _____
12                                            Caroline L. Fowler
                                              City Attorney
13                                            Attorney for Defendants
                                              City of Santa Rosa, Santa Rosa Police Chief Ed Flint,
14                                            Santa Rosa Police Officers Rich Celli, Travis Menke,
                                              and Patricia Mann

15
16  Dated:        , 2008                      _____
                                              John H. Scott
17                                            Scott Law Firm
                                              Attorney for Plaintiffs

18
                                    **ORDER**
19
20  Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY
21  ORDERED that the court's prior order setting Briefing Schedule on Plaintiffs Motion for
22  Summary Judgment is amended as follows:

23  1. Defendants cross-motion and opposition to Plaintiffs' motion (in one brief) shall be filed by no later than September 5, 2008. Plaintiffs' opposition to Defendants' motion and reply in support of their motion (in one brief) shall be filed by no later than September 19, 2008. Defendants' reply shall be filed by no later than September 26, 2008.

25  Dated: August 20, 2008                    _____
26                                            JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE
27
28

Stipulation and Order Amending Briefing Schedule                                    Page 2