1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone: (707) 543-3040
   Facsimile: (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
   as Chief of Police for the CITY OF SANTA ROSA;
7  RICH CELLI, an individual and Officer of the
   SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
8  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
   and PATRICIA MANN, an individual and Officer of the
9  SANTA ROSA POLICE DEPARTMENT

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| PATRICIA DESANTIS, et al., | Case No. C 07-3386 JSW (consolidated with C 07-4474) |
| Plaintiffs, | |
| v. | **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT UNDER F.R.C.P. 56 OF DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; SUPPORTING DECLARATIONS; [PROPOSED] ORDER** |
| CITY OF SANTA ROSA, et al., | |
| Defendants. | |
| _____/ | |
| | Date: October 17, 2008<br>Time: 9:00 a.m.<br>Ctrm: 2 |
| | **Trial Date: January 20, 2009** |

23  TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

24      Please take notice that on October 17, 2008 at 9:00 a.m. or as soon thereafter as the matter

25  may be heard in the above-entitled court, located at 450 Golden Gate Avenue, Courtroom 2,

26  Floor 17, San Francisco, California, 94102, the defendants, jointly and severally, will move the

27  court for summary judgment pursuant to Federal Rule of Procedure 56 in its favor against

28  plaintiffs.

1      This motion is based on this notice, the memorandum of points and authorities filed
2 herewith, the Declarations of Caroline L. Fowler and Joseph J. Callanan Jr. and exhibits attached
3 thereto, and the pleadings and papers filed herein.

5 Dated: September 5, 2008            _____/S/_____
                                             Caroline L. Fowler
6                                              City Attorney
                                             Attorney for Defendants
7                                              City of Santa Rosa, Santa Rosa Police Chief Ed Flint,
                                             Santa Rosa Police Officers Rich Celli, Travis Menke,
8                                              and Patricia Mann