1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
   as Chief of Police for the CITY OF SANTA ROSA;
7  RICH CELLI, an individual and Officer of the
   SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
8  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
   and PATRICIA MANN, an individual and Officer of the
9  SANTA ROSA POLICE DEPARTMENT

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13
   PATRICIA DESANTIS, et al.,           Case No. C 07-3386 JSW (consolidated with
14                                       C 07-4474)
             Plaintiffs,
15                                       **OBJECTION TO EVIDENCE IN
       v.                                SUPPORT OF PLAINTIFF'S MOTION
16                                       FOR SUMMARY ADJUDICATION**
   CITY OF SANTA ROSA, et al.,
17                                       Date:  October 17, 2008
             Defendants.                 Time:  9:00 a.m.
18   _____/    Ctrm:  2

19                                       **Trial Date: January 20, 2009**

20

21  TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

22       Defendants object to the evidence submitted in support of plaintiffs' motion for summary

23  adjudication regarding a prior shooting incident involving Sgt. Rich Celli contained at page 6,

24  line 23-page7, line 9 of their moving papers and specifically referencing the following deposition

25  testimony of Sgt. Rich Celli, attached as Exhibit B to the Declaration of John H. Scott:

26       1. Page 18, line 23

27       2. Page 152, line 2-3

28       3. Page 164, lines 12-13

4. Page 167, line 12-13

5. Page 167, lines 7-13

6. Page 168, lines 1-3

7. Page 168, line 20-pg 169, line 8

8. Page 174, lines 13-17

9. Page 175, lines 6-8

10. Page 176, line 4-7

Defendant objects that said evidence is not relevant and therefore inadmissible under Federal Rule of Evidence 402 and is inadmissible under Federal Rule 403 and 404 and requests that the court strike said evidence and not consider said evidence in ruling on Plaintiffs' Motion for Summary Adjudication.

Dated: September 5, 2008                              /S/
                                            Caroline L. Fowler
                                            City Attorney
                                            Attorney for Defendants
                                            City of Santa Rosa, Santa Rosa Police Chief Ed Flint,
                                            Santa Rosa Police Officers Rich Celli, Travis Menke,
                                            and Patricia Mann