**EXHIBIT A**

## SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____    CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH___    PAGE: __1__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 1 | PD= | Patricia DeSantis |
| 2 | RD= | Richard DeSantis |
| 3 | TD= | Timothy DeSantis |
| 4 | TF= | Timothy Farrell |
| 5 | DSP= | SRPD Dispatch |

6

7                                    Part-1

8

9    DSP    Santa Rosa 911, what is your emergency?

10

11   PD     My husband, um, I, I need help (unintelligible) my husband's bipolar.  He's having
12          manic... the reason why (unintelligible) is not on...

13

14   DSP    Do you need, do, we need an ambulance as well?

15

16   PD     No, I just need help with him, my husband just shot, ah, into the ceiling with, um,
17          firearm.  He just shot into the ceiling.  (Breathing heavily...)

18

19   DSP    Where's the gun?

20

21   PD     Um, it's in the bedroom and I'm gonna go get it away from him in a moment.  Um...

22

23   DSP    Okay, you stay away from him and the gun, okay?

24

25   PD     He, he's not... he's not gonna hurt anything, but he's (unintelligible)...

26

27   DSP    Okay, 631 South Avenue?

28

29   PD     Yeah, he thinks he hears people in the attic and there's no one there.  He's having his
30          paranoid delusions.  He's in a manic phase and he's bipolar.

31

32   DSP    Okay.

33

34   PD     Um, and, I, it-it...

35

36   DISP   What kind of gun is it?

37

38   PD     I don't, I, it, it, it ...

39


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: ___A. VERNON_____    TYPED BY: __wg___

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____   CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__   PAGE: __2__ OF __19__

**************************************************************

| 40 | DSP | Is it a small gun or a big pistol? |
| 41 | | |
| 42 | PD | ... it's a Glock. |
| 43 | | |
| 44 | DSP | A, a Glock? |
| 45 | | |
| 46 | PD | Yeah. And a, um... |
| 47 | | |
| 48 | DSP | Okay, what's his name? |
| 49 | | |
| 50 | PD | RICHARD DESANTIS. He's... |
| 51 | | |
| 52 | DISP | RICHARD what? |
| 53 | | |
| 54 | PD | DESANTIS. |
| 55 | | |
| 56 | DSP | D-E-S-A-N... |
| 57 | | |
| 58 | PD | T-I-S. |
| 59 | | |
| 60 | DSP | ... T-I-S. Date of birth or age on RICHARD? |
| 61 | | |
| 62 | PD | 1-21-77. |
| 63 | | |
| 64 | DSP | Ah, he's a white male adult? |
| 65 | | |
| 66 | PD | Yes. |
| 67 | | |
| 68 | DSP | Okay, how tall is he? |
| 69 | | |
| 70 | PD | 5 foot, 5 foot, ah... |
| 71 | | |
| 72 | DSP | Is he tallish, like 5-8? |
| 73 | | |
| 74 | PD | He's not, he's not, no, he's like 5-7. |
| 75 | | |
| 76 | DSP | Okay, is he a big guy, small guy, medium guy? |
| 77 | | |
| 78 | PD | Medium. |

**************************************************************

DETECTIVE: __A. VERNON_____   TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS__                                    CR: __070409-007__

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __3__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

79
80  DSP   What's he wearing?
81
82  PD    Ah, right now, nothing.  We were in bed.  (Breathing heavily)
83
84  DSP   Okay.  You're, you're PATRICIA?
85
86  PD    Yeah.
87
88  DSP   I want to assure you that help is on the way.
89
90  PD    Um...
91
92  DSP   Your phone number is 526-5607?
93
94  PD    I, I don't, eh, yeah...
95
96  DSP   Okay.
97
98  PD    ... he, he's not...
99
100                        (Sound of gun shots in the background)
101
102  DSP   H-hello?
103
104  PD    I, I...  Hel, hello?
105
106  DSP   Can you hear me?
107
108  PD    Yes.
109
110  DSP   Okay, what room... is the room in the back of the house, or the front?
111
112  PD    It's in the back, we're in the front.
113
114                        (Loud noise/ boom in the background)
115
116  DSP   What's that noise?
117

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON__              TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

| | |
|---|---|
| CRIME: __SRPD  OIS__ | CR: __070409-007__ |
| INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__ | PAGE: __4__ OF __19__ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 118 | PD | Um, he's moving things around. |
| 119 120 | DSP | Is he throwing things? |
| 121 122 | PD | Uh, no... |
| 123 124 | DSP | He's, so he's moving things around in the bedroom? |
| 125 126 | PD | Apparently. |
| 127 128 | DSP | Okay. |
| 129 130 | PD | I, I have my, I have my, yeah... |
| 131 132 | DSP | Is anybody else home? |
| 133 134 135 | PD | My, our two kids. I have a two year old, um, and a ten year old. Um, the ten year old is asleep and the two year old is sitting in my lap. |
| 136 137 | DSP | Okay. |
| 138 139 140 141 | PD | Um.... um (breathing heavily) I, I... I, I was gonna try and take him to Kaiser tomorrow (crying)... |
| 142 143 | DSP | It's okay, it's okay PATRICIA. |
| 144 145 146 | PD | ... so that he could get on (unintelligible) and he'd just started back on his Lithium this week. |
| 147 148 | DSP | Okay, do you want me to, do you want me to start an ambulance? It's okay... |
| 149 150 151 | PD | I, I, I, I don't want him to go to jail because he thinks he's trying to protect us from people in the attic. |
| 152 153 | DSP | Oh, okay. Right now, our focus is getting him the help he needs. |
| 154 155 | PD | I know, but... |
| 156 | DSP | That's why I said, should I start him an ambulance? |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON__          TYPED BY: __wg__

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS__                                   CR: __070409-007__

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__   PAGE: __5__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Line | Speaker | Text |
|---|---|---|
| 157 | | |
| 158 | PD | Ho, hold on, hold on. |
| 159 | | |
| 160 | DSP | I got it... Hey, PATRICIA? |
| 161 | | |
| 162 | PD | Yeah? |
| 163 | | |
| 164 | DSP | We need to get the kids out of the house. |
| 165 | | |
| 166 | PD | Okay. |
| 167 | | |
| 168 | DSP | Okay, so I need you to go wake up your ten year old, okay? |
| 169 | | |
| 170 | PD | Okay. |
| 171 | | |
| 172 | DSP | You need to be strong, and you're doing really good. Just remember that. I need you to |
| 173 | | wake up the ten year old and the two year old and I need you all to go outside. |
| 174 | | |
| 175 | PD | Okay. |
| 176 | | |
| 177 | DSP | That's very important. My Sergeant is, is asking if you can do that. |
| 178 | | |
| 179 | PD | I don't want him to get hurt because he thinks he's protecting us. |
| 180 | | |
| 181 | DSP | Okay, that's fine, but for us to do our job, we need to do that, okay? |
| 182 | | |
| 183 | PD | And he's not gonna forgive me for calling you, I know it (crying). |
| 184 | | |
| 185 | DSP | No, no, you know what, PATRICIA, we've got an officer there, we need you and the |
| 186 | | children... |
| 187 | | |
| 188 | PD | Okay. |
| 189 | | |
| 190 | DSP | ... out of the house. |
| 191 | | |
| 192 | PD | Okay. |
| 193 | | |
| 194 | DSP | Okay? |
| 195 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON__          TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____    CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __6__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 196 | PD | Uh-huh. |
| 198 | DSP | I need to know what, what you're doing… |
| 200 | PD | Okay. |
| 202 | DSP | Do you have a portable phone? |
| 204 | PD | No. |
| 206 | DSP | It's not portable? |
| 208 | PD | It's not. |
| 210 | DSP | Okay, leave the phone on… |
| 212 | PD | Okay. |
| 214 | DSP | … and get the kids and then yell at me when you're leaving the house. |
| 216 | PD | Okay. All right… RICHARD, I'm turning the light on. (Sound of gun shot in the background) RICHARD, stop! RICHARD, stop, stop! There's no one up there, stop. There's no one up there. Stop… (unintelligible)… |
| 220 | UNK | (Sound of child's voice)… Where's Daddy? |
| 222 | PD | No. |
| 224 | UNK | (Unintelligible)…. |
| 226 | PD | We are all walking outside right now. |
| 228 | UNK | (Unintelligible)… |
| 230 | PD | Don't touch it. (Unintelligible), come here. Stop. Come here. RICHARD, (unintelligible), okay? |
| 233 | RD | Okay. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON_____    TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS__                              CR: __070409-007__

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __6__ OF __19__

**********************************************************

| | | |
|---|---|---|
| 196 | PD | Uh-huh. |
| 197 | | |
| 198 | DSP | I need to know what, what you're doing… |
| 199 | | |
| 200 | PD | Okay. |
| 201 | | |
| 202 | DSP | Do you have a portable phone? |
| 203 | | |
| 204 | PD | No. |
| 205 | | |
| 206 | DSP | It's not portable? |
| 207 | | |
| 208 | PD | It's not. |
| 209 | | |
| 210 | DSP | Okay, leave the phone on… |
| 211 | | |
| 212 | PD | Okay. |
| 213 | | |
| 214 | DSP | … and get the kids and then yell at me when you're leaving the house. |
| 215 | | |
| 216 | PD | Okay. All right… RICHARD, I'm turning the light on.( Sound of gun shot) RICHARD, |
| 217 | | stop! RICHARD, stop, stop! There's no one up there, stop. There's no one up there. |
| 218 | | Stop… (unintelligible)… |
| 219 | | |
| 220 | UNK | (Sound of child's voice)… Where's Daddy? |
| 221 | | |
| 222 | PD | No. |
| 223 | | |
| 224 | UNK | (Unintelligible)…. |
| 225 | | |
| 226 | PD | We are all walking outside right now. |
| 227 | | |
| 228 | UNK | (Unintelligible)… |
| 229 | | |
| 230 | PD | Don't touch it. (Unintelligible), come here. Stop. Come here. RICHARD, |
| 231 | | (unintelligible), okay? |
| 232 | | |
| 233 | RD | Okay. |
| 234 | | |

**********************************************************

DETECTIVE: __A. VERNON__          TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____    CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __7__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 235 | PD | I need you to just come here.  (Unintelligible) all on the porch. |
| 236 | | |
| 237 | UNK | (Unintelligible) they were all on the porch. |
| 238 | | |
| 239 | TF | Uh, hello? |
| 240 | | |
| 241 | DSP | Hi. |
| 242 | | |
| 243 | TF | We're on the porch. |
| 244 | | |
| 245 | DSP | You're all on the porch? |
| 246 | | |
| 247 | TF | Um-hmm. |
| 248 | | |
| 249 | DSP | You, are you out there with your mommy? |
| 250 | | |
| 251 | TF | Yeah. |
| 252 | | |
| 253 | (PD in background: "There's no one...") | |
| 254 | | |
| 255 | DSP | Where's Daddy? |
| 256 | | |
| 257 | TF | Out on the porch. |
| 258 | | |
| 259 | DSP | He's outside? |
| 260 | | |
| 261 | TF | Um-hmm. |
| 262 | | |
| 263 | DSP | Where's your brother? |
| 264 | | |
| 265 | TF | I don't have a brother. |
| 266 | | |
| 267 | DSP | Okay, who's, ah, you have a sister? |
| 268 | | |
| 269 | TF | Yeah. |
| 270 | | |
| 271 | DSP | Okay.  Hold on.  I'm gonna, are you sure you're all outside? |
| 272 | | |
| 273 | TF | Yeah. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON_____    TYPED BY: __wg____

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME:  SRPD  OIS                                    CR:  070409-007

INTERVIEW:  PATRICIA DESANTIS / SRPD DISPATCH    PAGE:  8  OF  19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

274
275  DSP   Okay.  How, the phone can reach outside?
276
277  TF    A little bit.
278
279  DSP   Okay.  Why don't you just stay right where you are, okay?
280
281  TF    Okay.
282
283  DSP   And why don't you, I'm gonna keep you on the phone with me, okay?
284
285  TF    Okay.
286
287  DSP   Where, where's Mom and your sister?
288
289  TF    Outside.
290
291  DSP   Outside?
292
293  TF    Um-hmm.
294
295  DSP   Is your sister inside or outside?
296
297  TF    Outside.
298
299  DSP   Okay.
300
301                    (Sound of dogs barking- yelling)
302
303  DSP   I want you to stay on the phone with me, okay?
304
305  TF    Okay.
306
307  DSP   It's really important.
308
309                    (Sound of dogs barking- yelling)
310
311  TF    You know, I have an alligator lizard here.
312

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE:  A. VERNON            TYPED BY:  wg

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____    CR: __070409-007____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __9__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 313 | DSP | What? |
| 314 | | |
| 315 | TF | An alligator lizard. |
| 316. | | |
| 317 | DSP | You have an alligator lizard? |
| 318 | | |
| 319 | TF | Yeah. |
| 320 | | |
| 321 | DSP | What's his name? |
| 322 | | |
| 323 | TF | Oh, we have, don't know if it's a male or female. |
| 324 | | |
| 325 | DSP | Oh, so do you call it different names? |
| 326 | | |
| 327 | | (Sound of dogs barking- yelling) |
| 328 | | |
| 329 | DSP | Wh, what's your name? |
| 330 | | |
| 331 | (PD in background:  Won't you please listen?) | |
| 332 | | |
| 333 | TF | What? |
| 334 | | |
| 335 | DSP | What's your name? |
| 336 | | |
| 337 | TF | TIMOTHY. |
| 338. | | |
| 339 | DSP | TIMOTHY, I have a puppy. |
| 340 | | |
| 341 | TF | Oh... |
| 342 | | |
| 343 | DSP | He's really, she's really cute. |
| 344 | | |
| 345 | | (Sound of screaming, gunshots) |
| 346 | | |
| 347 | (PD in background:   Oh my God!  Oh my God... (Crying)  No, no, no, no)! | |
| 348 | | |
| 349 | | (Sound of dogs barking) |
| 350 | | |
| 351 | DSP | TIMOTHY, TIMOTHY... TIMOTHY! |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: ____A. VERNON_____    TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____    CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __10__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

352
353    (PD in background:  Unintelligible- crying)
354
355    TF      What?
356
357    (PD in background:  RICHARD (unintelligible- crying) anything!
358
359    DSP    TIMOTHY!
360
361    TF      I'm still here.
362
363    DSP    Stay with me, okay?
364
365                                    (Sound of dogs barking)
366
367    TF      Okay.
368
369    DSP    I, can you close your eyes and picture my puppy in your house?  I, my puppy is, is…
370
371    TF      Well, I also have a Beta.
372
373    DSP    You have a Beta?
374
375    TF      Um-hmm.
376
377    DSP    I had a Beta when I was little.  Her name was Sally.
378
379                                    (Sound of dogs barking)
380
381    (PD in background: Unintelligible- crying)
382
383    DSP    What color is your Beta?
384
385    TF      Well, it's a female.
386
387    DSP    It's a female, do you have a name for her?
388
389    TF      No…
390


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON_____    TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME:  SRPD  OIS _____  CR:  070409-007 _____

INTERVIEW:  PATRICIA DESANTIS / SRPD DISPATCH _____  PAGE:  11  OF  19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 391 | | (PD in background: Unintelligible- crying) |
| 392 | | |
| 393 | DSP | No?  Does you sister like the Beta? |
| 394 | | |
| 395 | TF | Yeah. |
| 396 | | |
| 397 | DSP | Yeah?  Where's your sister now, TIMOTHY? |
| 398 | | |
| 399 | | (Crying- voices in background, Sound of dog barking) |
| 400 | | |
| 401 | TF | What? |
| 402 | | |
| 403 | DSP | Where's your sister? |
| 404 | | |
| 405 | TF | (Unintelligible) she's right here, but, hmmm, with my mom. |
| 406 | | |
| 407 | DSP | She's with your mom? |
| 408 | | |
| 409 | | (PD in background: Unintelligible… "I told her that.") |
| 410 | | |
| 411 | DSP | Good.  Does your sister, like, your, ah, Beta fish? |
| 412 | | |
| 413 | | (PD in background: Crying…) |
| 414 | | |
| 415 | TF | What? |
| 416 | | |
| 417 | DSP | Your sister likes your Beta? |
| 418 | | |
| 419 | TF | Yeah. |
| 420 | | |
| 421 | DSP | Good.  What other animals do you have? |
| 422 | | |
| 423 | TF | Nothing else. |
| 424 | | |
| 425 | DSP | No?  Do you play sports? |
| 426 | | |
| 427 | TF | No. |
| 428 | | |
| 429 | DSP | Do you… my, I have a little nephew who's ten years old and he likes to play soccer. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE:  A. VERNON _____   TYPED BY:  wg _____

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____    CR: ___070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH___    PAGE: __12__ OF __19__

*********************************************************************

430
431    TF    Well, I used to play soccer.
432
433    DSP    You did?  Do you like baseball?
434
435    TF    No.
436
437    DSP    No?
438
439    (PD in background: ...(unintelligible) he's bipolar...)
440
441    (UNK voice in background:  M'am, is there anyone else in the house besides you guys?)
442
443    (PD in background:  No...)
444
445    DSP    What about golf?  Do you like golf?
446
447    TF    Hm, a little bit.
448
449    DSP    A little bit?  Do you know who Tiger Woods is?
450
451    TF    What?
452
453    DSP    Do you know who Tiger Woods is?
454
455    TF    No.
456
457    DSP    No?
458
459    (PD in background: ... (unintelligible) nobody (crying).
460
461    TF    No.
462
463    DSP    Do you like to watch the Olympics on T.V.?  Do you remember what the Olympics are?
464
465    (PD in background: (crying...)
466
467    DSP    TIMOTHY?
468

*********************************************************************

DETECTIVE: ___A. VERNON_____    TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____ CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH___ PAGE: __13__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| 469 | TF | What? |
| 470 | | |
| 471 | DSP | TIMOTHY, talk to me, okay? |
| 472 | | |
| 473 | TF | What did you say? |
| 474 | | |
| 475 | DSP | What, what, what's your sister's name? |
| 476 | | |
| 477 | TF | DANNI. |
| 478 | | |
| 479 | DSP | DANNI? |
| 480 | | |
| 481 | TF | Um-hmm. |
| 482 | | |
| 483 | (UNK voice in background: Okay, well, right now (unintelligible...) |
| 484 | | |
| 485 | DSP | Do you like Spider Man? |
| 486 | | |
| 487 | TF | Yeah. |
| 488 | | |
| 489 | DSP | Yeah, what's your favorite part about Spider Man? |
| 490 | | |
| 491 | TF | When they... shoots the web out of his hand. |
| 492 | | |
| 493 | DSP | When he... that's my favorite part of, have you seen the movie before? |
| 494 | | |
| 495 | TF | You mean Spider Man III? |
| 496 | | |
| 497 | DSP | Oh, isn't Spider Man III coming out soon to theatres? |
| 498 | | |
| 499 | TF | Yeah. |
| 500 | | |
| 501 | DSP | Maybe you could go see that in the movie theatre, that'd be fun, huh? |
| 502 | | |
| 503 | TF | Yeah. |
| 504 | | |
| 505 | DSP | Do you like to get popcorn and candy at the movie theatre? |
| 506 | | |
| 507 | TF | Well, not, do you, you like Teenage Mutant Ninja Turtles? |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON_____    TYPED BY: __wg__

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____    CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __14__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 508 | | |
| 509 | DSP | I know, I used to watch Teenage Mutant Ninja Turtles when I was a little girl.  My, my… |
| 510 | | |
| 511 | TF | Well, they're making it come out in theatres. |
| 512 | | |
| 513 | DSP | That's gonna be awesome.  That'd be cool if you could see that and Spider Man in one |
| 514 | | day, huh? |
| 515 | | |
| 516 | TF | Yeah. |
| 517 | | |
| 518 | DSP | Yeah? |
| 519 | | |
| 520 | TF | Um-hmm. |
| 521 | | |
| 522 | DSP | What else, did you like The Incredibles? |
| 523 | | |
| 524 | TF | Yeah, I got it from the Easter Bunny. |
| 525 | | |
| 526 | DSP | Hah, you did? |
| 527 | | |
| 528 | TF | And I also got Happy Feet. |
| 529 | | |
| 530 | DSP | I've never seen Happy Feet, can you tell me about it? |
| 531 | | |
| 532 | TF | Well, there's a, there's Eggwart.  Somebody, it's actually there's lot of things. |
| 533 | | |
| 534 | DSP | What's your favorite part? |
| 535 | | |
| 536 | TF | Um, ah, where all the penguins dance. |
| 537 | | |
| 538 | DSP | What's the little penguin's name? |
| 539 | | |
| 540 | | (Voice in background directed toward child) |
| 541 | | |
| 542 | TF | Well, I have to keep on talking. |
| 543 | | |
| 544 | | (Voice in background: It's okay we're here, we're okay.) |
| 545 | | |
| 546 | DSP | Is the officer telling you to hang up the phone? |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON_____    TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME:  SRPD  OIS                                          CR:  070409-007

INTERVIEW:  PATRICIA DESANTIS / SRPD DISPATCH      PAGE:  15  OF  19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

547
548    TF  Yeah.
549
550    DSP    Okay, TIMOTHY, you hang up the phone, okay?
551
552    TF    Um-hmm.
553
554    DSP    Good Luck and I hope you get to see all those movies, okay?
555
556    TF    Okay.
557
558    DSP    Talk to you later, TIMOTHY.
559
560    TF    Okay.
561
562    DSP    Bye.
563
564    End of Recording
565
566
567    DSP = SRPD Dispatch
568    SR  = Santa Rosa PD Officer
569
570                              Part- 2
571
572                         (Beeping sound)
573
574    DSP    George 8, George 9, Sam 19.
575
576    SR    George 8.
577
578    DSP    (Unintelligible) it's George 8, 6 George 9, and 6 Sam 19: 631 South Avenue, 631 South,
579           a 415 domestic. RP advising that her husband just shot into the ceiling with a firearm.
580           He is bipolar and in the room, the gun is still with the husband in the room. He fears that
581           people are in the attic. The gun is described as a Glock per the RP.
582
583    SR    10-4.
584
585    SR    I copy, College and Mendo.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE:    A. VERNON                    TYPED BY:  wg

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____    CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH___    PAGE: __16__ OF __19__

*********************************************************************

| 586 | | |
| 587 | SR | (Interference) can you send me that as well? |
| 588 | | |
| 589 | DSP | Sam unit requesting the call, re-advise. |
| 590 | | |
| 591 | SR | Ah, 6 William 8, can you send me the South call as well? |
| 592 | | |
| 593 | DSP | 6 William 8, affirmative.  Other unit? |
| 594 | | |
| 595 | SR | 16-11, show me en route to that. |
| 596 | | |
| 597 | DSP | 16-11, 10-4. |
| 598 | | |
| 599 | SR | 6 (unintelligible), I'm 97 on to West now. |
| 600 | | |
| 601 | DSP | George 8, 10-4. |
| 602 | | |
| 603 | SR | (Unintelligible) 10-4. |
| 604 | | |
| 605 | DSP | 10-4. |
| 606 | | |
| 607 | SR | Sam 19, any word on that? |
| 608 | | |
| 609 | DSP | She's somewhat resisting to do that.  She's saying she's going to try the phone.  The |
| 610 | | phone is not cordless, so she's going to leave it open line into the residence and try. |
| 611 | | |
| 612 | SR | 10-4. |
| 613 | | |
| 614 | SR | Ah, Sam 17, if you want to take a... a, ah, control of the, ah, communications with her. |
| 615 | | I'm going to go ahead and take care of the tactical things with the guys, when they get |
| 616 | | there. |
| 617 | | |
| 618 | DSP | Code 33 on Channel 1, more shots fired into the res, inside the residence. |
| 619 | | |
| 620 | SR | (Unintelligible) 10-97. |
| 621 | | |
| 622 | DSP | Sam 8, 10-4. |
| 623 | | |
| 624 | SR | Santa Rosa, 6 George 9, I'm 97 on West. |

*********************************************************************

DETECTIVE: __A. VERNON_____    TYPED BY: __wg__

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS_____  CR: __070409-007_____

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__  PAGE: __17__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 625 | | |
| 626 | DSP | 6 George 9, 10-4. |
| 627 | | |
| 628 | SR | (Unintelligible) 97. |
| 629 | | |
| 630 | DSP | Sam 19, 10-4. We still have an open line into the house. The female is talking to the |
| 631 | | male half now. |
| 632 | | |
| 633 | SR | 16-11, information. |
| 634 | | |
| 635 | DSP | 16-11. |
| 636 | | |
| 637 | SR | They're out in the front driveway right here (unintelligible)... all the way in the front. |
| 638 | | |
| 639 | DSP | 16-11, 10-4. The ten year old just picked up the phone advising that the male half is |
| 640 | | outside, so it should be him. We don't have a further description, or clothing if he put |
| 641 | | any on. |
| 642 | | |
| 643 | SR | There's a female standing right beside him in the driveway area. |
| 644 | | |
| 645 | DSP | 10-4. |
| 646 | | |
| 647 | SR | (Unintelligible) 97. |
| 648 | | |
| 649 | DSP | Sam 19, 10-4. |
| 650 | | |
| 651 | DSP | We still have an open line into the house, the female is talking to the male half now. |
| 652 | | |
| 653 | SR | 16-11, information. |
| 654 | | |
| 655 | DSP | 16-11. |
| 656 | | |
| 657 | SR | They're out in the front driveway area right here, this is like a fourplex. We're all the |
| 658 | | way in the front. |
| 659 | | |
| 660 | DSP | 16-11, 10-4. The ten year old just picked up the phone advising that the male half is |
| 661 | | outside so it should be him, we don't have a further description of the clothing if he put |
| 662 | | any on. |
| 663 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON_____  TYPED BY: __wg__

Investigations Transcript Form

SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD  OIS__                                    CR: __070409-007__

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __18__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 664 | SR | There's a female standing right beside of him in the driveway area. |
| 665 | | |
| 666 | DSP | 10-4. The ten year old believes the two year old is with the mother. |
| 667 | | |
| 668 | SR | 6 George 8, here we have shots fired. |
| 669 | | |
| 670 | DSP | 6 George 8, 10-4. |
| 671 | | |
| 672 | SR | (Unintelligible) code 3 ambulance, shots fired. |
| 673 | | |
| 674 | DSP | Copy, code 3 ambulance.  Advisement is clear for them to go in, they're already |
| 675 | | en route. |
| 676 | | |
| 677 | SR | Sam 2, I'm going to the scene. |
| 678 | | |
| 679 | DSP | 10-4. |
| 680 | | |
| 681 | SR | 6 Sam 19. |
| 682 | | |
| 683 | DSP | 6 Sam 19. |
| 684 | | |
| 685 | SR | Have the on call watch commander give me a call.  Contact the Sheriff's Department, |
| 686 | | get a Sam unit out here, or an Adam unit. |
| 687 | | |
| 688 | DSP | Copy.  S.O. watch command, S.O. Sergeant is in the area. |
| 689 | | |
| 690 | SR | 16-11, you let medical come in. |
| 691 | | |
| 692 | DSP | Copy, send medical in. |
| 693 | | |
| 694 | SR | George  6, 97. |
| 695 | | |
| 696 | DSP | 6 William 1, take West at South. |
| 697 | | |
| 698 | SR | 6 Sam 2, 97. |
| 699 | | |
| 700 | DSP | 6 Sam 2, 10-4. |
| 701 | | |
| 702 | SR | 6 Yellow 1 from King 12, go to 3.  Yellow 1, from King 12, go to channel 3. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON__              TYPED BY: __wg__

## SONOMA COUNTY SHERIFF'S DEPARTMENT

CRIME: __SRPD OIS__                                    CR: __070409-007__

INTERVIEW: __PATRICIA DESANTIS / SRPD DISPATCH__    PAGE: __19__ OF __19__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| 703 | | |
| 704 | DSP | 6 William 6, 6 William 9, respond to the scene, South and Dutton.  6 William 6, 6 |
| 705 | | William 9, respond to the scene, South and Dutton. |
| 706 | | |
| 707 | SR | (Unintelligible) 10-4, Adam 1. |
| 708 | | |
| 709 | DSP | 10-4. |
| 710 | | |
| 711 | SR | Santa Rosa, 16-12. |
| 712 | | |
| 713 | DSP | 16-12. |
| 714 | | |
| 715 | SR | For any other units that are going to be responding to the scene, um, have them access |
| 716 | | South Avenue from Dutton. |
| 717 | | |
| 718 | DSP | 10-4, I have no other units en route except for William 6.  Did you need further? |
| 719 | | |
| 720 | SR | Negative for if unit or any other units are going to be responding. |
| 721 | | |
| 722 | SR | William 6, West at South.  Did you need me some place else? |
| 723 | | |
| 724 | DSP | William 6, affirmative, South at Dutton. |
| 725 | | |
| 726 | SR | William 6, 10-4. |
| 727 | | |
| 728 | SR | William 9, I'm 97, south of Dutton. |
| 729 | | |
| 730 | DSP | 10-4. |
| 731 | | |
| 732 | | End of recording |
| 733 | | |
| 734 | | S:...invsgt\04-07\vci\Wendy\ 070409-007 OIS, Desantis, P. and SRPD Disp. doc |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETECTIVE: __A. VERNON__                    TYPED BY: __wg__

Investigations Transcript Form