**EXHIBIT M**

Officer Detail Report #B-2

# Training Log

| ID Number | Name Of Law Enforcement Officer | Date of Birth | Race | Social Security Number |
|---|---|---|---|---|
| S19 | CELLI, RICHARD T. | 9/18/1967 | WHITE | 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 |

| Agency | Date Of Hire |
|---|---|
| SANTA ROSA POLICE DEPARTMENT | 11/5/1990 |

| Class Dates | Date Attended | Course Or Subject Title | Course Identification No. | Institution, Sponsor And Location | Instructor | Training Hours |
|---|---|---|---|---|---|---|
| 7/1/2006 7/1/2006 | 7/1/2006 | MONTHLY DEFENSIVE TACTICS TRAINING | 93 | SRPD | | 4.00 |
| 7/1/2006 7/1/2006 | 7/1/2006 | MONTHLY FIREARMS TRAINING | 92 | SRPD | | 4.00 |
| 5/1/2007 5/1/2007 | 5/1/2007 | MONTHLY FIREARMS TRAINING | 94 | SRPD | | 4.00 |

I certify that the information entered in this form has been verified and is substantiated by records maintained by this department.

Signature _____ Title _____ Date _____
                                                                                    Month  Day  Year
(Department Head or Authorized Representative)

# Santa Rosa Police Department
# Individual Training Activity

Wednesday, October 10, 2007 — Page 1 of 7

**Richard Celli**

## Personal
**Agency** — Santa Rosa Police Department

## Employment

| Property | Value | From | Through |
|---|---|---|---|
| Active Status | Active | 11/05/1990 | |
| Duty Status | Full Duty | | |
| Time Status | Full Time | | |
| Rank | Police Officer | 11/05/1990 | |
| Work Unit | Patrol Team #7 | | |
| Station | Headquarters Station | | |
| Division | | | |

### Training Completed In 2006

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -4249 | 05/12/2006 | Swat Montly Training - Chemical Agents | *** None *** | ✓ | P | 0 | 10:00 |
| - -4248 | 05/02/2006 | Swat Montly Training - Crowd Control | *** None *** | ✓ | P | 0 | 10:00 |
| - -4247 | 04/14/2006 | Swat Montly Training - Pt Qualification | *** None *** | ✓ | P | 0 | 10:00 |
| - -4242 | 03/24/2006 | Swat Montly Training - Firearms Qual | *** None *** | ✓ | P | 0 | 10:00 |
| - -4245 | 03/10/2006 | Pto Training | CA-POST | ✓ | P | 0 | 40:00 |
| - -4241 | 02/24/2006 | Swat Montly Training - Firearms Qual | *** None *** | ✓ | P | 0 | 10:00 |
| - -4225 | 02/10/2006 | Swat Montly Training - Firearms Qual | *** None *** | ✓ | P | 0 | 10:00 |
| - -4218 | 01/27/2006 | Swat Montly Training - Firearms Qual | *** None *** | ✓ | P | 0 | 10:00 |
| - -4219 | 01/13/2006 | Swat Montly Training - Joint Cnu | *** None *** | ✓ | P | 0 | 10:00 |
| - -4243 | 01/06/2006 | Swat Wmd Training | *** None *** | ✓ | P | 0 | 04:00 |
| - -4206 | 01/03/2006 | Hazmat First Responder Operations | *** None *** | ✓ | P | 0 | 10:00 |

**Totals for 2006:** Completed 11 of 11 Modules — Training Time: 134:00

## Santa Rosa Police Department
# Individual Training Activity

Wednesday, October 10, 2007　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 7

**Richard Celli**

### Training Completed In 2005

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -4196 | 12/09/2005 | Swat Montly Training - Pt Qualification | *** None *** | ✓ | P | 0 | 10:00 |
| -4139 | 11/30/2005 | Post Line-Up Training Workshop | CA-POST | ✓ | P | 0 | 16:00 |
| -4195 | 11/06/2005 | Swat Montly Training - Pt Qualification | *** None *** | ✓ | P | 0 | 24:00 |
| -4168 | 10/07/2005 | Advanced Officer Training | CA-POST | ✓ | P | 0 | 40:00 |
| -4146 | 10/07/2005 | Swat Montly Training - Pt Qualification | *** None *** | ✓ | P | 0 | 10:00 |
| -4145 | 09/16/2005 | Swat Montly Training - Rappelling | *** None *** | ✓ | P | 0 | 10:00 |
| -3987 | 08/12/2005 | Counter Terrorism - the Suicide Bomber | *** None *** | ✓ | P | 0 | 08:00 |
| -4043 | 07/21/2005 | Ethics Train the Trainer | *** None *** | ✓ | P | 0 | 16:00 |
| -4084 | 06/23/2005 | Swat Montly Training - Rural Ops | *** None *** | ✓ | P | 0 | 10:00 |
| -4083 | 06/13/2005 | Swat Montly Training - Firearms Qual | *** None *** | ✓ | P | 0 | 10:00 |
| -4061 | 05/09/2005 | Swat Montly Training - Joint Cnu | *** None *** | ✓ | P | 0 | 10:00 |
| -4060 | 04/14/2005 | Swat Montly Training - Crowd Control | *** None *** | ✓ | P | 0 | 10:00 |
| -4059 | 04/04/2005 | Swat Montly Training - Pt Qualification | *** None *** | ✓ | P | 0 | 10:00 |
| -4190 | 04/01/2005 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 04:00 |
| -3950 | 03/16/2005 | Distraction Devices | *** None *** | ✓ | P | 0 | 08:00 |
| -4023 | 03/07/2005 | Swat Montly Training - Fa, Room Entries | *** None *** | ✓ | P | 0 | 10:00 |
| -4022 | 02/23/2005 | Swat Monthly Training - Firearms | *** None *** | ✓ | P | 0 | 10:00 |
| -4031 | 02/01/2005 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 04:00 |
| -4006 | 01/18/2005 | Swat Monthly Training-Rifle Qual | *** None *** | ✓ | P | 0 | 10:00 |
| -4005 | 01/06/2005 | Swat Monthly Training-High Risk SW | *** None *** | ✓ | P | 0 | 10:00 |
| -4032 | 01/01/2005 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 04:00 |

**Totals for 2005:**　　　　　　　　Completed 21 of 21 Modules　　　　　　Training Time: 244:00

# Santa Rosa Police Department
## Individual Training Activity

Wednesday, October 10, 2007                                                                                          Page 3 of 7

**Richard Celli**

### Training Completed In 2004

| TMS #   | Ended      | Subject                                  | Certification | Compl. | Grade | Score | Tng. Time |
|---------|------------|------------------------------------------|---------------|--------|-------|-------|-----------|
| - -3962 | 12/16/2004 | Swat Monthly Training-Pt, Room Entries   | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3874 | 12/02/2004 | Swat Monthly Training-Night Shooting     | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -4024 | 12/01/2004 | Monthly Firearms and Dt -- Sims          | *** None ***  | ✓      | P     | 0     | 08:00     |
| - -3963 | 10/26/2004 | Swat Monthly Training-Pt Test            | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3947 | 10/18/2004 | Domestic Violence - Strangulation        | CA-POST       | ✓      | P     | 0     | 04:00     |
| - -3875 | 10/09/2004 | Wmd Training                             | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3957 | 10/07/2004 | Swat Monthly Training-Rescues/Less Lethl | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3922 | 09/09/2004 | Swat Monthly Training - Reswat           | *** None ***  | ✓      | P     | 0     | 24:00     |
| - -3931 | 09/01/2004 | Monthly Firearms Training                | *** None ***  | ✓      | P     | 0     | 04:00     |
| - -3902 | 08/31/2004 | Swat Monthly Training - Search/Night     | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3901 | 08/18/2004 | Swat Monthly Training - Rm Entries/Fb    | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3930 | 08/01/2004 | Monthly Defensive Tactics Training       | *** None ***  | ✓      | P     | 0     | 04:00     |
| - -3899 | 06/08/2004 | Swat Monthly Training - Joint W/Cnu      | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3838 | 05/11/2004 | Monthly S.R.U. Training -- Fa Qual       | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3837 | 05/08/2004 | Monthly S.R.U. Training -- Wmd W/Marin   | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3933 | 05/01/2004 | Monthly Firearms Training                | *** None ***  | ✓      | P     | 0     | 04:00     |
| - -3836 | 04/20/2004 | Monthly S.R.U. Training -- Crowd Control | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3835 | 04/13/2004 | Monthly S.R.U. Training -- Room Entries  | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3812 | 04/06/2004 | Monthly Bomb Unit Training               | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3804 | 04/01/2004 | Field Reporting Training                 | *** None ***  | ✓      | P     | 0     | 08:00     |
| - -3833 | 03/07/2004 | Monthly S.R.U. Training -- Joint W/Scso  | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3733 | 02/10/2004 | Monthly S.R.U. Training -- Rifle/Pistol  | *** None ***  | ✓      | P     | 0     | 10:00     |
| - -3704 | 02/03/2004 | Taser Training                           | *** None ***  | ✓      | P     | 0     | 04:00     |
| - -3753 | 01/27/2004 | Epas Training                            | *** None ***  | ✓      | P     | 0     | 03:00     |
| - -3654 | 01/15/2004 | Assertive Supervision                    | CA-POST       | ✓      | P     | 0     | 24:00     |
| - -3767 | 01/06/2004 | Pit Training                             | *** None ***  | ✓      | P     | 0     | 04:00     |

**Totals for 2004:**                                    Completed 26 of 26 Modules                 Training Time: 241:00

## Santa Rosa Police Department
# Individual Training Activity

Wednesday, October 10, 2007                                                                                               Page 4 of 7

**Richard Celli**

### Training Completed In 2003

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -3666 | 12/09/2003 | Monthly S.R.U. Training - Room Entries | *** None *** | ✓ | P | 0 | 10:00 |
| -3600 | 12/05/2003 | Cqb Hostage Rescue Tactics Course | CA-POST | ✓ | P | 0 | 40:00 |
| -3614 | 11/25/2003 | Emergency Law Enforcement Spanish | *** None *** | ✓ | P | 0 | 10:00 |
| -3665 | 11/11/2003 | Monthly S.R.U. Training - Rifle/mp5/Pist | *** None *** | ✓ | P | 0 | 10:00 |
| -3609 | 11/04/2003 | Pto Legal Update With Ray Hill | *** None *** | ✓ | P | 0 | 04:00 |
| -3650 | 10/28/2003 | Monthly S.R.U. Training - Pt Qual | *** None *** | ✓ | P | 0 | 10:00 |
| -3582 | 09/26/2003 | Advanced Officer Training | CA-POST | ✓ | P | 0 | 39:00 |
| -3617 | 09/02/2003 | Monthly S.R.U. Training - Rif W/Room Ent | *** None *** | ✓ | P | 0 | 10:00 |
| -3555 | 08/07/2003 | Hazwoper Training | *** None *** | ✓ | P | 0 | 40:00 |
| -3578 | 07/08/2003 | Monthly S.R.U. Training - Room Entries | *** None *** | ✓ | P | 0 | 10:00 |
| -3577 | 06/10/2003 | Monthly S.R.U. Training - Rifle Recert | *** None *** | ✓ | P | 0 | 10:00 |
| -3496 | 05/08/2003 | Critical Incident Protocol Training | *** None *** | ✓ | P | 0 | 08:00 |
| -3329 | 04/22/2003 | Hepatitis C Training | *** None *** | ✓ | P | 0 | 01:30 |

**Totals for 2003:**                              Completed 13 of 13 Modules                        Training Time: 202:30

### Training Completed In 2002

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -3436 | 12/10/2002 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -3468 | 12/01/2002 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3452 | 11/05/2002 | Pto Update | *** None *** | ✓ | P | 0 | 16:00 |
| -3467 | 11/01/2002 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3400 | 10/08/2002 | Monthly S.R.U. Training - Rifle Recert | *** None *** | ✓ | P | 0 | 10:00 |
| -3399 | 09/06/2002 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 30:00 |
| -3394 | 09/01/2002 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3299 | 08/16/2002 | Pto Training | *** None *** | ✓ | P | 0 | 40:00 |
| -3261 | 08/08/2002 | Instructor Development | CA-POST | ✓ | P | 0 | 40:00 |
| -3365 | 08/01/2002 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3366 | 07/01/2002 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3282 | 06/11/2002 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -3317 | 06/01/2002 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3247 | 05/28/2002 | Edp -- Emotionally Disturbed Persons | CA-POST | ✓ | P | 0 | 08:00 |
| -3180 | 05/21/2002 | Defensive Driver Training | CA-POST | ✓ | P | 0 | 08:00 |
| -3281 | 05/14/2002 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -3316 | 05/01/2002 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3280 | 04/09/2002 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -3314 | 04/01/2002 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3209 | 03/12/2002 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -3315 | 03/01/2002 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3114 | 02/26/2002 | First Aid/Cpr Update | CA-POST | ✓ | P | 0 | 08:00 |
| -3208 | 02/12/2002 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -3192 | 02/01/2002 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -3107 | 01/11/2002 | Field Training Officer | CA-POST | ✓ | P | 0 | 40:00 |
| -3193 | 01/01/2002 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |

**Totals for 2002:**                              Completed 26 of 26 Modules                        Training Time: 282:00

Santa Rosa Police Department
# Individual Training Activity

Wednesday, October 10, 2007                                                                 Page 5 of 7

## Richard Celli

### Training Completed In 2001

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -3147 | 12/11/2001 | Monthly S.R.U. Training - Crowd Control | *** None *** | ✓ | P | 0 | 10:00 |
| -3134 | 12/04/2001 | Dominant Aggressor Update | CA-POST | ✓ | P | 0 | 04:00 |
| -3124 | 11/13/2001 | Monthly S.R.U. Training - Rifle Recert | *** None *** | ✓ | P | 0 | 10:00 |
| -2994 | 10/09/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -3079 | 10/01/2001 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2984 | 09/28/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 24:00 |
| -3003 | 09/01/2001 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2990 | 08/28/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -3006 | 07/24/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2953 | 06/26/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2954 | 06/01/2001 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2553 | 05/29/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2887 | 04/24/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2980 | 04/01/2001 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2881 | 03/22/2001 | S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2880 | 03/21/2001 | S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2864 | 03/11/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2870 | 02/27/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2878 | 02/06/2001 | Sru Refresher Training | *** None *** | ✓ | P | 0 | 16:00 |
| -2786 | 02/05/2001 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2585 | 01/31/2001 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2689 | 01/30/2001 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |

**Totals for 2001:**         Completed 22 of 22 Modules         Training Time: 186:00

### Training Completed In 2000

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| -2799 | 12/11/2000 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2775 | 12/01/2000 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2756 | 11/01/2000 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2567 | 10/27/2000 | Monthly S.R.U. Training | CA-POST | ✓ | P | 0 | 16:00 |
| -2529 | 09/20/2000 | S.R.U. Training | CA-POST | ✓ | P | 0 | 16:00 |
| -2569 | 09/15/2000 | S.W.A.T.: Basic | CA-POST | ✓ | P | 0 | 48:00 |
| -2664 | 09/01/2000 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2672 | 08/29/2000 | Monthly S.R.U. Training | *** None *** | ✓ | P | 0 | 10:00 |
| -2604 | 08/07/2000 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2437 | 06/15/2000 | Elder Abuse Video - Post | CA-POST | ✓ | P | 0 | 02:00 |
| -2534 | 06/12/2000 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2436 | 06/09/2000 | W.S.I.N. Annual Conference | *** None *** | ✓ | P | 0 | 24:00 |
| -2661 | 05/01/2000 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2425 | 04/28/2000 | Advanced Officer Training | CA-POST | ✓ | P | 0 | 40:00 |
| -2660 | 04/01/2000 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2433 | 03/22/2000 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2434 | 02/17/2000 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2383 | 01/17/2000 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| -2358 | 01/13/2000 | Asset Forfeiture Financial Investigation | *** None *** | ✓ | P | 0 | 32:00 |

**Totals for 2000:**         Completed 19 of 19 Modules         Training Time: 218:00

Santa Rosa Police Department
# Individual Training Activity

Wednesday, October 10, 2007                                                                                         Page 6 of 7

**Richard Celli**

### Training Completed In 1999

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -2301 | 12/10/1999 | Suicide by Cop/Contacts W/Men Ill Citize | CA-POST | ✓ | P | 0 | 16:00 |
| - -2356 | 11/17/1999 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| - -2275 | 11/16/1999 | C.N.O.A. Annual Training | *** None *** | ✓ | P | 0 | 24:00 |
| - -2303 | 10/08/1999 | Emergency Protective Orders | *** None *** | ✓ | P | 0 | 02:00 |
| - -2357 | 10/04/1999 | Monthly Defensive Tactics Training | *** None *** | ✓ | P | 0 | 02:00 |
| - -2355 | 09/22/1999 | Monthly Firearms Training | *** None *** | ✓ | P | 0 | 02:00 |
| - -2143 | 06/11/1999 | W.S.I.N. Annual Conference | CA-POST | ✓ | P | 0 | 24:00 |

Totals for 1999:                                Completed 7 of 7 Modules              Training Time: 72:00

### Training Completed In 1998

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -1989 | 11/24/1998 | C.N.O.A. Annual Training | *** None *** | ✓ | P | 0 | 24:00 |
| - -1781 | 05/21/1998 | Drug Asset Forfeiture | *** None *** | ✓ | P | 0 | 32:00 |
| - -1787 | 05/08/1998 | Vice Investigation | CA-POST | ✓ | P | 0 | 40:00 |
| - -1842 | 04/24/1998 | Adv. Officer Course | CA-POST | ✓ | P, | 0 | 40:00 |

Totals for 1998:                                Completed 4 of 4 Modules              Training Time: 136:00

### Training Completed In 1997

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -1223 | 10/31/1997 | Clandestine Lab Investigation | CA-POST | ✓ | P | 0 | 32:00 |
| - -1331 | 05/22/1997 | Search Warrant - Investigations | CA-POST | ✓ | P | 0 | 24:00 |
| - - 602 | 05/12/1997 | Sexual Harassment Technqs Fr E | CA-POST | ✓ | P | 0 | 04:00 |
| - - 454 | 01/09/1997 | Informant Development & Maintenance | CA-POST | ✓ | P | 0 | 32:00 |

Totals for 1997:                                Completed 4 of 4 Modules              Training Time: 92:00

### Training Completed In 1996

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - - 370 | 09/15/1996 | C.N.O.A. Annual Training | *** None *** | ✓ | P | 0 | 32:00 |
| - - 325 | 04/26/1996 | Adv. Officer Course | CA-POST | ✓ | P | 0 | 40:00 |

Totals for 1996:                                Completed 2 of 2 Modules              Training Time: 72:00

### Training Completed In 1995

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - - 551 | 03/31/1995 | Gang Training | *** None *** | ✓ | P | 0 | 30:00 |
| - - 153 | 03/24/1995 | Adv. Officer Course | *** None *** | ✓ | P | 0 | 40:00 |

Totals for 1995:                                Completed 2 of 2 Modules              Training Time: 70:00

### Training Completed In 1994

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - - 550 | 09/16/1994 | Outlaw Motorcycle Gang Inv. Co | *** None *** | ✓ | P | 0 | 40:00 |
| - - 137 | 06/01/1994 | Telecommunications - C.L.E.T.S. Training | *** None *** | ✓ | P | 0 | 04:00 |
| - - 549 | 01/14/1994 | Narcotic Investigation | CA-POST | ✓ | P | 0 | 80:00 |

Totals for 1994:                                Completed 3 of 3 Modules              Training Time: 124:00

Santa Rosa Police Department
# Individual Training Activity

Wednesday, October 10, 2007                                                                 Page 7 of 7

**Richard Celli**

### Training Completed In 1993

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -1415 | 12/16/1993 | Street Gangs and Subcultures | *** None *** | ✓ | P | 0 | 40:00 |
| - - 548 | 10/10/1993 | Street Gangs and Subcultures | *** None *** | ✓ | P | 0 | 40:00 |
| - - 129 | 05/24/1993 | Hearsay Evidence Testimony | *** None *** | ✓ | P | 0 | 01:00 |

Totals for 1993:            Completed 3 of 3 Modules            Training Time: 81:00

### Training Completed In 1992

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -1385 | 07/08/1992 | Semi-Automatic Pistol | CA-POST | ✓ | P | 0 | 24:00 |
| - - 547 | 06/28/1992 | Use of Radar/Court Pressumptio | *** None *** | ✓ | P | 0 | 00:30 |
| - -1474 | 05/01/1992 | Adv. Officer Training | *** None *** | ✓ | P | 0 | 16:00 |
| - -1475 | 04/29/1992 | Adv. Officer Training | *** None *** | ✓ | P | 0 | 24:00 |
| - - 546 | 02/22/1992 | Contact & Cover | *** None *** | ✓ | P | 0 | 00:30 |

Totals for 1992:            Completed 5 of 5 Modules            Training Time: 65:00

### Training Completed In 1991

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - - 93 | 09/11/1991 | Community Awareness Training | *** None *** | ✓ | P | 0 | 08:00 |
| - - 545 | 09/03/1991 | Controlled Substance Influence | *** None *** | ✓ | P | 0 | 24:00 |

Totals for 1991:            Completed 2 of 2 Modules            Training Time: 32:00

### Training Completed In 1990

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - - 78 | 12/20/1990 | Missing Persons/Runaways | CA-POST | ✓ | P | 0 | 02:00 |
| - -1687 | 11/26/1990 | Telecommunications Training-Pr | *** None *** | ✓ | P | 0 | 04:00 |
| - - 544 | 05/04/1990 | Intoxilyzer 5000 Certification | *** None *** | ✓ | P | 0 | 06:00 |

Totals for 1990:            Completed 3 of 3 Modules            Training Time: 12:00

### Training Completed In 1901

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -2926 | 05/29/1901 | Sru Pistol Transition | *** None *** | ✓ | P | 0 | 08:00 |

Totals for 1901:            Completed 1 of 1 Modules            Training Time: 08:00

Totals for : Richard Celli            Completed 174 of 174 Modules            Training Time: 2271:30

**EXHIBIT N**

Officer Detail Report #B-2

# Training Log

| ID Number | Name Of Law Enforcement Officer | Date of Birth | Race | Social Security Number |
|---|---|---|---|---|
| 398 | MENKE, TRAVIS | 12/15/1980 | WHITE | 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 |

| Agency | | | | Date Of Hire |
|---|---|---|---|---|
| SANTA ROSA POLICE DEPARTMENT | | | | 3/27/2006 |

| Class Dates | Date Attended | Course Or Subject Title | Course Identification No. | Institution, Sponsor And Location | Instructor | Training Hours |
|---|---|---|---|---|---|---|
| 5/1/2007 5/1/2007 | 5/1/2007 | MONTHLY FIREARMS TRAINING | 94 | SRPD | | 4.00 |
| 5/1/2007 5/1/2007 | 5/1/2007 | MONTHLY DEFENSIVE TACTICS TRAINING | 95 | SRPD | | 4.00 |

I certify that the information entered in this form has been verified and is substantiated by records maintained by this department.

Signature _____  Title _____  Date ____ ____ ____
                                                                              Month Day Year

(Department Head or Authorized Representative)

**EXHIBIT O**

Officer Detail Report #B-2

# Training Log

| ID Number | Name Of Law Enforcement Officer | Date of Birth | Race | Social Security Number |
|---|---|---|---|---|
| 410 | MANN, PATRICIA M. | 5/2/1979 | WHITE | 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 |

| Agency | | | | Date Of Hire |
|---|---|---|---|---|
| SANTA ROSA POLICE DEPARTMENT | | | | 4/6/2006 |

| Class Dates | Date Attended | Course Or Subject Title | Course Identification No. | Institution, Sponsor And Location | Instructor | Training Hours |
|---|---|---|---|---|---|---|
| 5/1/2007 5/1/2007 | 5/1/2007 | MONTHLY FIREARMS TRAINING | 94 | SRPD | | 4.00 |
| 5/1/2007 5/1/2007 | 5/1/2007 | MONTHLY DEFENSIVE TACTICS TRAINING | 95 | SRPD | | 4.00 |

I certify that the information entered in this form has been verified and is substantiated by records maintained by this department.

Signature _____  Date _____
                                              Month    Day    Year
(Department Head or Authorized Representative)    Title