**EXHIBIT P**

1                 SUPERIOR COURT OF CALIFORNIA

2                    COUNTY OF SONOMA

3                      ---oOo---

4   PATRICIA DESANTIS, individually)
      and as Success in Interest for )
5   RICHARD DESANTIS, deceased, and)
      as Guardian ad Litem for DANI )
6   DESANTIS, a minor,            )
                               )
7             Plaintiffs,    )
                               )
8   vs.                      )   Case No. C 07-3386
                               )
9   CITY OF SANTA ROSA, JERRY     )
      SOARES, RICH CELLI, TRAVIS    )
10  MENKE, PATRICIA MANN and DOES 1)
      through 25, inclusive,      )
11                           )
               Defendants.    )
12  _____)

13

14

15

16            DEPOSITION OF JOSEPH SILNY

17       REPORTED BY THOMAS DAVID BONFIGLI,

18         C.S.R. LIC. NO. 5498

19          FEBRUARY 13, 2008

20            10:00 A.M.

21            ---oOo---

22

23

24

25

1   you make any substantial changes, such as changing a yes

2   to a no, that I or any of the other attorneys would have

3   the right to comment on that at the time of trial, and

4   that could undermine your credibility in front of a

5   jury.

6           Do you understand that?

7       A.   Yes.

8       Q.   Okay.  So again, it's important that we have

9   your best and your most accurate testimony today.

10          So is there any reason why we could not go

11  forward with your deposition at this time?

12      A.   I don't see why not, no.

13      Q.   Okay.  What is your current address?

14      A.   My current address is 492 Amoros --

15  A-M-O-R-O-S -- Court.

16      Q.   And is that in Santa Rosa?

17      A.   Yeah.

18      Q.   And in April of 2007, were you residing on

19  South Avenue?

20      A.   Yes.

21      Q.   And what was your address where you resided

22  there?

23      A.   633 South Avenue.

24      Q.   And how long had you lived at that address in

25  April of 2007?

1    Q.    And there may be times during the deposition

2    that attorneys make objections just to protect the

3    record, but that doesn't mean that you're not required

4    to answer the question.

5          So can you answer it?

6    A.    Okay.  Can you repeat the question?

7    Q.    Okay.  Sure.

8          Prior to April 8th of 2007, had you ever had

9    any discussions with Mr. Desantis about his drug use?

10   A.    Yes.

11   Q.    Okay.  And could you tell me what discussions

12   you had with him?

13   A.    Like the first week I met him, he -- he -- he

14   offered the information that he had a drug problem.

15   Q.    And did he tell you what type of drugs?

16   A.    He said, using street terms that I'm -- that I

17   can't really remember, but he said he used meth.  And I

18   can't remember what exact word he used, but --

19   Q.    But you understood him to be referring --

20   A.    Yes.

21   Q.    -- to methamphetamines?

22   A.    Yes.

23   Q.    And did he give you any indication as to how

24   long he had been doing that?

25   A.    No.

1    Q.   So did he indicate to you that he felt that he

2    had a problem with drug use?

3    A.   Yeah.

4    Q.   And do you recall what he said in that regard?

5    A.   Oh, we were having a conversation, and he,

6    like, cut me off and apologized for being like not being

7    able to pay attention or something like that, scurrying

8    around the room.  And he said -- he said that he'd been

9    high for awhile or that he'd been -- he was excusing

10    himself saying he'd been high for a few days or

11    something.

12    Q.   And do you recall when that discussion took

13    place?

14    A.   That -- that was when I first met him.

15    Q.   Did you have any discussions with Mr. Desantis

16    in the week preceding the shooting in which you

17    discussed his drug use at all?

18    A.   Can you repeat it, the question?

19    Q.   Sure.

20         During the week prior to the time of the

21    shooting, had you had any discussions during that time

22    frame with Mr. Desantis?

23    A.   During the week prior?

24    Q.   Yes.

25    A.   No, no.

1    my distance from him or whatever.

2         And I agreed.  I said, "Yeah, that's no

3    problem at all.  I wish you luck, you know, and I'm

4    sorry you're having problems."

5         Q.    And do you recall when that discussion took

6    place?

7         A.    That was a week or so, two weeks, probably,

8    before the shooting.

9         Q.    And in the discussions that you had with

10   Patricia Desantis, did she indicate in her conversations

11   with you what types of drugs she was aware that Richard

12   was using?

13        A.    Did she tell me what?

14        Q.    Right.  Did she specifically say he has a

15   problem with any specific type of drug or mention any

16   specific type of drug 'in these conversations?

17        A.    Yes, meth.  She said he knew -- she knew that

18   he was using meth, and it was upsetting her.

19        Q.    And do you know why it was she was asking you

20   to stay away from Mr. Desantis?

21        A.    I think -- I think it was more along the lines

22   that, you know, we hung out together, and she might have

23   been -- I mean, we didn't hang out, we didn't go out of

24   the neighborhood together; we just hung out, you know,

25   in the driveway there talking once in awhile.  I had a

1   fire pit we used to, you know, roast marshmallows, you

2   know, things like that.  He openly smoked marijuana, so

3   I know she knew about that.  Other than that, I don't

4   believe so, other than that.

5       Q.   During the week prior to the shooting, did you

6   observe any changes in Mr. Desantis's behavior?

7       A.   Prior to the shooting?

8       Q.   Yes.

9       A.   Yes, drastic changes.

10      Q.   Okay.  And could you describe them?

11      A.   He was a real nice guy, very polite and got

12  along well with him.  He was a great neighbor, actually.

13           And prior to the shooting, he just seemed

14  unapproachable, and you could just tell that something

15  was really, really bothering him, and so -- and he was

16  just acting really strange and making comments that made

17  no sense at all, and so --

18      Q.   When --

19      A.   -- like I said, I was trying to keep my

20  distance, you know, trying not to make eye contact,

21  basically, things like that, just going about my

22  business without acting like, you know, they didn't

23  exist kind of.

24      Q.   When you say that he was acting strangely, can

25  you give me some examples of what you observed that you

1  girlfriend didn't like it, but he was, like, upset that

2  he had to get rid of it, and he blamed -- he blamed us

3  for some reason, which makes no sense to me, basically.

4      Q.   And what's your girlfriend's name?

5      A.   Jamie.

6      Q.   And what's her last name?

7      A.   Flyn.

8      Q.   I'm sorry?

9      A.   Flyn, F-L-Y-N.

10      Q.   And does she still live with you?

11      A.   Yes.

12      Q.   During the week prior to the shooting, did you

13  feel any fear of living next door to Mr. Desantis?

14      A.   I never did, but during the week prior, yes.

15  I was making plans to move because he was just making

16  strange comments, threatening comments.  I can't really,

17  you know, put it into words exactly, but things that

18  make no sense, and he was just upset.  I tried to ask

19  him what he was upset about, you know, why he would

20  direct, you know, anger towards me for any reason, but

21  he didn't want to comment on that.  He just would make

22  strange comments out of the blue.

23      And so my girlfriend was pregnant and has

24  another child, and I just -- I said, "Well, you know,

25  it's time for us to go."  I didn't want any problems,

1   believed that Mr. Desantis was the person who you

2   believe had slashed your tires?

3       A.   Why did I believe that?

4       Q.   Yeah.

5       A.   Just because of the strange way that he was

6   acting, and I'd -- and I'd -- he'd done that so many

7   times; like he'd come home and brag about slashing

8   someone's tire.

9       Q.   So he had told you on prior occasions that he

10  had done that to other people?

11      A.   Yeah, uh-huh.

12      Q.   And did you report that incident to anybody,

13  to the police or --

14      A.   No.

15      Q.   -- at the time it happened?

16      A.   Huh-uh.

17      Q.   Okay.  Any other behavior that we haven't

18  talked about already that occurred in the week or so

19  before the shooting that you believe was unusual?

20      A.   Yeah.  He locked Patricia out of the house and

21  threw his wedding ring at her.

22           And I said if she couldn't get back in the

23  house that she could come over if she needed -- if she

24  needed me or if she needed anything, she could knock on

25  my door.

1   Q.   And when was the first time you saw them on

2   Easter Sunday?

3   A.   Leaving to go to Easter dinner, I believe, or

4   Easter lunch.  I said, "Have a nice Easter," and they

5   left.

6   Q.   And did you see them return to the house on

7   Easter Sunday?

8   A.   I'm not sure.  I don't know.

9   Q.   But at some point on Easter Sunday, they

10  returned home?

11  A.   I believe so, yeah.

12  Q.   And did you have any further discussion with

13  them that evening?

14  A.   No.

15  Q.   After they came home on Easter Sunday, did you

16  observe anything out of the ordinary?

17  A.   No.

18  Q.   And at some point that evening, did you hear

19  some gunshots?

20  A.   Yes.

21  Q.   Okay.  And when was the first time that you

22  heard any gunshots?

23  A.   I think it was 1:00 in the morning.

24  Q.   And were you in bed, or were you up at that

25  time?

1    A.    I was actually up.  I heard a noise.  I went

2  outside, and I saw some clothing that I'd given Richard

3  draped around my -- the bed of my truck, and I grabbed

4  the clothing and threw it away in the trash, and that's

5  when I heard the gunshots.

6    Q.    So did you come outside before you heard the

7  gunshots, or did you come outside in response to hearing

8  the gunshots?

9    A.    No, I didn't come outside in response.  I -- I

10  heard a noise outside by my truck.  Since my tire'd been

11  slashed, I, you know, was paying attention to anything,

12  any noises outside my residence, so I went out there and

13  saw the clothes draped around the bed, sweaters and

14  pants and stuff that didn't fit me.

15    Q.    And you said they were clothing that you had

16  given to Richard at some point?

17    A.    Yeah.

18    Q.    And do you know why they were there?

19    A.    No.

20    Q.    And then when you heard the shots, was that

21  while you were still outside or after you had gone back

22  into the house after you'd gone outside to get the

23  clothing?

24    A.    No, I was still outside.

25    Q.    Okay.  And what did you hear?

1    directed them to their residence.

2         Q.    When you say "them" --

3         A.    They were in my front yard with a dog.

4         Q.    How many police officers did you see when you

5    opened up your front door?

6         A.    Two, and the dog.

7         Q.    And did you talk with the officers?

8         A.    They asked me where -- they said, "Where is

9    he?"

10        Q.    And what did you tell them?

11        A.    I just pointed.    (Indicating.)

12        Q.    Pointed to the Desantis residence?

13        A.    Yeah.

14        Q.    And did they tell you to go back into the

15   house?

16        A.    Yeah.

17        Q.    Did you have any other conversations that

18   evening with any of the police officers that came to the

19   scene?

20        A.    Did I have any conversations that evening?

21        Q.    Yes, with any of the other police officers

22   other than the conversation you just described.

23        A.    After the shooting between -- after the police

24   were shooting, they came into our house and asked if we

25   were okay and stuff, and that was -- that was it.

1              Actually, I'm sorry.  Can I -- can I --

2      Q.    Sure.

3      A.    I went to the edge of my porch and saw Richard

4  standing on his porch, and then they yelled at me a

5  second time to get back inside, and then that's when I

6  went inside.

7      Q.    So you were able to see Mr. Desantis on his

8  front porch from the porch on your house?

9      A.    Yeah.

10     Q.    Okay.  And then what did you do after you went

11 back inside?

12     A.    I went to the window.

13     Q.    And which window?

14     A.    My living room window.

15     Q.    And where does that look out to?

16     A.    The driveway that we share.

17     Q.    Okay.  And what did you see when you looked

18 out your living-room window?

19     A.    Richard on his porch and the police giving him

20 orders to get down and --

21     Q.    Did you see Patricia Desantis when you looked

22 out the window?

23     A.    Yes.

24     Q.    And where was she?

25     A.    Behind him.  At some point shortly after he

1  was on the porch, he stepped off the porch, and she was

2  on the porch behind him with I think her daughter in her

3  arms.

4      Q.   Okay.  And you said that you heard the police

5  giving orders for him to get down?

6      A.   Yeah.

7      Q.   Okay.  Can you tell me what you heard them say

8  to Mr. Desantis?

9      A.   "Put your hands where I can see 'em, and get

10  down on the ground now."

11      Q.   And could you see at that time what

12  Mr. Desantis was wearing?

13      A.   No shirt and no shoes; shorts or pants.   I

14  can't recall.

15      Q.   Did you hear Mrs. Desantis say anything to

16  the police officers?

17      A.   No.

18      Q.   Did you ever hear at any time prior to the

19  time that the police officers shot Mr. Desantis Patricia

20  say, I have his gun, or something to the effect that, He

21  doesn't have a gun?

22      A.   No.

23      Q.   And what did Richard do after the police told

24  him to keep his hands where they could see him and get

25  down on the ground?

1      A.    I never saw him go down on the ground,

2   actually.

3      Q.    Did you see him comply with any of the

4   instructions that the police officers were giving him?

5           MR. SAFIRE:  Calls for a conclusion.  I would

6   object.

7           MS. FOWLER:  Q.  Go ahead; you can answer the

8   question.

9      A.    Can you repeat the question?  I'm sorry.

10     Q.    Sure.

11          Did you observe Mr. Desantis complying with

12   any of the instructions that the police officers were

13   giving him?

14     A.    Not -- not -- not really, no.  He had his

15   hands behind his head, and they were telling him to get

16   his hands up.  And it seemed like they might have

17   thought he was confused or whatever 'cause it might

18   have -- it kind of looked like he may have was trying to

19   do the right thing by putting his hands behind his head.

20   He had his hands behind his head most of the time before

21   the shooting, but he never would raise 'em, and they

22   would over and over again say, you know, "Put your hands

23   where we can see them," you know.  "Take 'em -- take 'em

24   from behind your head slowly."  And he wouldn't do it,

25   that I could see.

1    Q.   Did you --

2    A.   And they would say, "Get down on the ground,"

3    which I also didn't witness him getting down on the

4    ground.  He may -- he may have at some point, but from

5    all the -- from all that I saw, he was always standing.

6    Q.   And did you hear the police officers give him

7    these commands more than one time?

8    A.   Yes.

9    Q.   Can you give me an estimate as to how many

10   times you heard them giving him the commands?

11   A.   Three or four.

12   MR. SAFIRE:   Well, I'm going -- I'm going to

13   object as being vague.   I don't know what commands

14   you're talking about.   I think it's vague.

15   MS. FOWLER:   Q.   Okay.   When you say that you

16   heard the officers give him three or four commands, do

17   you mean that the commands that they were giving they

18   would repeat three and four times or that you heard them

19   only give him three or four different commands?

20   A.   No, repeat, repeats.

21   Q.   So each command that you heard them give, they

22   would repeat it three or four times?

23   A.   Yes.

24   Q.   And the commands that you heard, did they

25   appear to be coming from one police officer or more than

1    one police officer?

2        A.    More than one.

3        Q.    Did you ever hear Mr. Desantis say anything in

4    response to any of the commands that the police officers

5    were giving him?

6        A.    Can you repeat the question?

7        Q.    Sure.

8        Did you ever hear Mr. Desantis say anything in

9    response to the commands which the police officers were

10   giving him?

11       A.    No.

12       Q.    Did you ever hear him say anything that night

13   between the time that you heard the shots fired in his

14   residence and the time that the police officers fired?

15       A.    Sorry.    Repeat the question.

16       Q.    Sure.

17       Did you ever hear Mr. Desantis say anything

18   that night between the time that you heard the initial

19   gunshots --

20       A.    No.

21       Q.    -- inside his house and the police shot him?

22       A.    No.

23       Q.    And then what happened after you heard the

24   police repeating these commands to Mr. Desantis?

25       A.    Repeat the question.    Sorry.

1      Q.    Sure.

2            What happened after you heard the police

3      giving him these repeated commands?

4      A.    He -- he wouldn't -- he didn't move much.

5      He just -- he kept his hands behind his head and inched

6      forward a little bit is what I saw, but that's it.

7      Q.    And then what happened after that?

8      A.    He'd started to go down onto the ground, and

9      then he lifted up really fast and started to run towards

10     the police.

11     Q.    Run toward --

12     A.    The police.

13     Q.    Oh.

14           When you were looking out your window, were

15     you able to see where the police officers had positioned

16     themselves?

17     A.    I -- my memory, it includes two that were

18     outside my window, the same two that were in my front

19     yard.  I'm sure there was more, but I don't really

20     recall seeing too many of 'em, only the two that were

21     right outside my window.

22     Q.    Do you recall seeing if there were any other

23     police officers on the other side of the driveway across

24     from your house?

25     A.    Do I recall seeing any?

1    when you observed him running towards the police?

2        A.    Repeat the question.

3        Q.    Sure.

4            What direction did he run when you said he was

5    running towards the police?

6        A.    From his porch directly in line with my porch,

7    actually.

8        Q.    So he was running towards the direction of

9    your house?

10        A.    Diagonally, diagonally across the driveway.

11    The police were standing a little bit towards my side,

12    and so when he ran, he ended up on my side of the

13    driveway.

14        Q.    And when Mr. Desantis lifted up, did you hear

15    the police officers say anything at that point?

16        A.    Shouting, yelling.  I can't exactly tell you

17    what words those were.  Stop, maybe, but I can't -- I

18    can't tell you.  I can't remember.

19        Q.    And then what did you observe after

20    Mr. Desantis started running towards the police

21    officers?

22        A.    After he started running towards the police

23    officers?

24        Q.    Yes.

25        A.    I saw him get shot.

1    at any point?

2        A.    I saw the door open, but I didn't see her

3    exit the house, no.

4        Q.    Did you see her looking out the door or

5    standing in the doorway?

6        A.    Can't really tell.

7        Q.    And from the time that you heard the initial

8    shots fired inside the Desantis residence until the

9    police officers fired shots, did you ever hear

10   Patricia Desantis say anything to the police officers?

11       A.    No.

12       Q.    When you saw Patricia and Richard on their

13   porch, did you ever observe Patricia doing what appeared

14   to be a search of Mr. Desantis's person?

15       A.    No.

16       Q.    And then what happened after Mr. Desantis was

17   down on the ground?

18       A.    Police came, you know, more -- I noticed more

19   police outside.  One of 'em came and knocked on our door

20   and came in and asked if we were okay.

21       Q.    And do you know which police officer that was

22   that came and knocked on your door?

23       A.    No.

24       Q.    Do you know if it was one of the police

25   officers that you initially saw when the police first

1    contest; just get a little focused.

2              (Recess.)

3              MS. FOWLER:  Okay.  Let's go back on the

4    record.

5         Q.   I'm close to being done, and then these two

6    gentlemen have an opportunity to ask you questions.

7         A.   Okay.  That's fine.

8         Q.   You said that at some point that Mr. Desantis

9    lifted up and then ran towards the police officers.  How

10   would you describe the pace in which he was going

11   towards the police officers?

12        A.   Quickly; as quickly as a person could.

13        Q.   So running as opposed to sprinting or walking?

14        A.   Running, yeah, bolting, whatever you want to

15   use, whatever, fast, very fast.

16             MS. FOWLER:  Okay.  I'm going to mark as the

17   next exhibit.  And unfortunately, we were trying to do

18   this sequentially, but I don't recall what our last

19   exhibit was, so I'm just going to mark this as A.

20             MR. SAFIRE:  Okay.  That's okay.

21             What is it?

22             MS. FOWLER:  That's the statement from --

23             MR. SAFIRE:  Oh, okay.

24             (Whereupon, Defendant's Exhibit A

25             is marked for identification.)

1    the impression that because -- just the look on his

2    face, basically, is why I made those comments.

3        Q.   Okay.

4        A.   Over the course of getting to know someone,

5    you can, you kind of get a feel for what their facial

6    expressions tell you or their body expressions, I guess.

7        Q.   And that's what your observation of his facial

8    expressions and body language told you?

9        A.   Yeah.

10        What I meant by that one statement, you know,

11   I would have done the same thing, I mean, what I meant

12   by that was -- I mean, I'm sure that can be hurtful to

13   Patricia and them, but what I really meant was that, you

14   know, the cops, you know, were there, and I could never

15   see myself bolting towards the police like that, so, you

16   know, if I was in his shoes, I would expect to have

17   gotten shot is all I really kind of meant by that.

18       Q.   Okay.  Is there anything else that you

19   observed that night regarding this shooting that you

20   haven't already described to us?

21       A.   Is there anything else I would like to add?

22       Q.   Anything else that you observed that you

23   haven't told us about?

24       A.   I don't believe so.

25            MS. FOWLER:  Okay.  Thank you.  I don't have

1   of the plants, you know, just the things he would say.

2        Q.    And did you get the impression that he was

3   paranoid about whether or not you would disclose his

4   confidences or something, or what was it about those

5   conversations that made you feel it was crazy?

6        A.    No, I don't think he felt -- I don't know what

7   he felt.    I couldn't put a finger on it.    Nothing made

8   sense to me, so -- yeah.

9        Q.    Okay.

10        A.    If that answers the question.

11        Q.    I think I understand.

12             What training have you had, if any, relative

13   to people being under the influence?

14        A.    None.

15        Q.    What training have you had, if any, about

16   police practices during the course of an arrest?

17        A.    Oh, no -- none.

18        Q.    So when you said that you would have done the

19   same thing as the police, you're just basing that on

20   what?

21        A.    Well, first of all, I didn't know that -- you

22   know, that I was making a statement, you know, that

23   other people, you know, were going to hear, so I spoke

24   freely.    I mean, obviously, that doesn't sound very

25   good.    I mean, I didn't mean that -- for it to sound

1    like, you know, I'm glad for any reason that he was hurt

2    or killed.

3           What did I mean by that.  What I meant by that

4    was if I was in his shoes -- you know, basically, when I

5    watched it, when I watched it all happen, I couldn't

6    believe that he bolted forward, and so I only thought to

7    myself one could only expect to get shot when -- well,

8    I'm no expert.  That's just what I thought.

9        Q.    Okay.

10       A.    I've been in those kind of situations,

11   actually, before, and I just do what the police tell me

12   to do.  I certainly have never ran towards the police.

13   I'm not saying that I know that they -- that they didn't

14   make a mistake or anything like that.  I don't know, you

15   know.

16       Q.    What did you think Richard was gonna do when

17   he ran to the police officer?

18       A.    What did I think he was gonna do?

19           MS. FOWLER:  Objection to the extent it calls

20   for speculation?

21           THE WITNESS:  It seemed to me he was

22   committing suicide almost like is what it seemed like.

23           MR. SAFIRE:  Q.  I see.  So --

24       A.    I mean, he --

25       Q.    Did you think he was going to injure the

1        A.    I don't.

2        Q.    Okay.  And after the first shot, as I

3   understand your testimony, Richard was pushed back by

4   the shot.  Is that what you said?

5        A.    He was running at a diagonal, and I noticed

6   something, you know, knock him off of his, you know,

7   straight, you know, to the side a little bit, and he

8   regrouped, still trying to run.  Then I heard a couple

9   more shots.

10        Q.    It was clear to you that this first shot had

11   an impact on Richard's body, correct?

12        A.    Yes.

13        Q.    And where were his hands when that first shot

14   was --

15        A.    A small impact.  You know, it didn't stop him.

16        Q.    Okay.

17        A.    Why are you laughing?

18        Q.    I'm sorry.  Please finish.

19        A.    No, I'm done.

20        Q.    Where were his hands when that impact that you

21   observed occurred?

22              MS. FOWLER:  From the first shot?

23              MR. SAFIRE:  Right, exactly.

24        A.    Can you repeat the question?

25        Q.    Right.

1  State of California )

2  County of Sonoma     )   ss

3      I, THOMAS DAVID BONFIGLI, a Certified Shorthand

4  Reporter for the State of California, hereby certify that

5  the witness in this deposition was by me duly sworn to

6  testify the truth, the whole truth and nothing but the

7  truth; that said deposition was taken at the time and

8  place therein stated; that the testimony of the said

9  witness was reported by me and was thereafter transcribed

10 under my direction into typewriting; that the foregoing

11 is a full, complete and true record of said testimony;

12 and that the witness was given an opportunity to read and

13 correct said deposition and to subscribe the same.

14 Should the signature of the witness not be affixed to the

15 deposition, the witness shall not have availed

16 himself/herself of the opportunity to sign or the

17 signature has been waived.  I further certify that I am

18 not of counsel or attorney for either or any of the

19 parties in the foregoing deposition and caption, nor in

20 any way interested in the outcome of this case.

21      IN WITNESS WHEREOF, I have hereunto set my

22 hand this 29th day of February, 2008.

23      ────────────────────────

24           THOMAS DAVID BONFIGLI,

25           C.S.R. LIC. NO. 5498