**EXHIBIT Q**

State of California
County of Sonoma

| In the Matter of the Investigation of the Death of | Before |
| --- | --- |
| RICHARD TIMOTHY DESANTIS | Bill Cogbill |
| Deceased | Sheriff-Coroner |

I, Bill Cogbill, Sheriff-Coroner of the County of Sonoma, State of California, in Santa Rosa, on the 10th. day of August, 2007 having made investigation into the cause of death of Richard Timothy DeSantis and after hearing the testimony adduced, do say:

That I find that the deceased was Richard Timothy DeSantis was a native of TX aged about 30 years; and that he came to his death on the 9th day of April, 2007 at Driveway of own residence: 631 South Avenue, Santa Rosa, State of California, by:

*Gunshot Wound of Left Lateral Chest*

*Other significant conditions:*
*Superficial Gunshot Wound of Left Chest; Right Distal Radius Fracture.*

All of which I certify by this investigation in writing by me, signed this 10th day of August, 2007.

_____
Sheriff-Coroner of the County of Sonoma,
State of California

# PHYSICIAN/CORONER'S AMENDMENT
## DEATHS AFTER 1-1994

NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE BLACK INK ONLY

1.1

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

STATE FILE NUMBER

| PART I | INFORMATION TO LOCATE RECORD | | 3. LAST (FAMILY) | 4. SEX |
|---|---|---|---|---|
| NAME AS IT APPEARS ON RECORD | 1. NAME—FIRST (GIVEN) RICHARD | 2. MIDDLE TIMOTHY | DESANTIS | M |
| ADDITIONAL INFORMATION TO LOCATE RECORD | 5. DATE OF EVENT—MM/DD/CCYY 04/09/2007 | 6. CITY OF OCCURRENCE SANTA ROSA | 7. COUNTY OF OCCURRENCE SONOMA | |

| PART II | STATEMENT OF CORRECTIONS | |
|---|---|---|
| 8. CERTIFICATE ITEM NUMBER | 9. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 10. INFORMATION AS IT SHOULD APPEAR |
| 107A | PENDING INVESTIGATION | GUNSHOT WOUND OF LEFT LATERAL CHEST |
| 107AT | - | SECONDS |
| 112 | | SUPERFICIAL GUNSHOT WOUND OF LEFT CHEST; RIGHT DISTAL RADIUS FRACTURE |
| | | HOMICIDE |
| 119 | PENDING INVESTIGATION | NO |
| 120 | | 04/09/2007 |
| 121 | | 0124 |
| 122 | | OWN RESIDENCE |
| 123 | | |
| 124 | | DECEDENT CHARGED AT POLICE OFFICERS IN THREATENING MANNER, AFTER FIRING HANDGUN INTO HIS OWN CEILING. FEARING FOR THEIR SAFETY, OFFICERS SHOT DECEDENT WITH DEPARTMENTAL WEAPONS. |
| 125 | | 631 SOUTH AVENUE, SANTA ROSA, CA 95407 |

WORKING COPY

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| DECLARATION OF CERTIFYING PHYSICIAN OR CORONER | 11. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER ► LESLIE COMRACK | 12. DATE SIGNED—MM/DD/CCYY 08/07/2007 | 13. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER DEPUTY CORONER | | |
|---|---|---|---|---|---|
| | 14. ADDRESS—STREET AND NUMBER 3336 CHANATE ROAD | | 15. CITY SANTA ROSA | 16. STATE CA | 17. ZIP CODE 95404 |
| STATE/LOCAL REGISTRAR USE ONLY | 18. OFFICE OF VITAL RECORDS OR SIGNATURE OF LOCAL REGISTRAR ► | | 19. DATE ACCEPTED FOR REGISTRATION—MM/DD/YY | | |

VS 24A (REV. 10/03)

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF VITAL RECORDS

Printed on: 08/07/2007 07:30 PM
By COMRACK, LESLIE (LCOMRACK)

1.1

# CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11(REV 1/04)

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT — FIRST (Given): RICHARD
2. MIDDLE: TIMOTHY
3. LAST (Family): DESANTIS
   AKA, ALSO KNOWN AS: ---
4. DATE OF BIRTH mm/dd/ccyy: 01/21/1977
5. AGE Yrs.: 30
   IF UNDER ONE YEAR — Months / Days
   IF UNDER 24 HOURS — Hours / Minutes
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: TX
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO (X)
12. MARITAL STATUS (at Time of Death): MARRIED
7. DATE OF DEATH mm/dd/ccyy: 04/09/2007
8. HOUR (24 Hours): 0138
13. EDUCATION: GED
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO (X)
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: IRON WORKER
18. KIND OF BUSINESS OR INDUSTRY: BRIDGE CONSTRUCTION
19. YEARS IN OCCUPATION: 6

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 631 SOUTH AVENUE
21. CITY: SANTA ROSA
22. COUNTY/PROVINCE: SONOMA
23. ZIP CODE: 95407
24. YEARS IN COUNTY: 3
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: PATRICIA FARRELL-DESANTIS, WIFE
27. INFORMANT'S MAILING ADDRESS: 631 SOUTH AVENUE, SANTA ROSA, CA 95407

**SPOUSE AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE — FIRST: PATRICIA
29. MIDDLE: DAWN
30. LAST (Maiden Name): FARRELL
31. NAME OF FATHER — FIRST: DAN
32. MIDDLE: ANTHONY
33. LAST: DESANTIS
34. BIRTH STATE: SD ARABIA
35. NAME OF MOTHER — FIRST: ADRIANNE
36. MIDDLE: KIRK
37. LAST (Maiden): PERRINE
38. BIRTH STATE: CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 04/12/2007
40. PLACE OF FINAL DISPOSITION: RES PATRICIA FARRELL-DESANTIS 631 SOUTH AVENUE, SANTA ROSA, CA 95407
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: —
44. NAME OF FUNERAL ESTABLISHMENT: SANTA ROSA MORTUARY EGGEN & LAN
45. LICENSE NUMBER: FD240
46. SIGNATURE OF LOCAL REGISTRAR: MARY MADDUX-GONZALEZ, MD
47. DATE mm/dd/ccyy: 04/12/2007

**PLACE OF DEATH**

101. PLACE OF DEATH: DRIVEWAY OF OWN RESIDENCE
102. IF HOSPITAL, SPECIFY ONE: (blank)
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other (X)
104. COUNTY: SONOMA
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 631 SOUTH AVENUE
106. CITY: SANTA ROSA

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
   IMMEDIATE CAUSE (A): PENDING INVESTIGATION
   Time Interval Between Onset and Death (AT): —
108. DEATH REPORTED TO CORONER?: YES (X)
   REFERRAL NUMBER: 07-0443
109. BIOPSY PERFORMED?: NO (X)
110. AUTOPSY PERFORMED?: YES (X)
111. USED IN DETERMINING CAUSE?: YES (X)
112. OTHER SIGNIFICANT CONDITIONS: —
113. WAS OPERATION PERFORMED: —
113A. IF FEMALE, PREGNANT IN LAST YEAR?: (blank)

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE mm/dd/ccyy:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
   MANNER OF DEATH: Pending Investigation (X)
120. INJURED AT WORK?: (blank)
121. INJURY DATE mm/dd/ccyy:
122. HOUR (24 Hours):
123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:
126. SIGNATURE OF CORONER / DEPUTY CORONER: LESLIE COMRACK
127. DATE mm/dd/ccyy: 04/09/2007
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: LESLIE COMRACK, DEPUTY CORONER

Printed on: 08/07/2007 06:14 PM
By COMRACK, LESLIE (LCOMRACK)

FAX AUTH. #       CENSUS TRACT

STATE REGISTRAR: A  B  C  D  E

*WORKING COPY*

# SONOMA COUNTY SHERIFF-CORONER INVESTIGATIVE REPORT

SONOMA COUNTY SHERIFF'S DEPARTMENT
2796 Ventura Avenue
Santa Rosa, CA 95403 (707) 565-5070

Page 1 of 4
CASE NUMBER: 07-0443

## INVESTIGATION INFORMATION

[✓] Case  [ ] No Case

RECEIVED: 4/9/2007  TIME RECEIVED: 09:28  REPORTED BY: Sonoma County Sheriff's Detective Darin Dougherty

[ ] Natural  [✓] Homicide  [ ] Suicide  [ ] Teen Suicide  [ ] Accident  [ ] Undetermined  [ ] SIDS  [ ] Work Related  [ ] Indigent
[ ] DomesticViolence  [ ] Under 14 Yrs.  [ ] Out of County  [ ] Hospital Less Than 24 Hrs  [✓] Residence  [ ] Home Hospice
Hospital:  [ ] E.D.  [ ] O.R./Recovery  [ ] ICU  [ ] In Patient  [ ] Lic. Care Fac.  [ ] SDC  [ ] Other Location  [✓] Autopsy
[ ] Co-Sign  [ ] Inspection  [ ] Private Post  [✓] Contract Removal  [✓] Det. Response  [✓] X-Rays  [ ] Donor  [✓] Tox

## PERSONAL INFORMATION

Decedent's Name: (First): RICHARD  (Middle): TIMOTHY  (Last): DESANTIS

DOB: 01/21/1977  Age: 30  Race: White  Sex: M  Hair: BRN  Eyes: HZL  SSN: 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

Driver's Lic. #: B3038891  State: CA  Other I.D.:

Address: 631 South Avenue  City: Santa Rosa  State: CA  Phone Number: (707) 526-5607

Occupation: Iron Worker  Marital Status: Married

Next of Kin: Patricia DeSantis  same as above  Phone:

Relationship: Wife  Date notified: 04/09/2007  Time notified: 0138  Notified by: Santa Rosa Police Department

## DEATH INFORMATION

Date: 4/9/2007  Time: 0138  Location: Residence  Address: 631 South Avenue  City: Santa Rosa

[ ] Found  [✓] Pronounced  dead by: Medic 771 Paramedic Amy Mottard

ess:  City:  State:  Phone

Last seen or known alive, date: 04/09/2007  time: 0125

If injury, date:  time:  Place:

Witness(es) to injury:

Jurisdiction: Sonoma County Sheriff's Department  Representative: Detective Al Vernon  Case #: 07-0409-007

## SCENE INFORMATION

Arrival date: 04/09/2007  time: 0954  [ ] No Response  Temp/Weather cond: Outdoors; approximately 64 degrees F, +/-.

Condition of scene: Common driveway, ingress/egress of duplex. A tarp structure had been erected to restrict visibility from all sides and above, with the decedent located inside the structure.

Position and condition of body: Decedent was supine on the ground, with his right arm bent and left outstretched. He was wearing white ankle socks. His blue jeans were cut away from his left leg, although still attached to his right leg (with the lower portion cut off). Lifesaving apparatus was still in place. Defects/wounds located on the left upper chest and left side below.

Identifying features: Identified by family members on scene.

Clothing description: Blue jeans and ankle socks, collected by SCSD Crime Scene Investigators as evidence.

Property removed: none  [ ] Property record attached

Residence sealed, date:  time:  Released to:

If vehicle involved:  [ ] Driver  [ ] Motorcyclist  [ ] Cyclist  [ ] Passenger  [ ] Pedestrian  [ ] Airbag  [ ] Seatbelt  [ ] Helmet
[ ] Skateboard  [ ] Motorized Wheelchair  [ ] ATV

'e:  Model:  Lic Plate:  Vehicle disposition:

Weapon description: .40 cal. Handgun, .223 rifle, "SAGE" low lethal.  Weapon disposition: collected as evidence by SCSD

Photos by: Det. Leslie Cornrack  [ ] Polaroid  [ ] 35mm  [ ] Video  [✓] Digital  Disposition: CD in case file

| | | |
|---|---|---|
| Primary physician: Kaiser Permanente | Phone number: | Date last seen: |
| Other physician: | Phone number: | Who will sign D.C Coroner |

...sis:

Medical history: Bipolar disorder, polysubstance abuse, paranoia, delusional/hallucinations.

Surgical procedures: Tibial fracture requiring open reduction and internal fixation, grafting, and pinning (motorcycle accident)

Medications: Haldol, Zyprexa, Depakote, Norco

Tobacco history: ☐    Alcohol history: ☑    Illicit drugs: ☑    Drug history: methamphetamine

Cardiac history: ☐ Unk  ☐ None  ☐ Hypertension  ☐ Arrhythmia's  ☐ Heart attacks    Heart attack(s) date(s):

☐ Cardiac surgery   ☐ Bypass   ☐ Specific heart disease    Disease:

Cardiac:

☐ Diabetes Mellitus   Type:    ☐ Stroke   Stroke date(s):

☐ Cancer   Of what:    When diagnosed:

Other disease(s) and condition(s):

## HOSPITAL INFORMATION

Hospital:

date:    time:    Method of transportation:    ☐ AdmissionBlood

☐ Donor Bank notified   Date:   Time:   Donor Bank name

## MORTUARY INFORMATION

Mortuary: Eggen & Lance

Where body stored: ☑ CMF   Other:

## NARRATIVE

**Scene:**
This death occurred at 631 South Avenue, Santa Rosa. As this incident involved Santa Rosa Police Department officers in a fatal altercation with the decedent, the Officer Involved Shooting protocol was invoked, and Sonoma County Sheriff's Department responded to investigate the incident. The scene was maintained as an active crime scene, with monitored ingress/egress by Sonoma County Sheriff's Department. The decedent was located outside in the driveway of the duplex, and a blue tarp structure had been erected around him to prevent visibility from the north, south, and east, as well as above, and to protect the integrity of the scene.

**Body:**
The decedent was found lying supine on the ground in the common driveway of the duplex in question. Airway apparatus, C-spine precautions, and monitor patches were still in place. The decedent's pants had been cut away on the left leg, and was still attached to the right leg around the upper thigh. It appeared the lower right pant leg had been cut away. The decedent had two visible circular defects/wounds: one was in the upper left chest, which was partially obscured by a tattoo. The tattoo (a dragon) curled from the decedent's back and over his left shoulder, ending on his chest. (There were additional tattoos on the decedent's back and shoulders which did not affect the visibility of any wounds or defects.) The second defect was located in the decedent's left side, below the armpit. The decedent had a noticeable lump in his left side abdomen, above the pelvic area, which appeared to be the presence of a foreign body beneath the

surface layers of skin. It was pronounced, with associated discoloration surrounding it, was on the decedent's right side rib cage, which also appeared to be the presence of a foreign body beneath the surface layers of skin. There were reddish, dried abrasions on the decedent's forehead, right forearm (with associated bruising), and a long dried laceration on the front right calf. The left calf showed severe scarring and disfigurement from a previous injury or surgery.

The decedent was cold to the touch, with rigor mortis present in the extremities, but not set. Lividity was appropriate to the body's position. The decedent's clothing was collected by Sonoma County Sheriff's Department detectives. Upon the arrival of the mortuary removal service, the body was rolled to its side, and the decedent's back was photographed.

J&S Mortuary Removal Service responded to the scene, with attendants Perry Keaton and Richard Payne. They placed the decedent in a black biohazard body bag, and I followed them to the County Morgue Facility in order to maintain chain of custody. Upon our arrival, I secured the biohazard bag with a zip-tie lock, numbered 19929, through the zipper pulls on the bag. I placed strips of tape on either side of both zippers, recording the coroner's case number and my initials on each. The body was placed in the refrigerated morgue.

An examination has been scheduled with a staff Pathologist with the Forensic Medical Group.

I contacted Chuck Desepte with American Correctional Solutions, and requested full body X-rays of the decedent at the morgue facility. The X-rays were completed by 1400 hours, and were made available for the Pathologist's review. The seal of the bag was not disturbed during the X-ray procedure, and the body remained secure.

Investigation:
On 4/9/2007 at approximately 0700 hours, I was notified of an Officer Involved Shooting which had occurred at approximately 0124 hours in the jurisdiction of Santa Rosa Police Department. Sonoma County Sheriff's Dispatch advised that Santa Rosa Police Officers had responded to a domestic disturbance at 631 South Avenue, Santa Rosa, which involved a subject with a gun. After a short confrontation, the subject was shot by the officers, and was pronounced dead on scene. The Officer Involved Shooting protocol was invoked, and Sonoma County Sheriff's Department was investigating the incident.

0928 hours, I was contacted by Detective Darin Dougherty, requesting I respond to the scene. I arrived at 0954 hours, and met with Detective Al Vernon. He briefed me regarding the incident, describing the decedent's wife had called Santa Rosa Police Dispatch because the decedent had been "acting crazy." She described the decedent as bipolar, and said he was hearing people in the attic, although no one was there. The decedent was shooting a handgun into the ceiling of the residence, and was not wearing any clothing. The decedent's wife stated her 2 year old and 10 year old children were also present in the residence with them.

Det. Vernon advised that officers arrived on scene, and found the adult couple outside in the driveway. They were apparently ordered to lie prone on the ground. The decedent complied initially, then rose and came towards the officers. A low lethal 40 mm "SAGE" weapon was deployed, which fired a rubber baton projectile towards the decedent. There was no apparent effect on the decedent, and he continued to advance. Officers fired .223 rifle and .40 caliber handgun rounds at the decedent, and he fell to the ground. Medical personnel had staged nearby, and were called to the scene. They took lifesaving measures and attempted CPR for some time before pronouncing death at 0138 hours.

A plastic tarped structure had been erected to protect the integrity of the scene, and covered the decedent in the driveway. I went inside the tarp structure, and found the decedent lying supine on the ground, wearing socks, with his pants cut away from his left side. (The decedent had apparently dressed in pants some point in the chronology of events.) There was a pool and trail of blood which had formed beneath the left shoulder and arm of the decedent. Det. Vernon directed my attention to an abrasion and bruise on the decedent's right forearm, which was believed to be the impact site of the "SAGE" projectile, as well as the other visible defects/wounds. I photographed the decedent, and observed as Det. Dougherty collected

the decedent's clothing. Montasa Removal Service arrived, and transported the body from the scene.

There is nothing further to report at this time.

On 08/07/2007 I received a copy of the final autopsy report, prepared by Dr. Kelly Arthur. Dr. Arthur concluded that the cause of death was a gunshot wound of the left lateral chest, with other significant conditions including a superficial gunshot wound of the left chest, and a right distal radius fracture. Toxicology results from Central Valley Toxicology indicated the presence of Cannabinoids (THC metabolite), with delta-9-THC equalling 4.0 ng/mL, and delta-9-THC-COOH equalling 7.3 ng/mL. I amended the death certificate to reflect Dr. Arthur's findings. Please see her full report for a complete account of the autopsy examination.

I also received a copy of the investigative report, prepared by Det. Al Vernon. Det. Vernon's investigation was forwarded to the Sonoma County District Attorney's Office, who had no prosecutorial recommendations regarding the officers involved in this case. Please see Det. Vernon's complete investigation for further information.

The manner of this death is ruled as a homicide.

The investigation is closed. There is nothing further to report.

Additional Contacts:
Detective Det. Leslie Comrack    Date: 4/9/2007    Time: 1745    Approved by: [signature]
Det. Sgt. M. Mana  8/10/07

**Forensic Medical Group, Inc.**
www.fmg-inc.com

1860 Pennsylvania Ave. Ste 150
Fairfield, California 94533

Mark A. Super M.D.
Arnold R. Josselson, M.D.
Gregory D. Reiber, M.D.

Kelly A. Arthur, M.D.
Ikechi O. Ogan, M.D.
Thomas H. Gill, M.D.

☒ AUTOPSY                                                ☐ EXTERNAL EXAMINATION

NAME: DESANTIS, RICHARD TIMOTHY

CASE NO. 07-0443
(SON07-121)

POSTMORTEM DATE: 04-10-2007                              TIME: 0845

PLACE OF DEATH: Residence                                DATE: 04-09-2007
                                                         TIME: 0138

AGE: 30           SEX: Male                              RACE: White

AUTOPSY FINDINGS:

1. Gunshot wounds of chest:
   A. Gunshot wound of left upper chest (GSW #1):
      i. Entrance: Left upper chest.
      ii. Injuries: Anterior chest and abdominal wall subcutis and musculature without penetration into body cavities.
      iii. Associated Injuries: Fracture of anterior left 7th rib with overlying cutaneous contusion.
      iv. Recovery: Large caliber moderately-deformed partially jacketed bullet in subcutis of left abdominal wall and one triangular fragment of jacket in wound tract.
      v. Path: Downward, slightly right to left and slightly front to back.
      vi. Range: Indeterminate.
   B. Gunshot wound of left lateral chest (GSW #2):
      i. Entrance: Left lateral chest.
      ii. Injuries: Perforation of left chest wall, left lung, aorta, right lung, diaphragm, liver and right chest wall.
      iii. Associated Injuries: Pulpified wound tract through left lower lobe of lung, left hemidiaphragm and liver partially involving right adrenal gland; gaping transection of descending thoracic aorta; lateral left 7th rib fracture; bilateral hemothoraces (left 1000 ml, right 300 ml); trace upper quadrant hemoperitoneum.
      iv. Recovery: Small caliber mildly-deformed fully jacketed bullet in right lateral chest wall soft tissue and musculature with overlying cutaneous contusion.
      v. Path: Left to right, downward, without significant front/back deviation.
      vi. Range: Indeterminate.
2. Blunt force injuries:
   A. Abraded contusion with underlying non-displaced distal radius fracture, right forearm.
   B. Cutaneous abrasions and contusions, face, right elbow and forearm, right foreleg and left ankle.
   C. Small nicks and scratches, dorsal hands.
3. Cerebral edema.
4. History that the deceased was shot by police officer(s).

**RECEIVED**

AUG -7 2007

Phone: (707) 426-4883                                    Fax: (707) 426-1690

CAUSE OF DEATH: Gunshot Wound of Left Lateral Chest (seconds).

OTHER SIGNIFICANT CONDITIONS: Superficial gunshot wound of left chest; right distal radius fracture.

*Kelly A. Arthur* (signature)
KELLY A. ARTHUR, M.D.
Forensic Pathologist

KAA/wg; tn
D: 04-10-2007
T: 04-16-2007
F: 8/7/07

The autopsy is conducted at the Sonoma County Sheriff-Coroner's Morgue Facility in Santa Rosa, CA, beginning at 0845 hours on April 10, 2007. Witnesses include C. Vivian and D. Dougherty (Sonoma County Sheriff's Department), P. Gilman (Petaluma Police Department), F. Foo (Santa Rosa Police Department) and C. Norick (Forensic Assistant).

## EXTERNAL EXAMINATION:

The body is received in a black zipped body pouch with an identification strip of tape affixed to the front. The zippers of the bag are secured with blue plastic lock "19929" flanked by inscribed tape. An identification tag is on the right great toe. Postmortem x-rays of the entire head, body and extremities are taken. By report, GSR samples are collected from the hands at the scene.

When first viewed, the body is nude. Jewelry on the body consists of a yellow-metal ring with several small clear stones on the left ring finger.

The body is that of a normally developed and well-nourished White male whose appearance is compatible with the recorded age of 30 years. His body, nude, weighs 185 pounds (84 kg) and measures 66 ½ inches (168 cm) in length. The body is cold subsequent to refrigeration, rigor mortis is fully developed, and lividity is reduced in amount on the back of the body where it is red-purple and partially fixed. Preservation is fair in the absence of embalming.

Scalp hair has a full distribution; it is brown and shows regrowth to 1/8 inch. The moustache and beard areas are clean shaven. The irides are hazel and the corneas are slightly cloudy. The conjunctival surfaces are pale and without petechiae. The ears, nose, and lips are normally developed. The teeth are natural and in very good condition. A few red blemishes are on the mid and lower face. A few crusted blemishes are on the parieto-occipital scalp, the right more affected than the left. No bony crepitance is palpated over the facial structures or skullcap. The neck is normally developed and symmetrical. The chest is normally developed and symmetrical with gunshot wounds, to be described. The abdomen is soft. The external genitalia are that of a normal adult male. Pubic hair shows moderate regrowth. The anus and perineum are unremarkable. The back and buttocks are normally developed and have no injuries. The extremities are normally developed and roughly symmetrical. During body movement in the autopsy, the fractured right distal radius evident by postmortem x-rays is displaced causing wrist deformity. There is scarred soft tissue defect and deformity with waffle print on the left medial foreleg. The fingernails and toenails are short and fairly groomed. Body and extremity hair is average in amount for an adult male.

## IDENTIFYING MARKS AND SCARS:

A large multicolored tattoo of a dragon covers the left chest, shoulder and upper back. A monochromatic tattoo of a dog's face is on the right upper back. A 2 inch vertical oblique linear scar is on the right chest above the nipple. A 3 ¼ inch oblique linear scar is on the left anterior hip. A 9 ½ inch vertical linear scar is on the left proximal anterior thigh. A 4 ½ inch vertical linear scar is on the left anterior mid foreleg. The left medial foreleg has a vertical 9 x 3 ½ inch scarred oval area of waffled skin with soft tissue loss.

## EVIDENCE OF THERAPY:

An endotracheal tube emerges from the mouth, terminating in the right mainstem bronchus. A hard cervical collar is around the neck. EKG pads are on the body.

EVIDENCE OF INJURY:

GUNSHOT WOUNDS OF CHEST:

Gunshot Wound of Left Chest (GSW #1):

Entrance: The left upper chest within the face of the dragon tattoo, medial and superior to the nipple, 2 ½ inches to the left of anterior midline and 14 ½ inches below the top of the head, has a 3/8 inch round gunshot wound of entrance. The wound has a thin rim of circumferential marginal abrasion widest to 3/8 inch from the 1 to 2 o'clock positions. No soot or stippling is on the skin.

Injuries: The bullet penetrates soft tissues and musculature of the left anterior chest wall and abdominal wall without entering the body cavities.

Associated Injuries: Along the trajectory of the bullet is a fracture of anterior left rib 7 with associated soft tissue hemorrhage and a 3 inch light purple-blue cutaneous contusion.

Recovery: A large caliber moderately-deformed partially jacketed bullet is recovered in subcutis of the left abdomen, 5 ¼ inches to the left of anterior midline and 28 inches below the top of the head. The projectile is visible and palpable externally. Skin overlying the bullet has a ¾ inch abraded contusion. A triangular fragment of yellow-metal jacket is recovered in the wound tract through the left anterior abdominal wall.

Path: The direction of the bullet is downward, slightly right to left and slightly front to back.

Range: The range of fire is indeterminate based on autopsy findings. Refer to separate clothing analysis if applicable.

Gunshot Wound of Left Lateral Chest (GSW #2):

Entrance: The left posterolateral chest, 15 inches below the top of the head in the posterior axillary line, has a 1/8-inch round gunshot wound of entrance with a circumferential red marginal abrasion to 3/32 inch wide superiorly. No soot or stippling is on the skin.

Injury: The bullet perforates the left posterolateral chest wall through rib 7, left lower lobe of lung, left hemidiaphragm, descending thoracic aorta which is transected and has gaping separation with partial avulsion from the prevertebral soft tissues, medial right hemidiaphragm, liver, lateral right hemidiaphragm, right lower lobe of lung and the right posterolateral chest wall between ribs 9 and 10.

Associated Injuries: The left lower lobe of lung, left hemidiaphragm, liver and part of the right adrenal gland are pulpified along the wound tract. The left hemidiaphragm has a gaping defect through which the intact stomach and spleen are herniated into the left chest cavity. The posterolateral left 7th rib is fractured. There are bilateral hemothoraces with the left chest containing 1 liter of liquid blood, clot and pulpified fat, and the right chest containing 300 ml of liquid blood and clot. Trace hemoperitoneum is in the upper quadrants of the abdomen.

Recovery: A small caliber mildly-deformed fully jacketed bullet with a pointed nose and flattened deformity at the base with extrusion of lead is recovered in subcutis and musculature of right lateral lower chest wall. Skin overlying the bullet has a 1 ½ inch blue-purple contusion, 21 inches below the top of the head and roughly in the posterior axillary line.

Path: The direction of the bullet is left to right and downward, without significant front/back deviation.

Range: The range of fire is indeterminate based on autopsy findings. Refer to separate clothing analysis if applicable.

BLUNT FORCE INJURIES:

A ½ inch red abrasion is on the right forehead corresponding to a contusion in the scalp. A 3/8 inch red abrasion is on the left superior forehead and a 3/8 inch red abrasion is on the left lower forehead above the eyebrow. A 1/8 inch red abrasion is on the nasal bridge. A ¼ inch red abrasion is on the right nasal ala. Three red-brown abrasions to ½ inch are on the right elbow. A 2 inch red contusion containing a 1 x ¾ inch partially curvilinear red-brown abrasion is on the right radial distal forearm which has an underlying fracture of the radius. On the right dorsal forearm are several light red contusions up to ½ inch. The dorsal hands have a crusted nicks and scratches up to 3/8 inch, the left hand more affected than the right. The right anterior foreleg has a 4 ½ inch curvilinear brown crusted abrasion with several small surrounding abrasions with crust up to ½ inch. The left lateral ankle has a ½ inch red-tan abrasion.

These injuries, having once been described, will not be repeated.

INTERNAL EXAMINATION:

The body is examined using the standard Y-shaped thoraco-abdominal and posterior scalp incisions.

BODY CAVITIES:

See previous description. The thoracic and abdominal organs are normal situs. The pleural cavities have no adhesions. The pericardial cavity has no abnormal collection of fluid and no adhesions. The abdominal cavity has abundant adipose tissue and no adhesions. Subcutaneous fat of the anterior abdominal wall measures approximately 1 ½ inches.

HEAD:

See previous description. The subscalpular area has no hemorrhage. The calvarium and basilar skull are normally developed and have no fractures. The dura and dural sinuses are unremarkable. There are no epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical with the usual gyral distribution. The cranial nerves are unremarkable. The blood vessels at the base of the brain show no significant atherosclerosis. The brain weighs 1520 grams; it is firm and edematous. Sections through the cerebral hemispheres, cerebellum, and brainstem reveal normal internal architecture and no focal lesions. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood.

NECK:

The soft tissues, strap muscles, and prevertebral fascia are unremarkable. The hyoid bone and larynx are intact. The cervical vertebral column is unremarkable.

CARDIOVASCULAR SYSTEM:

See previous description. The intimal surface of the thoracic and abdominal aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins appear normally distributed. The pericardium and epicardium are smooth, glistening, and unremarkable. The heart

weighs 360 grams and has normal external architecture. The coronary arterial system is right dominant and shows no significant atherosclerosis. The endocardium is smooth and unremarkable. There are no thrombi in the cardiac chambers. The foramen ovale is closed. The atrial and ventricular septa are normally formed. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, and there are no focal abnormalities. The right ventricle extends minimally into the apex of the heart.

## RESPIRATORY SYSTEM:

See previous description. The upper airway is unobstructed. The mucosa of the larynx and trachea is smooth and tan-pink. The lungs show normal lobation, and the pleural surfaces show no evidence of natural disease. The right lung weighs 340 grams and the left lung weighs 300 grams. The pulmonary arteries contain no emboli and show no fatty streaking. The mucosa of the major bronchi is unremarkable and the lumens contain a small amount of mucous. Sectioning the lungs discloses a pink parenchyma with minimal with minimal posterior congestion. There are no masses or areas of consolidations.

## HEPATOBILIARY SYSTEM:

See previous description. The 1710 gram liver is normally shaped and covered by a smooth, glistening capsule. The parenchyma has a uniform consistency; it is tan-brown and has no masses. The porta hepatis is unremarkable. The gallbladder contains approximately 10 ml of orange thin bile and no calculi. The extrahepatic biliary ducts are unremarkable.

## DIGESTIVE SYSTEM:

See previous description. The tongue is unremarkable externally and on sectioning. The esophageal mucosa is gray-white and unremarkable. The intact stomach contains less than 5 ml of tan thin liquid and no food particles. There are no identifiable tablets, capsules, or pill fragments. The gastric mucosa has normal rugal folds and there are no ulcers. The small and large intestines are unremarkable externally and have non-bloody contents. The appendix is present and unremarkable. The pancreas is unremarkable externally and on sectioning.

## GENITOURINARY SYSTEM:

The renal capsules strip with ease, revealing smooth cortical surfaces. The right kidney weighs 160 grams and the left kidney weighs 140 grams. The cortices are of normal thickness and the corticomedullary junctions are distinct. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 15 ml of clear yellow urine. The mucosa is white-pink and unremarkable. The prostate gland is unremarkable to palpation.

## ENDOCRINE SYSTEM:

See previous description. The pituitary, thyroid, and left adrenal gland are unremarkable externally and on sectioning.

## RETICULOENDOTHELIAL SYSTEM:

See previous description. The 180 gram spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The lymph nodes are unremarkable.

MUSCULOSKELETAL SYSTEM:

See previous description. The clavicles, other ribs, sternum, pelvis, vertebral column, and the remainder of the extremities have no visualized or palpable fractures. Skeletal muscle is dark red and well-developed. The diaphragm shows no evidence of natural disease.

SPECIMENS FOR HISTOLOGY:

Representative sections of the major organs are retained in formalin.

SPECIMENS FOR TOXICOLOGY:

Femoral blood, left chest cavity blood, urine, bile and vitreous humor are retained. A urine drug screen is positive for THC. Toxicology analysis is requested on an aliquot of femoral blood.

POSTMORTEM RADIOGRAPHY:

Total body x-rays are taken postmortem and are reviewed prior to examination and autopsy. These show a small caliber projectile in the right lateral chest wall, a deformed large caliber bullet overlying shadows of the left hip, and two triangular radio-opaque projectile elements (corresponding to jacket) in shadows of the left chest and abdomen, a non-displaced right distal radius fracture, overlying shadows of jewelry, two screws in the left foot and numerous staples in the left foreleg with deformity and callous of the long bones in the left foreleg.

EVIDENCE COLLECTED:

Fingernail clippings, scalp hair standards, a purple-top vial of blood and the projectiles are released to SCSO.

KAA/wg; tn
D: 04-10-2007
T: 04-16-2007

**CVT CENTRAL VALLEY TOXICOLOGY, INC.**

Case Name: DeSantis, Richard

TOXICOLOGY NUMBER: CVT-07-4941

Specimen Description: 5 ml femoral blood (gray top vial) labeled "DeSantis, Richard; SCCMF; 07-0443; 4/10/07; C Norick"

| Delivered by | Date | Received by | Date |
|---|---|---|---|
| GSO | 13-Apr-07 | Bill Posey | 13-Apr-07 |

Request: Complete Drug Screen & THC        07-0443

Requesting Agency                Report To

Sonoma Co. Sheriff/Coroner         Sonoma Co. Sheriff/Coroner
Attn: Sgt. Mitch Mana              Attn: Records
3336 Chanate Road                  3336 Chanate Road
Santa Rosa CA 95404                Santa Rosa CA 95404

## RESULTS

Specimen: Femoral Blood Sample

Complete Drug Screen: THC detected by specific drug assay.
No other common acidic, neutral or basic drugs detected.
No blood Ethyl Alcohol detected.

Cannabinoids (THC metabolite) by Immunoassay = Positive

delta-9-THC          = 4.0 ng/mL
delta-9-THC-COOH = 7.3 ng/mL

Blood ranges reflecting THC influence are not well established. Duration of affect generally lasts from 4 to 6 hours. The parent compound, THC, drops below 5 ng/mL approximately 4 hours after use and becomes negative 6 hours after use. The non-active metabolite of THC, delta-9-THC-COOH, remains present in blood for about 12 to 24 hours.

B. L. Posey    April 30, 2007
Analyst

RECEIVED
MAY - 3 2007

B.L. POSEY
S.N. KIMBLE
Directors

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502

**CVT CENTRAL VALLEY TOXICOLOGY, INC.**

TOXICOLOGY NUMBER: CVT-07-4941

Case Name: DeSantis, Richard

Specimen Description: ml femoral blood (gray top vial) labeled "DeSantis, Richard; SCCMF; 07-0443; 4/10/07; C Norick"  ADDT'L SAMPLE REC'D 07/25/07: 10 ml urine labeled same as blood.

| Delivered by | Date | Received by | Date |
|---|---|---|---|
| GSO | 13-Apr-07 | Bill Posey | 13-Apr-07 |

Request: Complete Drug Screen & THC          07-0443

Requesting Agency:
Sonoma Co. Sheriff/Coroner
Attn: Sgt. Mitch Mana
3336 Chanate Road
Santa Rosa  CA 95404

Report To:
Sonoma Co. Sheriff/Coroner
Attn: Records
3336 Chanate Road
Santa Rosa  CA 95404

## RESULTS

Specimen: Femoral Blood Sample
Complete Drug Screen: THC detected by specific drug assay.
No other common acidic, neutral or basic drugs detected.
No blood Ethyl Alcohol detected.

Cannabinoids (THC metabolite) by Immunoassay = Positive

delta-9-THC         = 4.0 ng/mL
delta-9-THC-COOH = 7.3 ng/mL

Blood ranges reflecting THC influence are not well established. Duration of affect generally lasts from 4 to 6 hours. The parent compound, THC, drops below 5 ng/mL approximately 4 hours after use and becomes negative 6 hours after use. The non-active metabolite of THC, delta-9-THC-COOH, remains present in blood for about 12 to 24 hours.

**** 25, July 2007, Additional testing requested: Second Report ****

Specimen: Urine Sample
Specific Drug Screen/Confirmation/Low Level:
Methamphetamine by Immunoassay = Negative

Urine MDA (Methylenedioxyamphetamine) = 0.13 mg/L

B. L. Posey     July 30, 2007
Analyst

RECEIVED
AUG - 2 2007

B.L. POSEY
S.N. KIMBLE
Directors

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502