JOHN HOUSTON SCOTT (SBN 72578)
LIZABETH N. de VRIES (SBN 227215)
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>    Defendants. | Case No.: C 07 3386 JSW<br><br>**DECLARATION OF JOHN HOUSTON SCOTT IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION AND OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 17, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th floor<br>Judge: Jeffrey S. White |

    I, John Houston Scott, declare that:

    1. I am an attorney at the Scott Law Firm. I am licensed to practice law in the State of California and admitted to all district courts in California. I am familiar with the facts and issues in this action and I have personal knowledge of the matters stated herein and if called as a witness I could and would competently testify to said facts and each of them. I submit this declaration in support of the plaintiffs' reply and opposition to defendants' motion for summary judgment.

- 1 -
DECLARATION OF JOHN HOUSTON SCOTT

2. Attached hereto as **Exhibit A** is a true and correct copy of Rebuttal Report and Declaration y of Defendants' Police Practices Experts Federal Rule of Civil Procedure 26(a)(2)(B) Reports by Plaintiff's Police Practices Expert Ron Martinelli, Ph.D.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Deposition of Sergeant Richard Celli, referred as "Celli Depo."

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition of Sergeant Jerry Soares, referred as "Soares Depo."

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Officer Patricia Mann, referred as "Mann Depo."

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition of Officer Travis Menke, referred as "Menke Depo."

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Officer Jerry Ellsworth, referred as "Ellsworth Depo."

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition of Chief Ed Flint, referred as "Flint Depo."

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the deposition of PMK of Santa Rosa Police Department, Sergeant Clay Van Artsdalen, referred as "Artsdalen Depo."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 19, 2008 at San Francisco, California.

                                                  /s/ John Houston Scott
                                                  JOHN HOUSTON SCOTT

*F:\Cases\Cases - Active\DeSantis\Pleadings\JHS Decl in opp to MSJ.doc*