CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
as Chief of Police for the CITY OF SANTA ROSA;
RICH CELLI, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
and PATRICIA MANN, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al., | Case No. C 07-3386 JSW (consolidated with C 07-4474) |
| Plaintiffs, | |
| v. | **OBJECTION TO EVIDENCE OFFERED BY PLAINTIFF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION AND OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT** |
| CITY OF SANTA ROSA, et al., | |
| Defendants. / | |
| | Date:  October 17, 2008 |
| | Time:  9:00 a.m. |
| | Ctrm:  2 |
| | **Trial Date: January 20, 2009** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendants object to the evidence submitted in Plaintiff's Reply to Opposition to Defendants' Opposition to Plaintiffs' Motion for Summary Adjudication and Opposition to Defendants' Cross-Motion for Summary Judgment ("Plainitiff's Reply Brief") regarding a prior shooting incident involving Sgt. Rich Celli. Defendants previously filed an objection regarding said evidence contained in Plaintiff's moving papers.

1  Plaintiffs' reply brief again references such evidence. (Reply Brief, page 9, lines 8-10).

2  Defendant objects that said evidence is not relevant and therefore inadmissible under
3  Federal Rule of Evidence 402 and is inadmissible under Federal Rule 403 and 404 and requests
4  that the court strike said evidence and not consider said evidence in ruling on Plaintiffs' Motion
5  for Summary Adjudication and/or Defendants' Motion for Summary Judgment.

7  Dated: September 25, 2008                    _____/S/_____
                                                Caroline L. Fowler
8                                               City Attorney
                                                Attorney for Defendants
9                                               City of Santa Rosa, Santa Rosa Police Chief Ed Flint,
                                                Santa Rosa Police Officers Rich Celli, Travis Menke,
10                                              and Patricia Mann