1    CAROLINE L. FOWLER, City Attorney (SBN 110313)
     JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2    City of Santa Rosa
     100 Santa Rosa Avenue, Room 8
3    Santa Rosa, California 95404

4    Telephone:  (707) 543-3040
     Facsimile:   (707) 543-3055
5
     Attorneys for Defendants
6    CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
     as Chief of Police for the CITY OF SANTA ROSA;
7    RICH CELLI, an individual and Officer of the
     SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
8    an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
     and PATRICIA MANN, an individual and Officer of the
9    SANTA ROSA POLICE DEPARTMENT

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13
     PATRICIA DESANTIS, et al.,              Case No. C 07-3386 JSW (consolidated with
14                                           C 07-4474)
                   Plaintiffs,
15                                           **DEFENDANTS' OBJECTION TO**
         v.                                  **PLAINTIFF ADRIANNE DESANTIS'S**
16                                           **OPPOSITION TO DEFENDANTS'**
     CITY OF SANTA ROSA, et al.,             **MOTION FOR SUMMARY**
17                                           **JUDGMENT**
                   Defendants.
18   _____/        Date:   October 17, 2008
                                             Time:  9:00 a.m.
19                                           Ctrm:  2

20                                           **Trial Date: January 20, 2009**

21

22          TO THE COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

23          Defendants object to the Opposition and accompanying Declaration of Benjamin

24   Nisenbaum in opposition to Defendants' Motion for Summary Judgment filed on September 26,

25   2008 in the above-captioned matter as plaintiff's opposition was not timely filed and defendants

26   did not have an opportunity to review said opposition before filing their reply.

27          Defendants request that the court strike and not consider plaintiff Adrianne DeSantis's

28   Opposition to Defendants' Motion for Summary Judgment and the Declaration of Benjamin

1    Nisenbaum and exhibits thereto.

2    Dated: September 29, 2008                          _____/s/_____

3                                                       Caroline L. Fowler
                                                        City Attorney
                                                        Attorney for Defendants
4                                                       City of Santa Rosa, Santa Rosa Police Chief Ed Flint,
                                                        Santa Rosa Police Officers Rich Celli, Travis Menke,
5                                                       and Patricia Mann

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28