JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor, and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive,<br><br>Defendants.<br>_____/ | Case No. C 07 3386 JSW (consolidated with<br><br>Case No. C 07 04474)<br><br>**PLAINTIFF ADRIANNE DESANTIS' OPPOSITION TO DEFENDANTS' OBJECTION AND MOTION TO STRIKE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| ADRIANNE DESANTIS,<br>        Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ROSA, a municipal corporation; EDWIN FLINT, in his capacity as Chief of Police for the CITY OF SANTA ROSA; PATRICIA MANN, individually, and in her capacity as an officer for the CITY OF SANTA ROSA; RICH CELLI, individually and in his capacity as an officer for the CITY OF SANTA ROSA; TRAVIS MENKE, individually and in his capacity as an officer; and DOES 1-25, inclusive, individually and in their capacities as officers for the CITY OF SANTA ROSA,<br><br>Defendants.<br>_____/ | |

Case No. C-07 04474 JSW                                                                                              1
Plaintiff ADRIANNE DESANTIS' Opposition to Defendants' Objection and Motion to Strike Opposition to Summary Judgment

Plaintiff ADRIANNE DESANTIS hereby opposes Defendants' Objection and Motion to Strike her Opposition to Defendants' Motion for Summary Judgment, as follows:

### 1. PLAINTIFF'S OPPOSITION WAS TIMELY FILED UNDER LOCAL RULE 7-3

Defendants assert in their Objection, without factual basis, "plaintiff's opposition was not timely filed and defendants did not have an opportunity to review said opposition before filing their reply." (Defendants Objection, page 1, lines 25-26). Plaintiffs Opposition was filed electronically (through the Court's ECF service) on September 26, 2008.

October 17, 2008 is the date set to hear the Motion for Summary Judgment against Plaintiff Adrianne DeSantis. Northern District Local Rule 7-3 governs the filing of Oppositions, Reply, and Supplemental Material. Local Rule 7-3(a), Opposition, states: "Any opposition to a motion must be served and filed not less than 21 days before the hearing date." September 26, 2008 is exactly 21 days before the hearing date of October 17, 2008.

On its face, Defendants' objection is frivolous under Federal Rule of Civil Procedure 11(b), which requires that pleadings, written motions, or other papers filed with the Court by an attorney are warranted by existing law and nonfrivolous argument. Defendants assert no basis to hold Plaintiff Adrianne DeSantis to a different timeline other than that imposed by Locale Rule 7-3.

There is also no prejudice suffered by Defendants, who continue to have the opportunity to respond to Plaintiff Adrianne DeSantis Opposition appropriately by Reply brief.

### 2. PLAINTIFF ADRIANNE DESANTIS WAS NOT A PARTY TO THE COURT'S AUGUST 20, 2008 ORDER SETTING THE BRIEFING SCHEDULE ON PLAINTIFF PATRICIA DESANTIS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION AND OPPOSITION TO PATRICIA DESANTIS' MOTION FOR SUMMARY JUDGMENT.

Although unstated in their objection, it may be Defendants' position that Plaintiff ADRIANNE DESANTIS is bound to the modifications in the Order to Amend the briefing schedule

on Plaintiff PATRICIA DESANTIS' Motion for summary judgment. If that is Defendants' position, as it appears to be from their reply as to the motions filed in the *Patricia DeSantis* matter, it is logically unsound and factually unsupported.

First, Plaintiff ADRIANNE DESANTIS was not a party to, and did not join Plaintiff PATRICIA DESANTIS' Motion for Summary Judgment. The stipulation to amend the briefing schedule was entered into only between the Defendants and the Plaintiffs in *Patricia DeSantis, et al.* Case no. C 07 3386 JSW (Document No. 50). Plaintiff ADRIANNE DESANTIS made no agreement to alter or amend the normal course of briefing established by Local Rule 7-3. The Court's Order on that stipulation refers only to Defendants' cross-motion and opposition to Plaintiffs' Motion for Summary Judgment in one brief (which was not filed on behalf of Adrianne DeSantis), Plaintiffs' Opposition to Defendants' Motion and reply in support of their motion (also in one brief). The Court's Order does not reflect any alteration to the briefing schedule as to Plaintiff *Adrianne DeSantis*.

Additionally, Defendants did not argue in their Cross-Motion for Summary Judgment the cause of action that pertains to Plaintiff Adrianne DeSantis, which consists of a violation of Adrianne DeSantis' Fourteenth Amendment right to familial relationship with her son, Decedent Richard DeSantis. Defendants argued that there is no municipal liability, no Fourth Amendment violation, and qualified immunity. Plaintiff Adrianne DeSantis has never asserted a Fourth Amendment violation in this case. Her cause of action under the Fourteenth Amendment is distinct from the Fourth Amendment violation asserted by Plaintiff Patricia DeSantis.

Plaintiff Adrianne DeSantis has properly defended any Motion for Summary Judgment filed against her, even though it is arguable that a Motion for Summary Judgment was ever properly made against Adrianne DeSantis.

Defendants' objection should be overruled.

**Respectfully submitted,**

Dated: October 1, 2008

The Law Offices of John L. Burris

Ben Nisenbaum
Attorney for Plaintiffs

Case No. C-07 04474 JSW
Plaintiff ADRIANNE DESANTIS' Opposition to Defendants' Objection and Motion to Strike Opposition to Summary Judgment

3