JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE DESANTIS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF SANTA ROSA, a municipal corporation; EDWIN FLINT, in his capacity as Chief of Police for the CITY OF SANTA ROSA; PATRICIA MANN, individually, and in her capacity as an officer for the CITY OF SANTA ROSA; RICH CELLI, individually and in his capacity as an officer for the CITY OF SANTA ROSA; TRAVIS MENKE, individually and in his capacity as an officer; and DOES 1-25, inclusive, individually and in their capacities as officers for the CITY OF SANTA ROSA,<br><br>          Defendants.<br>_____/ | Case No.  C 07 4474 JSW<br><br>**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES**<br><br>[Fed. R. Civ. P. 56©, 56(d)]<br><br>Time: 9:00 a.m.<br>Date:  October 17, 2008<br>Location: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White<br>. |

I, Benjamin Nisenbaum, hereby declare:

1. I am one of the attorneys of record for the Plaintiff. This declaration is submitted in support of Plaintiff's Opposition to Plaintiffs' Motion For Summary Judgment, in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of Police Practice Expert Lou Reiter's report, pertaining to this matter.

3. Attached hereto as Exhibit B are a true and correct copy of the deposition of witness and Plaintiff in a related matter Patricia DeSantis, pertaining to this matter.

4. Attached hereto as Exhibit C is a true and correct copy of the deposition of Officer Richard Celli, pertaining to this matter.

5. Attached hereto as Exhibit D is a true and correct copy of the deposition of Officer Travis Menke, pertaining to this matter.

6. Attached hereto as Exhibit E is a true and correct copy of the deposition of Officer Patricia Mann, pertaining to this matter.

7. Attached hereto as Exhibit F is a true and correct copy of the deposition of Officer Jerry Soares, pertaining to this matter.

8. Attached hereto as Exhibit G is a true and correct copy of the deposition of Officer Jerry Soares, pertaining to this matter.

9. Attached hereto as Exhibit H is a true and correct copy of the deposition of Officer Daniel Jones, pertaining to this matter.

10. Attached hereto as Exhibit I is a true and correct copy of the deposition of Chief of Police Edwin Flint, pertaining to this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
*DeSantis v. City of Santa Rosa, et al.*, Case no. C 07 4474 JSW

2

Executed September 26, 2008 at Oakland, California.

                                                            ____/S/_____
                                                            Benjamin Nisenbaum
                                                            Attorney for Plaintiff

DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
*DeSantis v. City of Santa Rosa, et al.*, Case no. C 07 4474 JSW

3