IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.

No. C 07-03386 JSW
(consolidated with C 07-04474)

**ORDER RE PENDING MOTIONS FOR SUMMARY JUDGMENT**

The Court has received Defendants' objection to the opposition filed by plaintiff Adrianne DeSantis ("DeSantis") and DeSantis's motion for leave to an opposition to Defendants' objection. The Court HEREBY GRANTS DeSantis' motion for leave to file an opposition to Defendants' objection. The Court FURTHER ORDERS that the Court will not strike DeSantis' opposition to Defendants' motion for summary judgment. Defendants may file a reply to DeSantis' opposition by no later than October 10, 2008. The Court HEREBY CONTINUES the hearing on the pending cross-motions for summary judgment to October 31, 2008.

In the future, all parties are admonished: (1) to file all papers in this action in the lead case, No. C 07-03386; (2) all filings shall reflect in the caption that this is a consolidated matter; (3) all filings shall reflect the specific parties represented, as opposed to merely stating "Attorneys for Plaintiffs or Plaintiff;" (4) if a stipulation has not been signed by all parties in this consolidated matter, the stipulation shall specifically state so; and (5) if the Court uses the

word "Plaintiffs" without specifying the names of the individual plaintiffs, the word applies to *all* of the plaintiffs in this consolidated matter.

**IT IS SO ORDERED.**

Dated: October 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2