CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; EDWIN FLINT, in his capacity
as Chief of Police for the CITY OF SANTA ROSA;
RICH CELLI, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
and PATRICIA MANN, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al., | Case No. C 07-3386 JSW (consolidated with C 07-4474) |
| Plaintiffs, | |
| v. | **DEFENDANTS' OBJECTION TO PETITION TO CERTIFY APPEAL AS FRIVOLOUS** |
| CITY OF SANTA ROSA, et al., | |
| Defendants. | **[NOTICE OF APPEAL FILED]** |

Defendants hereby object to Plaintiffs' petition to certify Defendants' appeal as frivolous. If the court is not inclined to deny the petition peremptorily, Defendants hereby request that the court set the matter for briefing and hearing out of deference to the principle that qualified immunity is an entitlement not to stand trial that is effectively lost if a case is erroneously permitted to go to trial (*Mitchell v. Forsyth* 472 U.S. 511, 526; *Jeffers v. Gomez* 267 F.3d 895, 909).

Proceeding to trial with the pending appeal would operate to deny Defendants' their right to be heard. Defendants' counsel Fowler is traveling the week of November 24 for the Thanksgiving holiday, and is unavailable for any purpose that week. It is respectfully requested

that should the court order briefing and a hearing, the schedule should commence no earlier than December 1, 2008.

Defendants have concurrently filed a Notice and Administrative Motion to Vacate Pre-Trial Conference and Trial Dates.

Respectfully submitted,

Dated: November 21, 2008          /s/
Caroline L. Fowler
City Attorney
Attorney for Defendants
City of Santa Rosa; Chief Edwin Flint; Sgt. Rich Celli; Officer Travis Menke and Officer Patricia Mann