**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    PATRICIA DESANTIS, et al.

10              Plaintiffs,                          No. C 07-03386 JSW

11        v.

12   CITY OF SANTA ROSA, et al.,                     **ORDER (1) SETTING HEARING
                                                     AND BRIEFING SCHEDULE RE**
13              Defendants.                          **PLAINTIFF'S PETITION TO
                                                     CERTIFY APPEAL AS**
14                                                   **FRIVOLOUS AND (2) VACATING
                                                     PRETRIAL CONFERENCE AND**
15   _____/               **TRIAL**

16

17        On November 19, 2008, Plaintiffs file a petition to certify Defendants' appeal as

18   frivolous and failed to notice a hearing date.  The Court HEREBY SETS this matter to be heard

19   on January 9, 2008 at 9:00 a.m.  Defendants' opposition to this motion shall be filed by no later

20   than December 12, 2008 and Plaintiffs' reply, if any, shall be filed by no later than December

21   19, 2008.

22        If the Court determines that the matter is suitable for resolution without oral argument, it

23   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

24   schedule, they may submit for the Court's consideration a stipulation and proposed order

25   demonstrating good cause for any modification requested.

26   ///

27   ///

28   ///

1

     The Court FURTHER ORDERS that Defendants' administrative motion to vacate the

2

pretrial conference and trial dates is GRANTED.  The Court will reset these dates if necessary.

3

     **IT IS SO ORDERED.**

4

5

Dated: November 25, 2008

6

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2