IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>    Defendants.<br>_____ / | No. C 07-03386 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO STAY** |

This matter is set for a hearing on January 7, 2010 on the motion to stay filed by Defendants. The Court HEREBY ORDERS that Plaintiffs' opposition to this motion shall be filed by no later than November 12, 2010 and Defendants' reply, if any, shall be filed by November 19, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 29, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE