IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

  v.

CITY OF SANTA ROSA, et al.,

    Defendants.
_____/

No. C 07-03386 JSW

**ORDER GRANTING MOTION TO STAY**

    Now before the Court is Defendants' motion to stay the proceedings during the pendency of Defendants' Petition for a Writ of Certiorari before the United States Supreme Court. Having weighed the parties' competing interests, the Court's need to control its docket with economy of time and effort for itself, for counsel and for litigants, and the inequity of requiring Defendants to proceed to trial when the question of qualified immunity has been submitted for review by the Supreme Court, the Court GRANTS Defendants' motion to stay. (Doc. No. 98.) The hearing on the motion set for January 7, 2011 is VACATED.

    The trial date of April 11, 2011, and the corresponding pretrial deadlines are hereby VACATED. Defendants shall notify the Court when the United States Supreme Court rules on the Petition for Writ of Certiorari. If no ruling on the petition is issued by April 5, 2011, the

//

//

//

1 parties shall file a joint status report by that date, and every sixty days thereafter until such
2 ruling is issued.

4 **IT IS SO ORDERED.**

6 Dated: January 5, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE