IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.

No. C 07-03386 JSW

**ORDER LIFTING STAY AND SETTING STATUS CONFERENCE**

Plaintiffs have requested that the Court schedule a case management conference for the purpose of rescheduling the trial of this matter. Pursuant to the order of the United States Supreme Court denying the petition for a writ of certiorari, the Court hereby lifts the stay entered on January 5, 2011. The parties are hereby ORDERED to appear at a status conference on May 6, 2011 at 1:30 p.m. for the purpose of setting pretrial and trial dates. The parties shall file a joint statement proposing such dates by no later than five court days in advance of the status conference.

**IT IS SO ORDERED.**

Dated: March 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE