1   CAROLINE L. FOWLER, City Attorney (SBN 110313)
    JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2   City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
3   Santa Rosa, California 95404

4   Telephone:  (707) 543-3040
    Facsimile:   (707) 543-3055
5
6   Attorneys for Defendants
    CITY OF SANTA ROSA; RICH CELLI, an individual and Officer of the
    SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
7   an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
    and PATRICIA MANN, an individual and Officer of the
8   SANTA ROSA POLICE DEPARTMENT

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  PATRICIA DESANTIS, et al.,              Case No. C 07-3386 JSW

14               Plaintiffs,
                                            **STIPULATION AND ORDER TO**
15       v.                                 **CONTINUE STATUS CONFERENCE**

16  CITY OF SANTA ROSA, et al.,

17               Defendants.
    _____/
18

19          IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

20  entitled action, by their respective counsel, that the Status Conference currently set for May 6,

21  2011 at 1:30 p.m. be continued to **May 13, 2011** at 1:30 p.m., due to the unavailability of trial

22  counsel on May 6, 2011.

23
                                                    /s/
24  Dated:_____3/30/11_____       _____
                                      Caroline L. Fowler
25                                    City Attorney
                                      Attorney for Defendants
26                                    CITY OF SANTA ROSA, Santa Rosa Police Officers
                                      RICH CELLI, TRAVIS MENKE, and PATRICIA
27                                    MANN

28  //

1

Dated:_____3/31/11_____                              /s/ *signature authorized*

2                                                  _____
                                                   JOHN HOUSTON SCOTT, ESQ.

3                                                  Attorney for Plaintiffs
                                                   PATRICIA DESANTIS, et al.

4                                                                    /s/ *signature authorized*

Dated: _____3/31/11_____                         _____

5                                                  ERIC SAFIRE, ESQ.
                                                   Attorney for Plaintiffs

6                                                  PATRICIA DESANTIS, et al.

7                                                                    /s/ *signature authorized*

Dated: _____3/31/11_____                         _____

8                                                  BEN NISENBAUM
                                                   Attorney for Plaintiff

9                                                  ADRIANNE DESANTIS

10                                              ORDER

11
              Pursuant to the stipulation of the parties and for good cause shown, **IT IS SO**

12
**ORDERED.**

13

14
Dated: _____April 1, 2011_____                   _____

15                                                 HONORABLE JEFFREY S. WHITE
                                                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28