IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.

_____/

No. C 07-03386 JSW

**ORDER GRANTING REQUEST TO HEAR MOTION ON SHORTENED TIME**

Now before the Court is the administrative motion by Defendants requesting to have their motion to continue the trial date and for limited reopening of discovery heard on shortened time or to advance the hearing date. The Court HEREBY VACATES the hearing date and will reschedule the hearing, if necessary. Plaintiffs shall file an opposition to Defendants' motion to continue the trial date and for limited reopening of discovery by no later than 5:00 p.m. on February 28, 2012. Defendants may file a reply, if any, in support of their motion by no later than 10:00 a.m. on March 2, 2012.

**IT IS SO ORDERED.**

Dated: February 23, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE