John H. Scott (SBN 72578)
Lizbeth N. de Vries (SBN 227215)
W. Gordon Kaupp (SBN 226141)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 222
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
gordon@scottlawfirm.net

Attorneys for Plaintiffs

John L. Burris (SBN: 69888)
Benjamin Nisenbaum (SBN: 222173)
**LAW OFFICES OF JOHN L. BURRIS**
7677 Oakport St, Ste 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com;
bnisenbaum@gmail.com

Attorneys for Plaintiff, Adrianne DeSantis

Eric Safire (SBN 98706)
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>Defendants. | Case No.: C 07 3386 JSW<br>(consolidated with Case No. C 07 04474)<br><br>**[PROPOSED]** ORDER TO CONTINUE TRIAL DATE FROM JULY 30, 2012<br><br>[Civil Local Rule 7-11]<br><br>Judge: Jeffrey S. White<br>Trial date: July 30, 2012 |

- 1 -

[PROPOSED] ORDER CONTINUING THE TRIAL DATE FROM JULY 30, 2012

1  Having considered Plaintiffs' application under Civil Local Rule 7-11, and all the papers
2  filed therewith, the Court ~~vacates the July 2, 2012 pretrial conference, the deadlines for~~
3  ~~submitting pretrial filings and the July 30, 2012 trial date.~~ CONTINUES the trial to
   September 4, 2012 at 8:00 a.m.

5  DATED: March 29, 2012          IT IS SO ORDERED.

                                  _____
                                  Hon. Jeffrey S. White
                                  U.S. DISTRCIT COURT JUDGE