JOHN HOUSTON SCOTT (SBN 72578)
LIZABETH N. de VRIES  (SBN 227215)
W. GORDON KAUPP (SBN 226141
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone:  (415) 561-9600
Facsimile:  (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net
gordon@scottlawfirm.net

BEN NISENBAUM (SBN 222173)
**LAW OFFICES OF JOHN BURRIS**
7677 Oakport Street, #1120
Oakland, CA  94621
Telephone: (510) 839-5200
Facsimile: (510) 8393882
bnisenbaum@hotmail.com

Attorneys for the Plaintiffs

ERIC SAFIRE (SBN 98706)
Law Offices of Eric Safire
2431 Fillmore Street
San Francisco, CA  94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for the Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>        Defendants. | Case No.:  C 07 3386 JSW<br><br>**PLAINTIFFS' SUPPLEMENTAL PROPOSED** ***VOIR DIRE***<br><br>Date:   July 2, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 11, 19th floor<br>Judge:  Jeffrey S. White<br><br>Trial Date: September 4, 2012 |

1
PLAINTIFFS' SUPPLEMENTAL PROPOSED *VOIR DIRE*

Plaintiffs Patricia DeSantis and Dani DeSantis hereby propose the following questions for potential jurors.

Dated: June 18, 2012

Respectfully submitted,

By: /s/ John Houston Scott
John Houston Scott
Attorneys for Plaintiffs

1. Do have opinions about guns or gun control? If so, please explain.

2. Have you ever called 911 for any reason? If so, please explain.

3. Under certain circumstances do you believe unarmed persons who disobey orders by police assume the risk of being shot for their disobedience? If so, please explain.

4. Do you believe that unless an officer is disciplined or arrested it means he didn't do anything wrong? If so, please explain.

5. Have you had positive or negative experiences with persons diagnosed with mental illness? If so, please explain.

6. Are there circumstances where you believe it is not in the public interest for police conduct to be videotaped? If so, please explain.