JOHN HOUSTON SCOTT (SBN 72578)
LIZABETH N. de VRIES (SBN 227215)
W. GORDON KAUPP (SBN 226141
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net
gordon@scottlawfirm.net

ERIC SAFIRE (SBN 98706)
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292- 1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for the Plaintiffs

BEN NISENBAUM (SBN 222173)
**LAW OFFICES OF JOHN BURRIS**
7677 Oakport Street, #1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 8393882
bnisenbaum@hotmail.com

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>        Defendants. | Case No.: C 07 3386 JSW<br><br>**PLAINTIFFS' [PROPOSED] STATEMENT TO BE READ TO THE JURY**<br><br>Date:   July 2, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 11, 19th floor<br>Judge:  Jeffrey S. White<br><br>Trial Date: September 4, 2012 |

Richard DeSantis was shot and killed in front of his home on the night of April 9, 2007 by Santa Rosa officers who responded to a 911 call by Mrs. DeSantis. At the time of the shooting six officers were present and a police K-9. Less lethal weapons, including a taser ERD and a Sage projectile impact weapon were available to the officers. Richard DeSantis walked from his front door and complied with orders to get on the ground. After several seconds DeSantis raised from a position on the ground and started moving toward Officers Menke and Mann. DeSantis was unarmed, shirtless and had nothing in his hands.

After DeSantis moved several feet toward the officers he was struck by a non-lethal Sage round fired by Sgt. Soares. Shortly thereafter Sergeant Celli fired his rifle and hit DeSantis. After he was shot by Soares and Celli, DeSantis took another step or two. Two more shots were fired, one by Officer Menke and one by Officer Mann. Richard DeSantis died as a result of a gunshot wounds.

Dated: June 18, 2012                        Respectfully submitted,

                                                     By: /s/ John Houston Scott
                                                           John Houston Scott
                                                           Attorneys for Plaintiffs