CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; RICH CELLI, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
and PATRICIA SEFFENS f/k/a PATRICIA MANN, an individual
and Officer of the SANTA ROSA POLICE DEPARTMENT

John Houston Scott, Esq.
Lizabeth N. de Vries, Esq.
THE SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, CA  94109
Telephone:  (415) 561-9600
Facsimile:   (415) 561-9609

Eric Safire, Esq.
LAW OFFICES OF ERIC SAFIRE
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 292-1940
Fax: (415) 292-1946

Attorneys for Plaintiffs
PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor

John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Tel:  (510)  839-5200
Fax: (510)  839-3882

Attorneys for Plaintiff
ADRIANNE DESANTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al., | Case No. C 07-3386 JSW |
| Plaintiffs, | **JOINT MOTION TO BIFURCATE THE TRIAL OF LIABILITY AND** |

| | | |
|---|---|---|
| 1 | v. | **DAMAGES ISSUES** |
| 2 | CITY OF SANTA ROSA, et al., | Pretrial Conference: July 2, 2012<br>Time: 2:00 p.m. |
| 3 | Defendants. | Ctrm: 11, 19th Floor |
| 4 | / | Trial Date: September 4, 2012 |

6    Comes now Plaintiffs and Defendants, and hereby submit the following as and for their

7 Joint Motion to Bifurcate the Trial of Liability and Damages Issues to be heard and decided at the

8 Pre-trial Conference.

9    Federal Rule of Civil Procedure 42(b) states: For convenience, to avoid prejudice, or to

10 expedite and economize, the court may order a separate trial of one or more separate issues.

11 Courts consider several factors in determining whether bifurcation is appropriate, including

12 separability of the issues, simplification of discovery and conservation of resources, and

13 prejudice to the parties." *McDermott v. Potter*, No. C 07–06300 SI, 2010 WL 956808, at 1

14 (N.D.Cal. Mar.12, 2010) (citations omitted). The question of whether to bifurcate a trial is

15 committed to the discretion of the trial court. See *Danjaq LLC v. Sony Corp.,* 263 F.3d 942, 961

16 (9th Cir.2001). At the Pretrial Conference , the court has the power to order the presentation of

17 evidence and otherwise facilitate a just, speedy and inexpensive disposition. FRCP 16 (L)-(P)

18    In this instance, the parties stipulate and agree that bifurcation of the trial of liability and

19 damages issues promote the interests of justice. To wit, a finding of non-liability would avoid

20 the time and expense of trial of damages issues. There is little overlap between liability issue

21 evidence and damages issues evidence. Moreover, bifurcation would also preclude any juror

22 confusion arising from concurrent presentation of evidence on both liability and damages issues.

23 It is anticipated that Patricia DeSantis, and no other witnesses, will testify in both liability and

24 damages phases: since she is a party and attending trial, there is no risk of inconvenience to her,

25 and no risk of juror confusion about the intended relevance of her testimony in each phase.

26 //

27 //

28

It is respectfully requested that the court order the trial of liability and damages issues bifurcated.

Dated:                                                            THE SCOTT LAW FIRM

_____
John Houston Scott, Esq.
Attorneys for Plaintiffs
PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor

Dated:                                                          LAW OFFICES OF ERIC SAFIRE

_____
Eric Safire, Esq.
Attorneys for Plaintiffs
PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian ad Litem for DANI DESANTIS, a minor

Dated:                                                          LAW OFFICES OF JOHN L. BURRIS

_____
John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
Attorneys for Plaintiff
ADRIANNE DESANTIS

Dated: June 18, 2012                          OFFICE OF THE CITY ATTORNEY

                                                              /s/
_____
Caroline L. Fowler
City Attorney
Attorney for Defendants
City of Santa Rosa, Santa Rosa Police Officers Rich Celli, Travis Menke, and Patricia Seffens