CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile:  (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; RICH CELLI, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
and PATRICIA SEFFENS f/k/a PATRICIA MANN, an individual
and Officer of the SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>Defendants. | Case No. C 07-3386 JSW<br><br>MOTION *IN LIMINE* NO. 4: EXCLUDE CUMULATIVE OPINIONS OF RON MARTINELLI AND LOU REITER<br><br>Hon. Jeffrey S. White<br><br>Pretrial Conference: July 2, 2012<br>Time: 2:00 p.m.<br>Ctrm: 11, 19th Floor<br><br>Trial Date: September 4, 2012 |

Defendants anticipate that plaintiffs in this consolidated action will seek to introduce the cumulative opinions of police practices expert Ron Martinelli who is retained by plaintiff Patricia DeSantis, individually and as successor in interest for Richard DeSantis, and Dani DeSantis, and police practices expert Lou Reiter who is retained by plaintiff Adrienne DeSantis. The interest of the two experts are virtually indistinguishable, and their opinions are cumulative. Permitting both experts to testify about police practices is impractical and a waste of time. Moreover, allowing a total of three police practice experts to testify about the same subject matter when there are only

two sides to the case risks confusing the jury.

Defendants respectfully request this Court's order that only one police practices expert shall testify on behalf of all plaintiffs or in the alternative advise defendants' counsel and designate prior to trial which subject matters each expert will be limited to testify to.

Dated: June 12, 2012

OFFICE OF THE CITY ATTORNEY

Caroline L. Fowler, City Attorney
John J. Fritsch, Assistant City Attorney
Attorney for Defendants

### ORDER

Satisfactory proof having been made, it is hereby ordered as follows:

1. One police practices expert shall testify on behalf of all plaintiffs. . [ Alternate language--Plaintiffs shall advise defendants counsel at least 5 days prior to trial as to what areas each expert intends to testify to in order to avoid cumulative opinions on police practices issues.]

2. All parties' counsel shall caution, warn and instruct their clients and their witnesses from attempting to introduce such evidence during the trial of this matter, and from referring to the existence of such evidence during the trial of this matter.

Dated: July ___, 2012

Hon. Jeffrey White, Judge
United States District Court