1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; RICH CELLI, an individual and Officer of the
   SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
7  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
   and PATRICIA SEFFENS f/k/a PATRICIA MANN, an individual
8  and Officer of the SANTA ROSA POLICE DEPARTMENT

9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12

13  PATRICIA DESANTIS, et al.,                    Case No. C 07-3386 JSW

14              Plaintiffs,                       ***CONDITIONAL NON-OPPOSITION* TO
                                                  PLAINTIFFS' MOTION *IN LIMINE***
15       v.                                       **NO. 2:**
                                                  **EXCLUDE TESTIMONY OF POLICE**
16  CITY OF SANTA ROSA, et al.,                   **EXPERT CALLANAN REGARDING**
                                                  **"SUICIDE BY COP"**
17              Defendants.
    _____/      Hon. Jeffrey S. White
18
                                                  Pretrial Conference: July 2, 2012
19                                                Time: 2:00 p.m.
                                                  Ctrm: 11, 19th Floor
20
                                                  Trial Date: September 4, 2012
21

22       Defendants' hereby submit the following *conditional non-opposition* to Plaintiffs' Motion

23  *in limine* No. 2:

24       Plaintiffs seek to exclude any evidence of or reference to police expert Joseph Callanan's

25  opinions regarding his analysis of a theory of decedent's conduct known as "suicide by cop".

26  Plaintiff is correct in setting out Mr. Callanan's opinion that the intent or motivation of subject

27  Richard Timothy Desantis when he launched his final assault remains unknown.  That said, an

28  action of an individual to provoke or otherwise cause a peace officer to respond with deadly force

---
Defendants' *Conditional Non-Opposition* to Plf.'s Motion in Limine No. 2, C 07-3382 JSW                    Page 1

to the provocation must be considered in the evaluation of the incident. A reasonable police investigator such as Mr. Callanan cannot ignore the consideration of such an explanation. In this event, Mr. Callanan did not reach a conclusion one way or another about whether Richard Desantis committed "suicide by cop", but as a matter of foundation, a reasonable and prudent investigator must have considered whether the evidence supported such a conclusion.

Defendants conditionally do not oppose the motion. That said, to the extent that the issue is raised by plaintiffs, or to the extent that plaintiffs' seek to attack the foundation of Mr. Callanan's opinions for failing to consider such a theory, defendants respectfully request that the court grant such motion *in limine* no. 2 without prejudice to reconsideration at time of trial.

Dated: June 18, 2012

OFFICE OF THE CITY ATTORNEY

_____/s/_____
Caroline L. Fowler, City Attorney
John J. Fritsch, Assistant City Attorney
Attorney for Defendants