CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; RICH CELLI, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
and PATRICIA SEFFENS f/k/a PATRICIA MANN, an individual
and Officer of the SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al., | Case No. C 07-3386 JSW |
| Plaintiffs, | ***CONDITIONAL NON-OPPOSITION* TO PLAINTIFFS' MOTION *IN LIMINE* NO. 3: EXCLUDE LAY OPINIONS (NEIGHBOR)** |
| v. | |
| CITY OF SANTA ROSA, et al., | |
| Defendants. / | Hon. Jeffrey S. White |
| | Pretrial Conference: July 2, 2012<br>Time: 2:00 p.m.<br>Ctrm: 11, 19th Floor |
| | Trial Date: September 4, 2012 |

Defendants' hereby submit the following *conditional non-opposition* to Plaintiffs' Motion *in limine* No. 3:

Plaintiffs seek to exclude any evidence of or reference to percipient witness Joseph Silny's testimony regarding Richard Desantis' "attempting to kill himself when he confronted the police".

Defendants conditionally do not oppose the motion. That said, the witness in question is a non-party, percipient witness, and the defense is limited in its ability to instruct him regarding the existence and legal effect of the court's order re the scope of his testimony. Construing

plaintiff's Motion *in limine* no 3. to seek the court's order barring defense questions regarding Mr. Silny's opinion re Richard Desantis' intent and motivation as implied from his conduct, the defense conditionally does not oppose the motion.

Dated: June 18, 2012                    OFFICE OF THE CITY ATTORNEY

                                                                 /s/

Caroline L. Fowler, City Attorney
John J. Fritsch, Assistant City Attorney
Attorney for Defendants