JOHN HOUSTON SCOTT (SBN 72578)
LIZABETH N. de VRIES (SBN 227215)
W. GORDON KAUPP (SBN 226141)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net
gordon@scottlawfirm.net

ERIC SAFIRE (SBN 98706)
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292- 1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for the Plaintiffs

BEN NISENBAUM (SBN 222173)
**LAW OFFICES OF JOHN BURRIS**
7677 Oakport Street, #1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 8393882
bnisenbaum@hotmail.com

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>    Defendants. | Case No.: C 07 3386 JSW<br><br>**PLAINTIFFS' [PROPOSED] SPECIAL VERDICT**<br><br>Date: July 2, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 11, 19th floor<br>Judge: Jeffrey S. White<br><br>Trial Date: September 4, 2012 |

We the jury in the above case find the following special verdict:

## USE OF FORCE: FOURTH AMENDMENT

1. As to one or more defendants has plaintiff Patricia DeSantis proved, by a preponderance of the evidence, that the use of deadly force on April 9, 2007 was objectively unreasonable?

    Rich Celli        Yes___/No___

    Patricia Mann    Yes___/No___

    Travis Menke    Yes___/No___

## USE OF FORCE: FOURTEENTH AMENDMENT

2. As to one or more defendants have plaintiffs proved, by a preponderance of the evidence, that the use of deadly force on April 9, 2007 was motivated by a purpose to harm that was unrelated to the legitimate police purpose?

    Rich Celli        Yes___/No___

    Patricia Mann    Yes___/No___

    Travis Menke    Yes___/No___

**If the answer is "Yes" to any defendant in Question Number 1 or 2, answer Question Number 3.**

## MUNICIPAL LIABILITY

3. Have plaintiffs proved, by a preponderance of the evidence, that City of Santa Rosa maintained a defacto policy of failing to discipline offices for use of excessive force that encouraged and condoned the use of excessive force on April 9, 2007?

    Answer "Yes" or "No"

    Answer:_____

**If your answer is "Yes", to Question Number 3, answer Question Number 4.**

4. Have plaintiffs proved, by a preponderance of the evidence, that the City of Santa Rosa's policy was a moving force in causing the death of Richard DeSantis?

    Answer "Yes" or "No"

    Answer:_____

**If the answer to any of the defendants in Question Number 1 is "Yes", also answer Question Number 5.**

    5. What are Richard DeSantis' damages sustained after being injured and before his death?

$$\text{\$_____}$$

**If the answer to any of the defendants in Question Number 2 is "Yes", also answer Question Numbers 6 through 11.**

    6. What are Patricia DeSantis' economic damages?     $_____

    7. What are Patricia DeSantis' non-economic damages?     $_____

    8. What are Dani DeSantis' economic damages?     $_____

    9. What are Dani DeSantis' non-economic damages?     $_____

    10. What are Adrianne DeSantis' economic damages?     $_____

    11. What are Adrianne DeSantis' non-economic damages?     $_____

## **PUNITIVE DAMAGES**

    12. As to one or more defendants' was the conduct malicious, oppressive or in reckless disregard of Richard DeSantis' rights?

        Rich Celli         Yes\_\_\_/No\_\_\_

        Patricia Mann         Yes\_\_\_/No\_\_\_

        Travis Menke         Yes\_\_\_/No\_\_\_

    13. What amount of punitive damages do you award against any defendant you answered "Yes" in number 12?

        Rich Celli         $_____

        Patricia Mann         $_____

        Travis Menke         $_____

Dated:_____

                                        _____
                                        Foreperson

PLAINTIFFS' [PROPOSED] SPECIAL VERDICT