| | |
|---|---|
| JOHN HOUSTON SCOTT (SBN 72578) <br> LIZABETH N. de VRIES (SBN 227215) <br> W. GORDON KAUPP (SBN 226141 <br> **SCOTT LAW FIRM** <br> 1388 Sutter Street, Suite 715 <br> San Francisco, California 94109 <br> Telephone:  (415) 561-9600 <br> Facsimile:   (415) 561-9609 <br> john@scottlawfirm.net <br> liza@scottlawfirm.net <br> gordon@scottlawfirm.net <br><br> Attorneys for Plaintiffs | ERIC SAFIRE (SBN 98706) <br> **LAW OFFICES OF ERIC SAFIRE** <br> 2431 Fillmore Street <br> San Francisco, CA  94115 <br> Telephone: (415) 292-1940 <br> Facsimile: (415) 292-1946 <br> eric@safirelaw.com <br><br> Attorneys for Plaintiffs |
| BENJAMIN NISENBAUM (SBN 222173) <br> **LAW OFFICES OF JOHN BURRIS** <br> 7677 Oakport Street, #1120 <br> Oakland, CA  94621 <br> Telephone: (510) 839-5200 <br> Facsimile: (510) 8393882 <br> bnisenbaum@hotmail.com <br><br> Attorneys for Plaintiff, Adrianne DeSantis | CAROLINE L. FOWLER (SBN 110313) <br> JOHN J. FRITSCH (SBN 172182) <br> **CITY OF SANTA ROSA** <br> 100 Santa Rosa Avenue, Room 8 <br> Santa Rosa, CA   95404 <br> Telephone: (707) 543-3040 <br> Facsimile: (707) 543-3055 <br><br> Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SANTA ROSA, JERRY SOARES, RICH CELLI, TRAVIS MENKE, PATRICIA MANN and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: C 07 3386 JSW <br><br> **STIPULATION REGARDING TWO PROPOSED VOIR DIRE QUESTIONS RE: MENTAL ILLNESS** |

- 1 -

STIPULATION REGARDING TWO PROPOSED VOIR DIRE QUESTION RE: MENTAL ILLNESS

The parties stipulate and request that the court give the following two questions regarding mental illness.

(1) Do you have beliefs or opinions about mentally ill person that could bias you for or against any of the parties to this case?

(2) Have you had any experiences with mentally ill persons that may influence you for or against a party to this case?

**DATED:** July 19, 2012                                        S<small>COTT</small> L<small>AW</small> F<small>IRM</small>

By: /s/ John Houston Scott
JOHN HOUSTON SCOTT
Attorney for Plaintiffs

**DATED:** July 19, 2012

By: /s/ Caroline Fowler
CAROLINE FOWLER
Attorney for Defendants