JOHN HOUSTON SCOTT (SBN 72578)
LIZABETH N. de VRIES (SBN 227215)
W. GORDON KAUPP (SBN 226141
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net
gordon@scottlawfirm.net

Attorneys for Plaintiff

BENJAMIN NISENBAUM (SBN 222173)
**LAW OFFICES OF JOHN BURRIS**
7677 Oakport Street, #1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 8393882
bnisenbaum@hotmail.com

Attorneys for Plaintiff, Patricia Desantis

ERIC SAFIRE (SBN 98706)
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>Defendants. | Case No.: C 07 3386 JSW<br><br>**PLAINTIFFS' MOTION *IN LIMINE* NO. 5**<br><br>Date: September 4, 2012<br>Time: 8:00 a.m.<br>Place: Courtroom 11, 19th floor<br>Judge: Jeffrey S. White<br><br>Trial Date: September 4, 2012 |

## INTRODUCTION

Plaintiffs bring the following motion *in limine*:

1. EXCLUDE EVIDENCE OF ANY PRIOR MISCONDUCT OF THE MEDICAL EXAMINER: DR. KELLY ARTHUR-KENNY

## DISCUSSION

Plaintiffs intend to call the Medical Examiner to testify at trial regarding her findings on the autopsy, including but not limited to the cause of death of Richard DeSantis. The autopsy report has been disclosed and has been admitted into evidence. Plaintiffs expect the Medical Examiner to testify consistent with the findings in her report.

Recently, during a trial preparation interview with the Doctor, Plaintiffs became aware that she has been sued regarding her conduct of an autopsy unrelated to this incident. The lawsuit was resolved by entering into a confidential settlement agreement. Plaintiffs remain unaware of the circumstances of the settlement and / or the issues in the lawsuit.

Additionally, Plaintiffs were advised that the Doctor was arrested for driving under the influence of alcohol and vicodin. She plead no contest or guilty after the charge was reduced to reckless driving.

Plaintiffs have discussed these matters with defense counsel, Caroline Fowler and have asked that no reference be made to either incident during cross examination. Defendants will not agree to such exclusion and require that this motion in Limine be filed.

Plaintiffs seek an order that Defendants be prohibited from referring to any character evidence or prior bad acts to impeach the testimony of the Medical Examiner in this case. The incidents mentioned herein are irrelevant to these proceedings and provide no probative value to any issue in this case. The inflammatory nature of the misconduct will prejudice the jury and is intended to confuse the issues. Defendants have no dispute with the proposed testimony of the Medical Examiner and merely intend to inflame the jury.

Plaintiffs have no knowledge of any other such testimony but request that the Defendants seek leave of court before any testimony is elicited regarding misconduct of the Medical Examiner.

Dated: August 16, 2012

Respectfully submitted,

_____/s/_____
Eric M. Safire, Attorney for Plaintiffs