IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.

_____/

No. C 07-03386 JSW

**ORDER REGARDING PLAINTIFFS' MOTION *IN LIMINE* AND DECLARATION ON SUBPOENAS**

The Court HEREBY DENIES Plaintiffs' late filed motion *in limine* as untimely. However, this Order is without prejudice to Plaintiffs asserting objections to evidence addressed in this motion *in limine* at trial.

The Court has received the declaration from Plaintiffs' counsel, Eric M. Safire. The parties are admonished that if any party asks this Court to take any action in this case, any such request also must be submitted in the form of either an administrative motion, if appropriate, or a properly noticed motion. Although it is not exactly clear from the declaration what the issue is and what action Plaintiffs are requesting from the Court, it appears as though any relief regarding subpoenas should be addressed through a properly noticed motion. If there is not an available hearing date before the start of the trial, Plaintiffs shall notice any such motion for an

///

///

available hearing date and file an administrative motion to have their motion heard on shortened time.

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE