IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.

                                         /

No. C 07-03386 JSW

**ORDER CONTINUING TRIAL DATE BY ONE DAY AND RE PENDING ADMINISTRATIVE MOTIONS RE EVIDENCE AND LIMITING INSTRUCTION**

The Court HEREBY CONTINUES the trial date in the case from September 4, 2012 at 8:00 a.m. to September 5, 2012, at 7:30 a.m. In the event the Court is able to complete jury selection on September 5, 2012, the parties shall be prepared to go forward with opening statements and, if time allows, witnesses.

The parties are HEREBY ADVISED that the Court will issue a ruling on the pending administrative motions on September 4, 2012.

**IT IS SO ORDERED.**
Dated: August 31, 2012

                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE