1  John H. Scott  (SBN 72578)
   Lizabeth N. de Vries (SBN 227215)
2  **SCOTT LAW FIRM**
   1388 Sutter Street, Suite 222
3  San Francisco, California 94109
   Telephone:  (415) 561-9600
4  Facsimile:   (415) 561-9609
   john@scottlawfirm.net
5  liza@scottlawfirm.net

Eric Safire (SBN  98706)
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile:  (415) 292-1946
eric@safirelaw.com

6
7  BEN NISENBAUM (SBN 222173)
   **LAW OFFICES OF JOHN BURRIS**
   7677 Oakport Street, #1120
8  Oakland, CA  94621
   Telephone: (510) 839-5200
9  Facsimile: (510) 839-3883
   bnisenbaum@hotmail.com
10
   Attorneys for Plaintiffs
11

12
13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15
16  PATRICIA DESANTIS, individually and as
    Successor in Interest for RICHARD
17  DESANTIS, deceased, and as Guardian Ad
    Litem for DANI DESANTIS, a minor and
18  TIMOTHY FARRELL, a minor,

19          Plaintiffs,
    v.
20
    CITY OF SANTA ROSA, *et al.*,
21
22          Defendants.
23
24

Case No.:  C 07 3386 JSW (consolidated with
C 07-4474)

~~PLAINTIFFS' REQUEST FOR AN~~ ORDER
TO ALLOW TRIAL EQUIPMENT IN THE
COURT ROOM OF JUDGE WHITE

Trial Date: September 4, 2012
Time:  8:00 a.m.
Place:  Courtroom 11, 19th floor
Judge:  Honorable Jeffrey S. White

25
26          Plaintiffs' hereby request an Order Allowing Trial Equipment into the Courtroom for the

27  above captioned matter.  Plaintiffs have retained Paul Endo of Think Twice for demonstrative

28  evidence during the trial.  Specifically Mr. Endo has requested the following items be allowed

    into Courtroom 11 of the United States District Court, 450 Golden Gate Avenue, San Francisco,

    California:

1. laptop computer;

2. video switch;

3. two way video distribution amplifier;

4. cables, extension cords, and power strips; and

5. utility table ~~if another table is not available for video set up~~.

DATED: August 29, 2012                    Respectfully submitted,

**THE LAW OFFICES OF ERIC M. SAFIRE**

By:_____ /S/_____
        Eric M. Safire

IT IS SO ORDERED:

The above equipment shall be allowed into Courtroom 11 of the United States District

Court, 450 Golden Gate Avenue, San Francisco, California for purposes of trial beginning

September 4, 2012 ~~at 8:00 a.m.~~ **The Courtroom will be open and available at 1:00 p.m. on September 4, 2012, for purposes of setting up any equipment that will stay in the Courtroom during trial.**

Dated: August 31__, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109