**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Patricia Desantis, et al.,**

    Plaintiff(s),

v.

**City of Santa Rosa, et al.,**

    Defendant(s).

Case No.: C-07-3386 JSW

**ORDER TO FURNISH DAILY REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **Thursday, September 6, 2012 and Monday through Thursday thereafter**, for the duration of the trial, at the expense of the United States. The trial will be held in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: September 4, 2012

_____
JEFFREY S. WHITE
United States District Judge