<div style="float:left">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.,

    Plaintiffs,

    v.

CITY OF SANTA ROSA, et al.,

    Defendants.
_____/

No. C 07-03386 JSW

**ORDER REGARDING EVIDENTIARY OBJECTIONS**

    The parties have filed evidentiary objections to each other's exhibits. The Court already denied Defendants' objections to Plaintiff's Exhibits 1-2 (8976), 1-3 (8974), 1-8 (8988), 1-9 (8987), 1-10 (8983), and 1-28 (8903). With respect to the remaining objections by Defendants to Plaintiffs' Exhibits, the Court HEREBY SUSTAINS Defendants' objections to the following Exhibits: 1-11, 2-4, 2-5, 2-6, 2-7, 2-8, 6-21, 6-22, 6-23, 6-27, 6-28, 19, 25, 26, 27, and 48. The Court SUSTAINS Defendants' objections to the news article in Plaintiffs' Exhibit 24, but OVERRULES Defendants' objections regarding the photographs in this Exhibit. With respect to Plaintiffs' Exhibits 2-15, 2-16, 2-17, and 2-18, the Court SUSTAINS Defendants' objections with respect to their title, but OVERRULES Defendants' objections with respect to the content of these Exhibits. With respect to Plaintiffs' Exhibits 3, 9, 10, 13, 14, the Court OVERRULES Defendants' objections provided that Plaintiffs lay a proper foundation. The Court OVERRULES the remainder of Defendants' pending objections as set forth in Docket No. 174.

    The Court OVERRULES Plaintiffs' objections to Defendants' Exhibit 202, provided that Defendants lay a proper foundation. The Court SUSTAINS Plaintiffs' objections to

1  Defendants' Exhibits 225, 226, 228, 229 and 230.  The Court OVERRULES the remainder of

2  Plaintiffs' objections as set forth in Docket No. 172.

3      **IT IS SO ORDERED.**

5  Dated: September 5, 2012

                                                                *[signature: Jeffrey S. White]*
                                                                 JEFFREY S. WHITE
                                                                 UNITED STATES DISTRICT JUDGE