John H. Scott  (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 222
San Francisco, California 94109
Telephone:  (415) 561-9600
Facsimile:   (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Eric Safire (SBN  98706)
**LAW OFFICES OF ERIC SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile:  (415) 292-1946
eric@safirelaw.com

BEN NISENBAUM (SBN 222173)
**LAW OFFICES OF JOHN BURRIS**
7677 Oakport Street, #1120
Oakland, CA  94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3883
bnisenbaum@hotmail.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor and TIMOTHY FARRELL, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>    Defendants. | Case No.:  C 07 3386 JSW (consolidated with C 07-4474)<br><br>**PLAINTIFFS' REQUEST FOR AN ORDER TO ALLOW TRIAL EQUIPMENT IN THE COURT ROOM OF JUDGE WHITE**<br><br>Trial Date: September 4, 2012<br>Time:   8:00 a.m.<br>Place:   Courtroom 11, 19th floor<br>Judge:  Honorable Jeffrey S. White |

Plaintiffs' hereby request an Order allowing the Santa Rosa Police Department to bring certain equipment to trial.  A representative of the Santa Rosa Police Department will bring the following items to Courtroom 11 of the United States District Court, 450 Golden Gate Avenue, San Francisco, California on September 10, 2012:

Court security personnel have been notified and a Court order permitting the items to brought to Court is required.  Therefore, the following equipment shall be allowed into the Federal Building and Courtroom 11 for trial.

1.      Taser exemplar (once located, it will need to be de-energized)

2.      Baton exemplar;

3.      Flashlight exemplar;

4.      Hand gun exemplar (H&K pistol used by Officer Menke) ;

5.      Pepper spray exemplar;

6.      Rifle used by Sgt. Celli;

7.      SAGE used by Sgt. Soares; and

8.      Duty belt (exemplar)


DATED: September 5, 2012                    Respectfully submitted,

                                            THE LAW OFFICES OF ERIC M. SAFIRE


                                            By:_____
                                                   Eric M. Safire



IT IS SO ORDERED:

        The above equipment shall be allowed into Courtroom 11 of the United States District Court, 450 Golden Gate Avenue, San Francisco, California for purposes of trial.


Dated:  September 6 , 2012

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109