| | |
|---|---|
| JOHN HOUSTON SCOTT (SBN 72578)<br>LIZBETH N. de VRIES (SBN 227215)<br>W. GORDON KAUPP (SBN 226141)<br>**SCOTT LAW FIRM**<br>1388 Sutter Street, Suite 715<br>San Francisco, California 94109<br>Telephone: (415) 561-9600<br>Facsimile: (415) 561-9609<br>john@scottlawfirm.net<br>liza@scottlawfirm.net<br>gordon@scottlawfirm.net | ERIC SAFIRE (SBN 98706)<br>**LAW OFFICES OF ERIC SAFIRE**<br>2431 Fillmore Street<br>San Francisco, CA 94115<br>Telephone: (415) 292- 1940<br>Facsimile: (415) 292-1946<br>eric@safirelaw.com<br><br>Attorneys for the Plaintiffs |

BEN NISENBAUM (SBN 222173)
**LAW OFFICES OF JOHN BURRIS**
7677 Oakport Street, #1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 8393882
bnisenbaum@hotmail.com

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS, a minor,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>    Defendants. | Case No.: C 07 3386 JSW<br><br>**PLAINTIFFS' AMENDED SPECIAL VERDICT FORM** |

## USE OF FORCE: FOURTEENTH AMENDMENT

1. Have Plaintiffs proved, by a preponderance of the evidence, that the use of deadly force by Richard Celli on April 9, 2007 was motivated by a purpose to harm that was unrelated to the legitimate police purpose?

                          Yes___/No___

**If the answer is "Yes" in Question Number 1 answer Question Numbers 2 through 6.**

    2. What are Patricia DeSantis' economic damages?         $_____

    3. What are Patricia DeSantis' non-economic damages?     $_____

    4. What are Dani DeSantis' economic damages?             $_____

    5. What are Dani DeSantis' non-economic damages?         $_____

    6. What are Adrianne DeSantis' non-economic damages?     $_____


Dated:_____                                    _____
                                                        Foreperson