1  John Houston Scott (SBN 72578)　　　　　　John L. Burris (SBN 69888)
   Lizabeth N. De Vries (SBN 227215)　　　　　Ben Nisenbaum (SBN 222173)
2  W. Gordon Kaupp (SBN 226141)　　　　　　**LAW OFFICES OF JOHN L. BURRIS**
   **SCOTT LAW FIRM**　　　　　　　　　　　　7677 Oakport Street, #1120
3  1388 Sutter Street, Suite 715　　　　　　　　Oakland, CA 94621
   San Francisco, California 94109　　　　　　Telephone: (510) 839-5200
4  Telephone: (415) 561-9600　　　　　　　　Facsimile: (510) 839-3883
   Facsimile: (415) 561-9609　　　　　　　　bnisenbaum@hotmail.com
5  john@scottlawfirm.net
   liza@scottlawfirm.net　　　　　　　　　　　Attorneys for Plaintiff
6  gordon@scottlawfirm.net　　　　　　　　　Adrianne DeSantis

7  Eric M. Safire (SBN 98706)　　　　　　　　Caroline L. Fowler, (SBN 110313)
   **LAW OFFICES OF ERIC M. SAFIRE**　　　　　　John J. Fritsch, (SBN 172182)
8  2431 Fillmore Street　　　　　　　　　　　**CITY OF SANTA ROSA**
   San Francisco, CA 94115　　　　　　　　　100 Santa Rosa Avenue, Room 8
9  Telephone: (415) 292-1940　　　　　　　　Telephone: (707) 543-3040
   Facsimile: (415) 292-1946　　　　　　　　Facsimile: (707) 543-3055
10 eric@safirelaw.com
   　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
11 Attorneys for Plaintiff
   Patricia DeSantis

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS,<br><br>　　　　Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>　　　　　　　Defendants. | Case No.: C 07 3386 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS DEFENDANTS TRAVIS MENKE AND PATRICIA MANN UNDER FRCP RULE 41(a)(2)**<br><br>Courtroom 11, 19th floor<br>Judge: Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL

**STIPULATION**

It is hereby stipulated and agreed upon by and between the plaintiffs Patricia DeSantis and Adrienne DeSantis and defendants City of Santa Rosa, Rich Celli, Travis Menke and Patricia Mann that plaintiffs, pursuant to FRCP 41(a)(2), dismiss defendants Travis Menke and Patricia Mann from this action because Richard Celli fired the rifle round that resulted in the death of Richard DeSantis.  The parties also stipulate and agree to bear their own costs with respect to costs attributable to Travis Menke and Patricia Mann.  Defendant reserves its right to argue the appropriateness of any attorney fee award in the event plaintiff obtains a judgment in its favor.

IT IS SO STIPULATED.

Dated: September 17, 2012                          SCOTT LAW FIRM

                                                   By:   /s/ John H. Scott
                                                         John H. Scott
                                                         Attorney for Plaintiffs

Dated: September 17, 2012                          LAW OFFICES OF JOHN L. BURRIS

                                                   By:   /s/ Ben Nisenbaum
                                                         Ben Nisenbaum
                                                         Attorney for Plaintiffs

Dated: September 17, 2012                          CITY OF SANTA ROSA

                                                   By:   /s/Caroline Fowler
                                                         Caroline Fowler
                                                         Attorney for Defendants

# ORDER

Pursuant to Fed. R. Civ. P., Rule 41(a)(2) and the above Stipulation, defendants Travis Menke and Patricia Mann are hereby dismissed from the within action with prejudice.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
Hon. Jeffrey S. White
United States District Court Judge