**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.,

    Plaintiffs,                      No. C 07-03386 JSW

  v.

CITY OF SANTA ROSA, et al.,               **JUDGMENT**

    Defendants.
_____/

Pursuant to the Court's Order dated October 28, 2008 regarding the parties' cross-motions for summary judgment, the Court's Order dated September 18, 2012 regarding Defendants' pre-verdict motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50, and the jury verdict entered on September 20, 2012, JUDGMENT is HEREBY ENTERED in favor of the City of Santa Rosa and against Plaintiffs on the claims against the City, but in favor of Plaintiffs and against Defendant Sergeant Rich Celli on the claim against Sergeant Celli as follows:

- $343,250 in economic damages of Patricia DeSantis individually, and as guardian of Dani DeSantis;
- $5,375 in non-economic damages of Patricia DeSantis;
- $127,000 in non-economic damages of Dani DeSantis; and

///

///

///

- $35,957 in non-economic damages of Adrianne DeSantis.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 21, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE