CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; RICH CELLI, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
and PATRICIA MANN, an individual and Officer of the
SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, et al., | Case No. C 07-3386 JSW |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER PERMITTING AMENDMENT TO PLAINTIFFS' BILL OF COSTS** |
| CITY OF SANTA ROSA, et al., | |
| Defendants. | |

WHEREAS Plaintiffs Patricia DeSantis and Dani DeSantis filed a Bill of Costs on October 5, 2012;

WHEREAS Plaintiffs claim, and defendants object to, costs "related to preparing charts, diagrams, videotapes and other visual aids at trial..." (Par. 5c and Exhibit "F": Thinktwice Inc. Invoice) and "videotaped deposition[s]" (Par. 6 and excerpts of Exhibit "G": various invoices detailing videotaped deposition costs);

WHEREAS counsel for defendants and plaintiffs have met and conferred pursuant to Local Rule 54-2, and agree to defer litigation of the dispute re costs as follows;

Subject to the approval of the court, the parties to the above-entitled action, and by their respective counsel, stipulate that:

1.   Plaintiffs shall file an amended Bill of Costs deleting costs claims "related to preparing

charts, diagrams, videotapes and other visual aids at trial..." (Par. 5c and Exhibit "F": Thinktwice Inc. Invoice) and "videotaped deposition[s]" (Par. 6 and excerpts of Exhibit "G": various invoices detailing videotaped deposition costs). The amended Bill of Costs shall be deemed timely filed.

2. Plaintiffs reserve, and this Stipulation is without prejudice to, the right to claim costs "related to preparing charts, diagrams, videotapes and other visual aids at trial..." (Par. 5c and Exhibit "F": Thinktwice Inc. Invoice) and "videotaped deposition[s]" (Par. 6 and excerpts of Exhibit "G": various invoices detailing videotaped deposition costs) pursuant to 42 U.S.C. §1988.

3. Defendants reserve, and this Stipulation is without prejudice to, the right to object to costs "related to preparing charts, diagrams, videotapes and other visual aids at trial..." (Par. 5c and Exhibit "F": Thinktwice Inc. Invoice) and "videotaped deposition[s]" (Par. 6 and excerpts of Exhibit "G": various invoices detailing videotaped deposition costs) pursuant to 42 U.S.C. §1988.

Dated: October 12, 2012

/s/
_____
Caroline L. Fowler
City Attorney
Attorney for Defendants
CITY OF SANTA ROSA, Santa Rosa Police Officers RICH CELLI, TRAVIS MENKE, and PATRICIA MANN

LAW OFFICES OF AMITAI SCHWARTZ

Dated: October 12, 2012

/s/
_____
Amitai Schwartz
Attorneys for Plaintiff
PATRICIA DESANTIS

ORDER

Pursuant to the stipulation of the parties and for good cause shown, **IT IS SO ORDERED.**

Dated: October 15, 2012

*Jeffrey S. White* (signature)
_____
HONORABLE JEFFREY S. WHITE
United States District Judge