1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; RICH CELLI, an individual and Officer of the
   SANTA ROSA POLICE DEPARTMENT; TRAVIS MENKE,
7  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT;
   and PATRICIA MANN, an individual and Officer of the
8  SANTA ROSA POLICE DEPARTMENT

9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  PATRICIA DESANTIS, et al.,                   Case No. C 07-3386 JSW

14                Plaintiffs,
                                                **STIPULATION AND ORDER TO**
15      v.                                       **CONTINUE HEARING DATE OF**
                                                **JANUARY 18, 2013**
16  CITY OF SANTA ROSA, et al.,

17                Defendants.
   _____/
18

19        IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

20  entitled action, by their respective counsel, that the hearing on Defendants' Motion for Judgment

21  as a Matter of Law or in the Alternative, for New Trial, currently set for January 18, 2013 at 9:00

22  a.m. be continued to **January 25, 2013** at 9:00 a.m., due to the unavailability of moving party on

23  January 18, 2013.

24
                                                        /s/
25  Dated:    11/13/12          _____         _____
                                                 Caroline L. Fowler
26                                               City Attorney
                                                 Attorney for Defendants
27                                               CITY OF SANTA ROSA, Santa Rosa Police Officers
                                                 RICH CELLI, TRAVIS MENKE, and PATRICIA
28                                               MANN

1

2

Dated:     11/13/12

3

4

5

Dated:     11/13/12

6

7

8

Dated:     11/13/12

9

10

/s/ *signature authorized*

JOHN HOUSTON SCOTT, ESQ.
Attorney for Plaintiffs
PATRICIA DESANTIS, et al.

/s/ *signature authorized*

ERIC SAFIRE, ESQ.
Attorney for Plaintiffs
PATRICIA DESANTIS, et al.

/s/ *signature authorized*

BEN NISENBAUM
Attorney for Plaintiff
ADRIANNE DESANTIS

11

ORDER

12

Pursuant to the stipulation of the parties and for good cause shown, **IT IS SO**

13

**ORDERED.**

14

15

Dated:   November 14, 2012

16

HONORABLE JEFFREY S. WHITE
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28