IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA DESANTIS, et al.,

    Plaintiffs,

v.

CITY OF SANTA ROSA, et al.,

    Defendants.

_____/

No. C 07-03386 JSW

**ORDER REQUIRING FURTHER BRIEFING ON DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND CONTINUING HEARING**

Now before the Court is the motion for judgment as a matter of law filed by Defendants. Despite the fact that all the transcript of the trial is now available, Plaintiff fail to cite to any portions of the transcript in their opposition to Defendants' motion. Therefore, Plaintiffs' opposition is woefully inadequate. However, in the interests of justice, the Court is providing Plaintiffs with one more opportunity to oppose the motion. Plaintiffs shall file an amended opposition brief by no later than January 11, 2013. In their amended opposition, Plaintiffs shall take care to cite to the specific portions of the transcript in support of their arguments. Plaintiffs are admonished that if Plaintiffs summarize or characterize the evidence without providing the supporting cites, the Court will not consider such unsupported statements.

///

///

///

///

///

Defendants may file an amended reply by no later than January 18, 2013. The hearing on the motion for judgment as a matter of law is CONTINUED to February 8, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 2, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE