CAROLINE L. FOWLER
City Attorney

SUZANNE C. RAWLINGS
MICHAEL J. CASEY
MOLLY L. DILLON
JOHN J. FRITSCH
ANGELA M. CASAGRANDA
ROBERT L. JACKSON
Assistant City Attorneys



City of
Santa Rosa
City Attorney's Office

April 16, 2013

Hon. Joseph C. Spero
U.S. Magistrate Judge
U.S. District Court, No. District of California
450 Golden Gate Avenue
Ctrm. G, 15th Floor
San Francisco, CA 94102

      Re:   *Patricia DeSantis, et al. v. City of Santa Rosa, et al.*
            U.S.D.C. No. Dist. of CA, Case No. C 07-3386 JSW (consolidated)
           **Settlement Conference: May 6, 2013**

Dear Mag. Judge Spero:

      This matter is set for a post-trial settlement conference before you on May 6, 2013. It has come to my attention that Defendant Rich Celli will be unable to attend the settlement conference due to an out of town training course which is part of an 8 month program. He has attended the last three settlement conferences.

      Accordingly, this is to request that Defendant Celli be excused from attending the settlement conference on May 6. Plaintiff's attorneys have no objection, and I will have complete authority to negotiate on his behalf.

      Thank you for your consideration.

                                          Very truly yours,

Dated: 4/17/13

*GRANTED — Judge Joseph C. Spero*

                                          Caroline L. Fowler
                                          City Attorney

CLF:kv

cc:   John H. Scott, Esq.
      Ben Nisenbaum, Esq.
      Eric Safire, Esq.