John Houston Scott (SBN 72578)
Lizabeth N. De Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Eric M. Safire (SBN 98706)
**LAW OFFICES OF ERIC M. SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs Patricia DeSantis
And Dani DeSantis

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>    Defendants. | Case No.: C 07 3386 JSW (JCS)<br><br>**STIPULATION TO REFER PETITION FOR APPROVAL OF SETTLEMENT TO MAGISTRATE JUDGE JOSEPH SPERO** |

The parties participated in numerous settlement conference supervised by Magistrate Judge Joseph Spero.  On May 6, 2013 a settlement was reached and read into the record.  The parties agreed that the matter of the minor's compromise would be referred to Judge Spero for decision, pursuant to 28 U.S.C. Section 636(c), subject to this court's consent and approval.

The interested parties hereby request that the pending Petition for Approval of the Settlement of this case as to the minor, Dani DeSantis, be referred to Magistrate Judge Spero for decision.

**SCOTT LAW FIRM**

Dated:  May 31, 2013

By: /s/ John Houston Scott
JOHN HOUSTON SCOTT
Attorneys for Plaintiffs

**CITY ATTORNEY'S OFFICE FOR THE CITY OF SANTA ROSA**

Dated:  May 31, 2013

By: /s/ Caroline Fowler
CAROLINE FOWLER
Attorneys for City of Santa Rosa

Pursuant to the parties stipulation, the petition is HEREBY REFERRED to Magistrate Judge Spero for resolution.

Dated:  June 3, 2013

*Judge Jeffrey S. White*

cc:   Magistrate Judge Referral Clerk

1

STIPULATION TO REFER PETITION FOR APPROVAL OF SETTLEMENT TO MAGISTRATE JUDGE SPERO