1   John Houston Scott (SBN 72578)
    Lizabeth N. De Vries (SBN 227215)
2   **SCOTT LAW FIRM**
    1388 Sutter Street, Suite 715
3   San Francisco, CA  94109
    Telephone: (415) 561-9600
4   Facsimile:  (415) 561-9609
    Facsimile:   (415) 561-9609
5   john@scottlawfirm.net
    liza@scottlawfirm.net
6
    Eric M. Safire (SBN 98706)
7   **LAW OFFICES OF ERIC M. SAFIRE**
    2431 Fillmore Street
8   San Francisco, CA 94115
    Telephone: (415) 292-1940
9   Facsimile:  (415) 292-1946
    eric@safirelaw.com
10
    Attorneys for Plaintiffs Patricia DeSantis
11  And Dani DeSantis

12                    **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14

15  PATRICIA DESANTIS, individually and as    Case No.:  C 07 3386 JSW (JCS)
16  Successor in Interest for RICHARD
    DESANTIS, deceased, and as Guardian Ad    **AMENDED [~~PROPOSED~~] ORDER**
17  Litem for DANI DESANTIS,                  **APPROVING SETTLEMENT**

18           Plaintiffs,
    v.
19
    CITY OF SANTA ROSA, *et al.*,
20
21           Defendants.

22

23

24

25

26

27

28

1   The court has read and considered the Petition for Approval of Settlement brought on

2   behalf of the minor, Dani DeSantis, by and through her mother and guardian ad litem, Patricia

3   DeSantis.  Good cause appearing;

4       IT IS HEREBY ORDERED that the settlement is approved.  The court approves the

5   petition and directs payment of the sum of $75,600.00 to Morgan Stanley for purchase of an

6   annuity in the name of Patricia DeSantis as custodian for Dani DeSantis to Account No. 101-

7   146777-081.

8

9

10   Dated:   06/21/13   _____

11   United States District Court Judge

12   Magistrate

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

AMENDED [PROPOSED] ORDER APPROVING SETTLEMENT