John Houston Scott (SBN 72578)
Lizabeth N. De Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Eric M. Safire (SBN 98706)
**LAW OFFICES OF ERIC M. SAFIRE**
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940
Facsimile: (415) 292-1946
eric@safirelaw.com

Attorneys for Plaintiffs Patricia DeSantis
And Dani DeSantis

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DESANTIS, individually and as Successor in Interest for RICHARD DESANTIS, deceased, and as Guardian Ad Litem for DANI DESANTIS,<br><br>    Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, *et al.*,<br><br>    Defendants. | Case No.: C 07 3386 JSW (JCS)<br><br>**SECOND AMENDED [PROPOSED] ORDER APPROVING SETTLEMENT** |

The Court has read and considered the Second Amended Petition for Approval of Settlement brought on behalf of the minor, Dani DeSantis, by and through her mother and guardian ad litem, Patricia DeSantis.

Good cause appearing:

IT IS HEREBY ORDERED that the settlement is approved. The court approves the second amended petition and directs payment of the sum of $75,600.00 to MetLife Tower Resources Group, Inc., the assignee with the assignor identified as California Joint Powers Risk Management Authority and the annuity issuer being Metropolitan Life Insurance Company.

Dated: July 17, 2013



United States ~~District~~ Court Judge
Magistrate
1

SECOND AMENDED [PROPOSED] ORDER APPROVING SETTLEMENT